IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH J. FREEBERY, | : | |
| | : | |
| Plaintiffs | : | CIVIL ACTION NO. 05-748 |
| v. | : | |
| CHRISTOPER COONS, in his official capacity as County Executive of New Castle County and in his individual capacity; and NEW CASTLE COUNTY, a municipal corporation; and JOHN AND JANE DOES 1-25 | : | |
| Defendants. | | |

### CERTIFICATION OF JOSEPH F. LAWLESS, ESQUIRE
### TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of each of the following Courts:

      Supreme Court of the United States

      United States Court of Appeals for the Third Circuit

      United States Court of Appeals for the Sixth Circuit

      United States District Court for the Eastern District of Pennsylvania

      United States Tax Court

      Supreme Court of Pennsylvania

I further certify that I do not reside in Delaware, I am not regularly employed in Delaware, nor am I regularly engaged in business, professional, or other similar activities in Delaware.

Pursuant to Local rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Dated: 10/28/05

_____
JOSEPH F. LAWLESS
PA Bar Id. No. 23691
6 Harvey Lane
Newtown Square, PA 19073
610.356.0987
610.356.9173 (fax)