ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH J. FREEBERY, | : | |
| Plaintiff, | : | CIVIL ACTION NO.  05-748 |
| v. | : | |
| CHRISTOPER COONS, in his official capacity as County Executive of New Castle County and in his individual capacity; and NEW CASTLE COUNTY, a municipal corporation; and JOHN AND JANE DOES 1-25 | : | |
| Defendants. | : | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

### OF JOSEPH F. LAWESS

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Joseph F. Lawless, Esquire, to represent Defendant Joseph Freebery, in his individual capacity, in this matter. The Certification of Joseph F. Lawless is attached in support of this motion.

Dated: October 26, 2005                       KNEPPER & STRATTON

*Barbara H. Stratton*
Barbara H. Stratton, Esq.
P.O. Box 1795
1228 N. King Street
P.O. Box 1795
Wilmington, DE 19899
(302) 658-1717
Delaware Bar ID # 2785
bhs@knepperstratton.net
Attorney for Plaintiff Joseph J. Freebery

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH J. FREEBERY,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPER COONS, in his official capacity as County Executive of New Castle County and in his individual capacity; and NEW CASTLE COUNTY, a municipal corporation; and JOHN AND JANE DOES 1-25,<br><br>Defendants. | CIVIL ACTION NO. |

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated:_____

_____
, United States District Judge

## CERTIFICATE OF SERVICE

I, Barbara H. Stratton, hereby certify that on October 26, 2005 two copies of the foregoing Motion and Order for Admission *Pro Hac Vice* of Joseph F. Lawless, Esquire were served via hand-delivery upon the following:

Gregg E. Wilson, Esquire
County Attorney
New Castle County
87 Reads Way
New Castle, DE 19720
County Attorney for New Castle County, Delaware

KNEPPER & STRATTON

/s/ Barbara H. Stratton
Barbara H. Stratton, Esq.
1228 King Street
P.O. Box 1795
Wilmington, Delaware 19899
(302) 652-7717
Delaware Bar I.D. # 2785
bhs@knepperstratton.net
Attorney for Plaintiff Joseph J. Freebery