AO 440 (Del Rev. 10/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of      DELAWARE

JOSEPH J. FREEBERY
    Plaintiff

V.

CHRISTOPHER COONS, in his official
capacity as County Executive of New
Castle County and in his individual
capacity; and NEW CASTLE COUNTY, a
Municipal Corporation; and JOHN DOES 1-25,
    Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:     05 - 748

TO: (Name and address of Defendant)

CHRISTOPHER COONS (in his individual and official capacities)
c/o Gregg E. Wilson, Esquire
87 Reads Way
New Castle, DE 19720

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Barbara H. Stratton, Esquire
Knepper & Stratton
1228 N. King Street
PO Box 1795
Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**

                                                                                    10-26-05

CLERK                                                            DATE

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 10-26-05 |
| NAME OF SERVER (PRINT) Lisa Whitelock | TITLE Law Clerk for Knepper + Stratton |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): I personally served Gregg E. Wilson, Esquire, New Castle County attorney who is authorized to accept service on behalf of Christopher Coons in both his individual and official capacity

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10-27-05  
　　　　　　　　Date

Signature of Server: Lisa Whitelock

Address of Server: 1228 N. King St. Wilmington, DE 19801

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.