IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JOSEPH J. FREEBERY, :
:
    Plaintiff, :
:
    v. : CIVIL ACTION NO. 05-748, GMS
:
CHRISTOPHER COONS, in his official capacity :
as County Executive of New Castle County and in :
his individual capacity; and NEW CASTLE :
COUNTY, a municipal corporation; and JOHN :
AND JANE DOES 1-25, :
:
    Defendants. :

## STIPULATION TO ENLARGE TIME PERIOD FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT

IT IS HEREBY STIPULATED AND AGREED between counsel for the parties and subject to the agreement of the Court that the period of time within which the Defendants must file a response to Plaintiff's Complaint be enlarged and that Defendants are required to file their response to the Complaint no later than November 29, 2005.

KNEPPER & STRATTON

_____
Barbara H. Stratton
P.O. Box 1795
1228 N. King Street
Wilmington, DE 19899
(302) 658-1717
Delaware Bar ID # 2785
bhs@knepperstratton.net
Attorney for Plaintiff Joseph J. Freebery

_____
Gregg Wilson, Esquire (Bar Id. #85)
County Attorney
New Castle County
87 Reads Way
New Castle, DE 19720
(302) 395.5146
Attorney for New Castle County and
Christopher Coons