UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH J. FREEBERY, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 05-cv-748 GMS |
| | : | |
| vs. | : | |
| | : | |
| CHRISTOPHER COONS, in his official capacity | : | |
| As County Executive of New Castle County | : | |
| And in his individual capacity; and NEW CASTLE | : | |
| COUNTY, a municipal corporation; and JOHN | : | |
| DOES 1-25, | : | |
| | : | |
| Defendants. | : | |

## ENTRY OF APPEARANCE

Please enter the appearance of County Attorney, Gregg E. Wilson on behalf of Defendants Christopher Coons in his official capacity as County Executive of New Castle County, New Castle County, a municipal corporation and John Does 1-25.

/s/   Gregg E. Wilson
GREGG E. WILSON, County Attorney
Delaware Bar I.D. No.85
New Castle County Law Department
87 Reads Way
New Castle, DE 19720
(302)395-5130

DATED:   November 10, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH J. FREEBERY, | : | |
| Plaintiff, | : | C.A. No. 05-cv-748 GMS |
| vs. | : | |
| CHRISTOPHER COONS, in his official capacity As County Executive of New Castle County And in his individual capacity; and NEW CASTLE COUNTY, a municipal corporation; and JOHN DOES 1-25, | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, Gregg E. Wilson, County Attorney hereby certify that on November 10, 2005, I electronically filed the foregoing Entry of Appearance with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> Barbara H. Stratton, Esquire
> Knepper & Stratton
> P.O. Box 1795
> 1228 North King Street
> Wilmington, DE 19801

I, Gregg E. Wilson, Esq., hereby certify that on the 10th day of November I caused two (2) copies of the foregoing Defendants' Motion to Disqualify Joseph F. Lawless and Oppose His Admission *Pro Hac Vice* to be served via U.S. Mail postage prepaid to counsel as follows:

> Joseph F. Lawless, Esquire
> 6 Harvey Lane
> Newtown Square, PA 19803

> /s/ *Gregg E. Wilson*
> GREGG E. WILSON, County Attorney
> Delaware Bar I.D. No.2585
> New Castle County Law Department
> 87 Reads Way, New Castle, DE 19720
> Telephone: (302)395-5130