IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH J. FREEBERY, | : |
| Plaintiffs | : |
| v. | : CIVIL ACTION NO. 05-748 |
| CHRISTOPER COONS, in his official capacity as County Executive of New Castle County and in his individual capacity; and NEW CASTLE COUNTY, a municipal corporation; and JOHN AND JANE DOES 1-25 | : |
| Defendants. | |

### STIPULATION TO ENLARGE TIME PERIOD FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO DISQUALIFY JOSEPH F. LAWLESS AND OPPOSE HIS ADMISSION *PRO HAC VICE*

IT IS HEREBY STIPULATED AND AGREED between counsel for the parties and subject to the agreement of the Court that the period of time within which the Plaintiff must file a response to Defendants' Motion to Disqualify Joseph F. Lawless and Oppose His Admission *Pro Hac Vice* be enlarged and that Defendants are required to file their response to the Complaint no later than December 1, 2005.

KNEPPER & STRATTON

_____
Barbara H. Stratton
P.O. Box 1795
1228 N. King Street
Wilmington, DE 19899
(302) 658-1717
Delaware Bar ID # 2785
bhs@knepperstratton.net
Attorney for Plaintiff Joseph J. Freebery

_____
Gregg Wilson, Esquire (Bar Id. #85 )
County Attorney
New Castle County
87 Reads Way
New Castle, DE 19720
(302) 395.5146
Attorney for New Castle County and
Christopher Coons

## ORDER GRANTING MOTION

  IT IS HEREBY ORDERED that counsel's Stipulation to Enlarge Time Period for Plaintiff to respond to Defendants' Motion to Disqualify Joseph F. Lawless and Oppose His Admission *Pro Hac Vice* is approved.  Defendants shall file their response to the Complaint no later than December 1, 2005.

Dated:_____                                                      _____
                       Gregory M. Sleet, United States District Judge