IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH J. FREEBERY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 05-748 GMS |
| | : | |
| CHRISTOPHER COONS, in his official capacity as County Executive of New Castle County and NEW CASTLE COUNTY, a municipal corporation; and JANE AND JOHN DOES 1-25 | : | JURY TRIAL DEMANDED |
| | : | |
| Defendants. | : | |

## ENTRY OF APPEARANCE

Please enter the appearance of Richard R. Wier, Jr. on behalf of Defendants. This Entry of Appearance shall not be construed to be a waiver of any defenses, including, but not limited to, those set forth in Fed. Ct. Civ. R. 12(b). Defendants specifically reserve all rights to raise jurisdictional, service, statute of limitation and/or other defenses that may be available.

Respectfully submitted,
**RICHARD R. WIER, JR., P.A.**


_____/s/ Richard R. Wier, Jr._____
Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
1220 Market St., Suite 600
Wilmington, DE 19801
(302)888-3222
RWier@wierlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH J. FREEBERY, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C.A. No. 05-748 GMS |
| : | |
| CHRISTOPHER COONS, in his official : | JURY TRIAL DEMANDED |
| capacity as County Executive of New : | |
| Castle County and NEW CASTLE : | |
| COUNTY, a municipal corporation; and : | |
| JANE AND JOHN DOES 1-25 : | |
| : | |
| Defendants. : | |

## CERTIFICATE OF SERVICE

I certify that on this 18th day of November 2005 that I caused a copy of the attached to be filed with the Clerk of the Court using CM/ECF, which will send a copy to the following counsel of record:

Barbara H. Stratton, Esq.
PO Box 1795
1228 North King Street
Wilmington, DE 19801

                                                  **RICHARD R. WIER, JR., P.A.**

                                                  /s/ Richard R. Wier, Jr.
                                                  Richard R. Wier, Jr. (#716)
                                                  Daniel W. Scialpi (#4146)
                                                  1220 Market St., Suite 600
                                                  Wilmington, DE 19801
                                                  (302)888-3222
                                                  RWier@wierlaw.com