IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH J. FREEBERY, | ) | C.A. No.: 05-748(GMS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER COONS, in his official capacity as County Executive of New Castle County and in his individual capacity; and NEW CASTLE COUNTY, a municipal corporation, and JOHN DOES 1-25, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION TO ENLARGE TIME PERIOD FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED between counsel for the parties and subject to the agreement of the Court that the period of time within which the Defendants must file a response to Plaintiffs' Complaint be enlarged and that Defendants are required to file their response to the Complaint no later than December 6, 2005.

| KNEPPER & STRATTON | RICHARD R. WIER, JR., P.A. |
|---|---|
| /s/ Barbara H. Stratton | /s/ Richard R. Wier |
| Barbara H. Stratton (Bar ID # 2785) | Richard R. Wier, Jr. (Bar ID # 716) |
| P.O. Box 1795 | Daniel W. Scialpi (Bar ID # 4146) |
| Wilmington, DE 19899 | 1220 Market Street, Suite 600 |
| (302) 652-7717 | Wilmington, DE 19801 |
| bhs@knepperstratton.net | (302) 888-3222 |
| | Rwier@wierlaw.com |
| Joseph F. Lawless, Esquire | |
| 6 Harvey Lane | Gregg Wilson, Esquire (Bar ID # 85) |
| Newton, Square PA 19073 | 87 Reads Way |
| (610) 356-0875 | New Castle, DE 19720 |
| Counsel for Plaintiff | Counsel for Defendants |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH J. FREEBERY, | ) | C.A. No.: 05-748(GMS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER COONS, in his official capacity as County Executive of New Castle County and in his individual capacity; and NEW CASTLE COUNTY, a municipal corporation, and JOHN DOES 1-25, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Stipulation to Enlarge Time Period for Defendants to Respond to Plaintiff's Complaint is approved. Defendants shall file their response to the Complaint no later than November 29, 2005.

Dated:_____

_____
Gregory M. Sleet, United States District Judge