**KNEPPER & STRATTON**
*ATTORNEYS AT LAW*
1228 NORTH KING STREET
WILMINGTON, DELAWARE 19801

E. MARTIN KNEPPER*
BARBARA H. STRATTON*

TELEPHONE: (302) 658-1717
(302) 652-7717
DOVER: (302) 736-5500

*Admitted IN DE & PA
Fed. I.D.# 51-0340523

FAX: (302) 658-0631

December 16, 2005

Gregory M. Sleet
United States District Court for the District of D
The Honorable Gregory M. Sleet
844 King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

RE: JOSEPH FREEBERY V. CHRISTOPHER COONS, ET AL.
C.A. No.: 05-748 GMS

Dear Judge Sleet:

This letter accompanies a copy of the Delaware Chancery Court's very recent opinion in *Hendry v. Hendry, et al.*, Civil Action No. 18625-NC. We would specifically direct the Court's attention to pages 5-11 of the Opinion, which relates to the applicable standards to be applied to motions to disqualify counsel and which are directly relevant to the issue before this Court in Defendants' pending Motion to Disqualify Mr. Lawless.

The *Hendry* Opinion was released on the same day Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Disqualify was filed so we were unable to include it as part of our brief. We became aware of the Opinion today and wanted to bring it to the Court's attention as soon as possible.

Respectfully,

Barbara H. Stratton
Joseph Lawless

BHS/mmi

cc: Gregg E. Wilson, Esq.
    Richard R. Wier, Jr., Esq.