# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
KENT A. JORDAN
DISTRICT JUDGE

LOCKBOX 10
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

January 12, 2006

Barbara H. Stratton, Esq.
Knepper & Stratton
P.O. Box 1795
Wilmington, DE  19899

Daniel W. Scialpi, Esq.
Richard R. Wier, Jr., P.A.
1220 Market Street - #600
Wilmington, DE  19801

Re: Joseph J. Freebery v. Christopher A. Coons, et al.
Civil Action No. 05-748-KAJ

Dear Counsel:

I have been assigned the captioned case and enclose for your consideration a form of Scheduling Order. Please confer and jointly call my secretary within ten days of the date of this letter to schedule a telephone conference to discuss dates you recommend be adopted in the Order.

Very truly yours,

Kent A. Jordan

KAJ:cas
Enclosure
cc: Clerk of the Court