# KNEPPER & STRATTON
ATTORNEYS AT LAW
1228 NORTH KING STREET
WILMINGTON, DELAWARE 19801

E. MARTIN KNEPPER*  
BARBARA H. STRATTON*

TELEPHONE: (302) 658-1717  
(302) 652-7717  
DOVER: (302) 736-5500

*Admitted IN DE & PA  
Fed. I.D.# 51-0340523

FAX: (302) 658-0631

January 26, 2006

By E-Filing and Hand Delivery  
The Honorable Kent A. Jordan  
United States District Court  
J. Caleb Boggs Federal Building  
844 N. King Street  
Room 6325  
Lockbox 10  
Wilmington, DE 19801

  RE: JOSEPH FREEBERY V. CHRISTOPHER COONS, ET AL.  
     C.A. No.: 05-748 KAJ

Dear Judge Jordan:

  This letter accompanies a Proposed Scheduling Order agreed upon by the parties in the above-captioned matter. Since we anticipated potential confidentiality issues, we also proposed, and the Defendants agreed to, the accompanying Proposed Protective Order for the Production, Exchange and Use of Confidential Information. The Proposed Protective Order is taken directly from another Order approved by Your Honor in another case.

  We look forward to the Scheduling Conference call on Monday.

              Respectfully,

              Barbara H. Stratton

BHS/cmd  
Enclosure  
cc: Joseph Lawless, Esquire (by E-Filing)  
   Gregg E. Wilson, Esquire (by Fax)  
   Richard R. Wier, Jr., Esquire (by E-Filing and Fax)