IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH J. FREEBERY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHRISTOPHER COONS, in his official )<br>capacity as County Executive of New )<br>Castle County and in his individual )<br>capacity; and NEW CASTLE COUNTY, a )<br>municipal corporation; and JOHN DOES )<br>1-25, )<br>)<br>Defendants. ) | Civil Action No. 05-748-KAJ |

### ORDER

At Wilmington, this 31st day of January, 2006,

For the reasons set forth by the Court during the teleconference of January 30, 2006,

IT IS ORDERED that defendants' motion to disqualify Joseph F. Lawless, Esq. (D.I. 7) is DENIED without prejudice.

_____
UNITED STATES DISTRICT JUDGE