IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH J FREEBERY, | : |
| | : |
| Plaintiff, | : |
| | : CA. No. 05-748-KAJ |
| v. | : |
| | : |
| CHIRSTOPHER COONS, in his official capacity as | : |
| County Executive of New Castle County and in his | : |
| Individual capacity; and NEW CASTLE COUNTY, a municipal corporation; and JOHN DOES 1-25 | : |
| | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I, Barbara H. Stratton, hereby certify that on March 21, 2006 two copies of the Initial Disclosures of Plaintiff Joseph J. Freebery Pursuant to Federal Rule of Civil Procedure 26(a) were served by first class mail upon the following:

Richard R. Wier, Jr.
Daniel W. Scialpi
Two Mill Road, Suite 200
Wilmington, DE 19806

Gregg E. Wilson, Esquire
County Attorney
New Castle County
87 Reads Way
New Castle, DE 19720

**KNEPPER & STRATTON**

OF COUNSEL:
Joseph F. Lawless, Esq.
PA Id. No. 23691
6 Harvey Lane
Newtown Square, PA 19083
610.356.0875
Jlaw6@comcast.net
Counsel for Joseph J. Freebery

Barbara H. Stratton, ESQ.
P.O. Box 1795
1228 North King Street
Wilmington, Delaware 19801
302.658.1717
Delaware Bar ID # 2785
bhs@knepperstratton.net
Attorney for Plaintiff