IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH J FREEBERY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CA. No. 05-748-KAJ |
| v. | : | |
| | : | |
| CHIRSTOPHER COONS, in his official capacity as | : | |
| County Executive of New Castle County and in his | : | |
| Individual capacity; and NEW CASTLE COUNTY, | : | |
| a municipal corporation; and JOHN DOES 1-25 | : | |
| | : | |
| Defendants. | : | |

### STIPULATION TO AMEND SCHEDULING ORDER

IT IS HEREBY STIPULATED AND AGREED between counsel for the parties and subject to the agreement of the Court that the time period set forth in Paragraph 2 of the Court's February 1, 2006 Scheduling Order specifying the time within which all motions to join other parties and to amend or supplement the pleadings shall be enlarged to permit the parties to file all such motions or amendments no later than June 16, 2006. A proposed form of Order approving the Stipulation is attached.

KNEPPER & STRATTON

Barbara H. Stratton
P.O. Box 1795
1228 N. King Street
Wilmington, DE 19899
(302) 658-1717
Delaware Bar ID # 2785
bhs@knepperstratton.net
Attorney for Plaintiff Joseph J. Freebery

Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
Two Mill Road, Suite 200
Wilmington, DE 19806
302.888.3222
Attorney for New Castle County and
Christopher Coons

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JOSEPH J FREEBERY,** | : |
| | : |
| Plaintiff, | : |
| | : CA. No. 05-748-KAJ |
| v. | : |
| | : |
| **CHIRSTOPHER COONS,** in his official capacity as | : |
| County Executive of New Castle County and in his | : |
| Individual capacity; and **NEW CASTLE COUNTY,** | : |
| a municipal corporation; and **JOHN DOES 1-25** | : |
| | : |
| Defendants. | : |

### ORDER APPROVING STIPULATION TO AMEND SCHEDULING ORDER

IT IS HEREBY ORDERED that counsel's Stipulation to Enlarge Time Within Which the Parties Must File All Motions for Joinder or to Amend or Supplement the Pleadings is approved. The Parties shall file all Motions for Joinder or to Amend or Supplement the Pleadings in this case no later than June 16, 2006.

BY THE COURT:

_____
Kent M. Jordan, United States District Judge

Dated:_____