IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH J FREEBERY, | : |
| Plaintiff, | : |
| v. | : CA. No. 05-748-KAJ |
| CHIRSTOPHER COONS, in his official capacity as County Executive of New Castle County and in his Individual capacity; and NEW CASTLE COUNTY, a municipal corporation; and JOHN DOES 1-25 | : |
| Defendants. | : |

### ORDER APPROVING STIPULATION TO AMEND SCHEDULING ORDER

IT IS HEREBY ORDERED that counsel's Stipulation to Enlarge Time Within Which the Parties Must File All Motions for Joinder or to Amend or Supplement the Pleadings is approved. The Parties shall file all Motions for Joinder or to Amend or Supplement the Pleadings in this case no later than June 16, 2006.

BY THE COURT:

Dated: 3/28/06

_____
Kent M. Jordan, United States District Judge