IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH J. FREEBERY, | ) | C.A. No.: 05-748(GMS) |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| CHRISTOPHER COONS, IN HIS OFFICIAL CAPACITY AS COUNTY EXECUTIVE OF NEW CASTLE COUNTY AND IN HIS INDIVIDUAL CAPACITY; AND NEW CASTLE COUNTY, A MUNICIPAL CORPORATION, AND JOHN DOES 1-25, | ) ) ) ) ) ) | |
| DEFENDANTS. | ) | |

## CERTIFICATE OF SERVICE

I, Barbara H. Stratton, hereby certify that on March 30, 2006 a copy of the foregoing Plaintiff's First Request for Production of Documents to Defendant New Castle County, Delaware by first class mail upon the following:

Richard R. Wier, Jr.
Daniel W. Scialpi
Two Mill Road, Suite 200
Wilmington, DE 19806

Gregg E. Wilson, Esquire
County Attorney
New Castle County
87 Reads Way
New Castle, Delaware 19720

KNEPPER & STRATTON

**OF COUNSEL:**
Joseph F. Lawless, Esq.
PA Id. No. 23691
6 Harvey Lane
Newtown Square, PA 19083
610.356.0875
Jlaw6@comcast.net

Barbara H. Stratton, Esq.
P.O. Box 1795
1228 North King Street
Wilmington, Delaware 19801
302.658.1717
Delaware Bar ID # 2785
bhs@knepperstratton.net
Attorney for Plaintiff