IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH J FREEBERY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CA. No. 05-748-KAJ |
| v. | : | |
| | : | |
| CHIRSTOPHER COONS, in his official capacity as | : | |
| County Executive of New Castle County and in his | : | |
| Individual capacity; and NEW CASTLE COUNTY, | : | |
| a municipal corporation; and JOHN DOES 1-25 | : | |
| | : | |
| | : | |
| | : | |
| Defendants. | : | |

CERTIFICATE OF SERVICE

I, Barbara H. Stratton, hereby certify that on 4-11-2006, I caused a true and

correct copy of the foregoing Plaintiff's Interrogatories to Defendant Christopher Coons, First

Set, to be served by first class mail upon the following:

| | |
|---|---|
| Richard R. Wier, Jr. | Gregg E. Wilson, Esquire |
| Daniel W. Scialpi | County Attorney |
| Two Mill Road, Suite 200 | New Castle County |
| Wilmington, DE 19806 | 87 Reads Way |
| | New Castle, DE 19720 |

KNEPPER & STRATTON

*Barbara H. Stratton*

| | |
|---|---|
| OF COUNSEL: | Barbara H. Stratton, Esq. |
| Joseph F. Lawless, Esq. | P.O. Box 1795 |
| PA Id. No. 23691 | 1228 North King Street |
| 6 Harvey Lane | Wilmington, Delaware 19801 |
| Newtown Square, PA 19083 | 302.658.1717 |
| 610.356.0875 | Delaware Bar ID # 2785 |
| Jlaw6@comcast.net | bhs@knepperstratton.net |
| Counsel for Joseph J. Freebery | Attorney for Plaintiff |