IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH J FREEBERY, | : |
| Plaintiff, | : |
| | : CA. No. 05-748-KAJ |
| v. | : |
| CHRISTOPHER COONS, in his official capacity as County Executive of New Castle County and in his Individual capacity; and NEW CASTLE COUNTY, a municipal corporation; and JOHN DOES 1-25 | : |
| Defendants. | : |

### NOTICE OF DEPOSITION

TO:  Richard R. Wier, Jr.          Gregg E. Wilson, Esquire
     Daniel W. Scialpi              County Attorney
     Two Mill Road, Suite 200       New Castle County
     Wilmington, DE 19806           87 Reads Way
                                    New Castle, DE 19720

PLEASE TAKE NOTICE that the counsel for plaintiff will take the oral deposition of the following individuals on **June 7, 2006** at the law offices of Knepper & Stratton, 1228 King Street, Wilmington, Delaware 19899.

10:00 a.m. -   James Sapp

11:30 a.m.-   Ron Morris

      12:00 p.m.- Diane Baker

To the extent that a Subpoena *duces tecum* is to be served on a deponent, a copy of that *duces tecum* is attached hereto.

                           KNEPPER & STRATTON

                           */s/ Barbara H. Stratton*

**OF COUNSEL:**              Barbara H. Stratton, Esq.
Joseph F. Lawless, Esq.         P.O. Box 1795
PA Id. No. 23691            1228 North King Street
6 Harvey Lane             Wilmington, Delaware 19899
Newtown Square, PA 19083       302.658.1717
610.356.0875              Delaware Bar ID # 2785
Jlaw6@comcast.net           bhs@knepperstratton.net
Counsel for Joseph J. Freebery      Attorney for Plaintiff

*Duces Tecum*

To: James Sapp
   Ron Morris
   Diane Baker

You are directed to bring with you:

   1. Any and all documents of any in your possession, custody or control between you and New Castle County and or any Department thereof or any individual therein, including Christopher Coons, relating to your retirement and/or termination of employment by New Castle County.

   2. Any communications or writings of any kind relating to and/or between you and Joseph Freebery.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH J FREEBERY, | : |
| | : |
| Plaintiff, | : |
| | : CA. No. 05-748-KAJ |
| v. | : |
| | : |
| CHRISTOPHER COONS, in his official capacity as | : |
| County Executive of New Castle County and in his | : |
| Individual capacity; and NEW CASTLE COUNTY, | : |
| a municipal corporation; and JOHN DOES 1-25 | : |
| | : |
| | : |
| Defendants. | : |

### CERTIFICATE OF SERVICE

I, Barbara H. Stratton, hereby certify that on May 23, 2006, a copy of a **NOTICE OF DEPOSITION** was served via Electronic Filing and U.S. Mail upon the following counsel of record:

Richard R. Wier, Jr.
Daniel W. Scialpi
Two Mill Road, Suite 200
Wilmington, DE 19806

Gregg E. Wilson, Esquire
County Attorney
New Castle County
87 Reads Way
New Castle, DE 19720

KNEPPER & STRATTON

*/s/ Barbara H. Stratton*

| | |
|---|---|
| **OF COUNSEL:**<br>Joseph F. Lawless, Esq.<br>PA Id. No. 23691<br>6 Harvey Lane<br>Newtown Square, PA 19083<br>610.356.0875<br>Jlaw6@comcast.net<br>Counsel for Joseph J. Freebery | Barbara H. Stratton, Esq.<br>P.O. Box 1795<br>1228 North King Street<br>Wilmington, Delaware 19899<br>302.658.1717<br>Delaware Bar ID # 2785<br>bhs@knepperstratton.net<br>Attorney for Plaintiff |