IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH J FREEBERY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CA. No. 05-748-KAJ |
| v. | : | |
| | : | |
| CHRISTOPHER COONS, in his official capacity as | : | |
| County Executive of New Castle County and in his | : | |
| Individual capacity; and NEW CASTLE COUNTY, | : | |
| a municipal corporation; and JOHN DOES 1-25 | : | |
| | : | |
| | : | |
| Defendants. | : | |

### NOTICE OF DEPOSITION

TO:  Richard R. Wier, Jr.           Gregg E. Wilson, Esquire
     Daniel W. Scialpi              County Attorney
     Two Mill Road, Suite 200       New Castle County
     Wilmington, DE 19806           87 Reads Way
                                    New Castle, DE 19720

**PLEASE TAKE NOTICE** that the counsel for plaintiff will take the oral deposition of the following individuals on **July 13, 2006** at the law offices of Knepper & Stratton, 1228 King Street, Wilmington, Delaware 19899.

        10:00 a.m. -   Patricia Lutz DiIenno

        11:30 a.m.-    Charles Baker

        12:00 p.m.-   Allison Levine Taylor

To the extent that a Subpoena *duces tecum* is to be served on a deponent, a copy of that *duces tecum* is attached hereto.

                                              **KNEPPER & STRATTON**

                                              */s/ Barbara H. Stratton*

| | |
|---|---|
| **OF COUNSEL:** | Barbara H. Stratton, Esq. |
| Joseph F. Lawless, Esq. | P.O. Box 1795 |
| PA Id. No. 23691 | 1228 North King Street |
| 6 Harvey Lane | Wilmington, Delaware 19899 |
| Newtown Square, PA 19083 | 302.658.1717 |
| 610.356.0875 | Delaware Bar ID # 2785 |
| Jlaw6@comcast.net | bhs@knepperstratton.net |
| Counsel for Joseph J. Freebery | Attorney for Plaintiff |

*Duces Tecum*

To: Patricia Lutz DiIenno
    Charles Baker

You are directed to bring with you:

    1. Any and all documents of any in your possession, custody or control between you and New Castle County and or any Department thereof or any individual therein, including Christopher Coons, relating to your retirement and/or termination of employment by New Castle County.

    2. Any communications or writings of any kind relating to and/or between you and Joseph Freebery.

## *Duces Tecum*

To: Allison Taylor Levine
You are directed to bring with you:

    1. Any and all documents of any in your possession, custody or control between you and Christopher Coons and/or New Castle County or any Department or individual therein relating to your termination from any position held by you with New Castle County..

    2. Any communications or writings of any kind relating or referring to Joseph Freebery from any source whatsoever, including but not limited to Christopher Coons.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JOSEPH J FREEBERY,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | CA. No. 05-748-KAJ |
| v. | : | |
| | : | |
| **CHRISTOPHER COONS,** in his official capacity as | : | |
| County Executive of New Castle County and in his | : | |
| Individual capacity; and **NEW CASTLE COUNTY,** a municipal corporation; and **JOHN DOES 1-25** | : | |
| | : | |
| | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

I, Barbara H. Stratton, hereby certify that on May 23, 2006, a copy of a **NOTICE OF DEPOSITION** was served via Electronic Filing and U.S. Mail upon the following counsel of record:

Richard R. Wier, Jr.
Daniel W. Scialpi
Two Mill Road, Suite 200
Wilmington, DE 19806

Gregg E. Wilson, Esquire
County Attorney
New Castle County
87 Reads Way
New Castle, DE 19720

**KNEPPER & STRATTON**

*/s/ Barbara H. Stratton*

| | |
|---|---|
| **OF COUNSEL:**<br>Joseph F. Lawless, Esq.<br>PA Id. No. 23691<br>6 Harvey Lane<br>Newtown Square, PA 19083<br>610.356.0875<br>Jlaw6@comcast.net<br>Counsel for Joseph J. Freebery | Barbara H. Stratton, Esq.<br>P.O. Box 1795<br>1228 North King Street<br>Wilmington, Delaware 19899<br>302.658.1717<br>Delaware Bar ID # 2785<br>bhs@knepperstratton.net<br>Attorney for Plaintiff |