IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH J. FREEBERY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-748-KAJ |
| | ) |
| CHRISTOPHER COONS, in his official capacity as County Executive of New Castle County and in his individual capacity; and NEW CASTLE COUNTY, a municipal corporation; and JOHN DOES 1-25, | ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## ORDER

At Wilmington this **1st** day of **June, 2006**,

IT IS ORDERED that the status teleconference presently set for **July 27, 2006 at 4:30 p.m.** is hereby rescheduled to **July 25, 2006 at 4:00 p.m.** Counsel for Defendant shall initiate the call.

_____
UNITED STATES DISTRICT JUDGE