IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH J. FREEBERY, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C.A. No. 05-748 GMS |
| : | |
| CHRISTOPHER COONS, in his official : | JURY TRIAL DEMANDED |
| capacity as County Executive of New : | |
| Castle County and in his individual capacity; : | |
| and NEW CASTLE COUNTY, a municipal : | |
| corporation; and JOHN DOES 1-25 : | |
| : | |
| Defendants. : | |

## NOTICE OF SERVICE

I hereby certify that on the 9th day of June 2006 that I served the Defendants' First Set of Interrogatories and First Request for the Production of Documents by first-class mail on:

Barbara H. Stratton, Esq.
KNEPPER & STRATTON
1228 N. King Street
Wilmington, DE 19801

and by facsimile on:

Joseph F. Lawless, Esq.
6 Harvey Lane
Newtown Square, PA 19083

                                                  **RICHARD R. WIER, JR., P.A.**

                                                  /s/ Daniel W. Scialpi
                                                  Richard R. Wier, Jr. (#716)
                                                  Daniel W. Scialpi (#4146)
                                                  Two Mill Road, Suite 200
                                                  Wilmington, DE 19806
                                                  (302)888-3222

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH J. FREEBERY, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C.A. No. 05-748 GMS |
| : | |
| CHRISTOPHER COONS, in his official : | JURY TRIAL DEMANDED |
| capacity as County Executive of New : | |
| Castle County and in his individual capacity; : | |
| and NEW CASTLE COUNTY, a municipal : | |
| corporation; and JOHN DOES 1-25 : | |
| : | |
| Defendants. : | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of June that I electronically filed the attached document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Barbara H. Stratton, Esq.
KNEPPER & STRATTON
1228 N. King Street
Wilmington, DE 19801

and that I sent an extra copy by first class mail to:

Joseph F. Lawless, Esq.
6 Harvey Lane
Newtown Square, PA 19083

RICHARD R. WIER, JR., P.A.

/s/ Daniel W. Scialpi
Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
Two Mill Road, Suite 200
Wilmington, DE 19806
(302)888-3222