IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH J. FREEBERY,<br><br>        Plaintiff,<br><br>v.<br><br>CHRISTOPHER COONS, in his official capacity as County Executive of New Castle County and in his individual capacity; and NEW CASTLE COUNTY, a municipal corporation; and JOHN DOES 1-25,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-748-KAJ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

At Wilmington this **21st** day of **June, 2006,**

IT IS ORDERED that a teleconference relating to a discovery dispute has been scheduled for **July 11, 2006 at 4:30 p.m.** with the undersigned. **Counsel for Plaintiff shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

_____
UNITED STATES DISTRICT JUDGE