# RICHARD R. WIER, JR., P.A.

ATTORNEY AT LAW

RICHARD R. WIER, JR.*

———

DANIEL W. SCIALPI

*ALSO ADMITTED IN PA

TWO MILL ROAD, SUITE 200
WILMINGTON, DELAWARE 19806

www.Wierlaw.com

(302) 888-3222
FAX (302) 888-3225

RWier@Wierlaw.com
DScialpi@Wierlaw.com

July 20, 2006

**Via CM/ECF**

The Honorable Kent A. Jordan
United States District Court
District of Delaware
844 King Street
Wilmington, Delaware 19801

      **Re:    Joseph Freebery v. Christopher Coons, et al.**
              **C.A. No. 05-748 KAJ**
              **Interim Status Report**

Dear Judge Jordan:

      This letter is to provide you with an interim report on the nature of the matters in issue and the progress of discovery to date as ordered in the February 1, 2006 Scheduling Order.

      On July 11, 2006, there was a telephone conference held with Your Honor at Plaintiff's request regarding a discovery dispute. Your Honor ordered the parties to reconvene in an attempt to reconcile the dispute before reappearing before the court.

      The discovery deadline in this case is September 25, 2006. Currently, Plaintiff's deposition is scheduled for July 28, 2006. It was originally scheduled for July 12, 2006, but cancelled by Plaintiff's counsel a week prior due to his vacation. Plaintiff's counsel also cancelled three other depositions that he had scheduled for July 13, 2006.

      On June 7, 2006, Plaintiff took the depositions of three former New Castle County employees. Defendant has provided Plaintiff with 5 additional dates in July and August to take depositions. Plaintiff, however, has not yet noticed any additional ones.

      Discovery responses by Plaintiff were due last week, but Plaintiff has indicated that he should have them to us this week. If there are any deficiencies, Defendants will, of course,

attempt to resolve them without any action from the Court.

Respectfully submitted,

Richard R. Wier, Jr. (#716)

cc:    Joseph Lawless, Esq.
       Gregg E. Wilson, Esq.
       Michele Allen, Esq.
       Clerk of the Court