IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH J. FREEBERY, | ) | C.A. No.: 05-748(KAJ) |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| CHRISTOPHER COONS, IN HIS OFFICIAL CAPACITY AS COUNTY EXECUTIVE OF NEW CASTLE COUNTY AND IN HIS INDIVIDUAL CAPACITY; AND NEW CASTLE COUNTY, A MUNICIPAL CORPORATION, AND JOHN DOES 1-25, | ) ) ) ) ) ) | |
| DEFENDANTS. | ) | |

## CERTIFICATE OF SERVICE

I, Barbara H. Stratton, hereby certify that on July 20, 2006, Joseph Lawless caused a copy of Plaintiff's Answers and Objections to Defendants' First Set of Interrogatories to be served by fax and first class mail upon the following:

Richard R. Wier, Jr, Esquire.
Daniel W. Scialpi, Esquire
Two Mill Road, Suite 200
Wilmington, DE 19806

and that on July 21, 2006 Joseph Lawless caused a copy to be served by Federal Express upon the following:

Richard R. Wier, Jr., Esquire
Daniel W. Scialpi, Esquire
Two Mill Road, Suite 200
Wilmington, DE 19806

Gregg E. Wilson, Esquire
County Attorney
New Castle County
87 Reads Way
New Castle, Delaware 19720

                                             KNEPPER & STRATTON

                                        /s/ Barbara H. Stratton

| | |
|---|---|
| **OF COUNSEL:** | Barbara H. Stratton, Esq. |
| Joseph F. Lawless, Esq. | P.O. Box 1795 |
| PA Id. No. 23691 | 1228 North King Street |
| 6 Harvey Lane | Wilmington, Delaware 19801 |
| Newtown Square, PA 19083 | 302.658.1717 |
| 610.356.0875 | Delaware Bar ID # 2785 |
| Jlaw6@comcast.net | bhs@knepperstratton.net |
| | Attorney for Plaintiff |

DATE: JULY 24, 2006