IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH J FREEBERY, | : |
| | : |
| Plaintiff, | : |
| | : CA. No. 05-748-KAJ |
| v. | : |
| | : |
| CHIRSTOPHER COONS, in his official capacity as | : |
| County Executive of New Castle County and in his | : |
| Individual capacity; and NEW CASTLE COUNTY, | : |
| a municipal corporation; and JOHN DOES 1-25 | : |
| | : |
| | : |
| Defendants. | : |

## NOTICE OF DEPOSITION

TO:  Richard R. Wier, Jr.           Gregg E. Wilson, Esquire
     Daniel W. Scialpi              County Attorney
     Two Mill Road, Suite 200       New Castle County
     Wilmington, DE 19806           87 Reads Way
                                    New Castle, DE 19720

**PLEASE TAKE NOTICE** that the counsel for plaintiff will take the oral deposition of the following individuals on August 14, 2006 at the law offices of Knepper & Stratton, 1228 King Street, Wilmington, Delaware 19801.

10:00 a.m. - Charlie Baker

2:00 p.m.- Jen Farrell

        3:00 p.m.- Allison Taylor Levine

A *duces tecum* is attached hereto.

 

**KNEPPER & STRATTON**

*Barbara H. Stratton*
Barbara H. Stratton, Esq.

| | |
|---|---|
| **OF COUNSEL:** | |
| Joseph F. Lawless, Esq. | |
| PA Id. No. 23691 | 1228 North King Street |
| 6 Harvey Lane | Wilmington, Delaware 19801 |
| Newtown Square, PA 19083 | 302.658.1717 |
| 610.356.0875 | Delaware Bar ID # 2785 |
| Jlaw6@comcast.net | bhs@knepperstratton.net |
| Counsel for Joseph J. Freebery | Attorney for Plaintiff |

### Duces Tecum

Any and all documents of any kind, in any format, which in any way relate to the allegations in Plaintiff's Complaint; and/or which in any way refer to Joseph J. Freebery's performance as GM of the NCCo Department of Special Services; Mr. Freebery's termination from that position; the change in law which removed the NCCo General Managers from the County Merit System

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH J FREEBERY, | : |
| | : |
| Plaintiff, | : |
| | : CA. No. 05-748-KAJ |
| v. | : |
| | : |
| CHIRSTOPHER COONS, in his official capacity as County Executive of New Castle County and in his Individual capacity; and NEW CASTLE COUNTY, a municipal corporation; and JOHN DOES 1-25 | : |
| | : |
| | : |
| Defendants. | : |

**CERTIFICATE OF SERVICE**

I, Barbara H. Stratton, hereby certify that on July 25, 2006, a copy of a **NOTICE OF DEPOSITION** was served via Electronic Filing and U.S. Mail upon the following counsel of record:

Richard R. Wier, Jr.  
Daniel W. Scialpi  
Two Mill Road, Suite 200  
Wilmington, DE 19806  

Gregg E. Wilson, Esquire  
County Attorney  
New Castle County  
87 Reads Way  
New Castle, DE 19720

|  | KNEPPER & STRATTON |
|---|---|
| **OF COUNSEL:** | *Barbara H. Stratton* (signature) |
| Joseph F. Lawless, Esq. | Barbara H. Stratton, Esq. |
| PA Id. No. 23691 | 1228 North King Street |
| 6 Harvey Lane | Wilmington, Delaware 19801 |
| Newtown Square, PA 19083 | 302.658.1717 |
| 610.356.0875 | Delaware Bar ID # 2785 |
| Jlaw6@comcast.net | bhs@knepperstratton.net |
| Counsel for Joseph J. Freebery | Attorney for Plaintiff |