IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH J FREEBERY, | : |
| | : |
| Plaintiff, | : |
| | : CA. No. 05-748-KAJ |
| v. | : |
| | : |
| CHIRSTOPHER COONS, in his official capacity as | : |
| County Executive of New Castle County and in his | : |
| Individual capacity; and NEW CASTLE COUNTY, | : |
| a municipal corporation; and JOHN DOES 1-25 | : |
| | : |
| | : |
| Defendants. | : |

## NOTICE OF DEPOSITION

TO:   Richard R. Wier, Jr.         Gregg E. Wilson, Esquire
      Daniel W. Scialpi            County Attorney
      Two Mill Road, Suite 200     New Castle County
      Wilmington, DE 19806         87 Reads Way
                                   New Castle, DE 19720

**PLEASE TAKE NOTICE** that the counsel for plaintiff will take the oral deposition of the following individuals on August 30, 2006 at the law offices of Knepper & Stratton, 1228 King Street, Wilmington, Delaware 19801.

9:30 a.m. -   David Singleton

1:00 p.m.-    Nicole Majeski

      3:30 p.m. -   Missey Moore-Grey

A *duces tecum* is attached hereto.

                **KNEPPER & STRATTON**

                Barbara H. Stratton, Esq.

| OF COUNSEL: | |
|---|---|
| Joseph F. Lawless, Esq. | 1228 North King Street |
| PA Id. No. 23691 | Wilmington, Delaware 19801 |
| 6 Harvey Lane | 302.658.1717 |
| Newtown Square, PA 19083 | Delaware Bar ID # 2785 |
| 610.356.0875 | bhs@knepperstratton.net |
| Jlaw6@comcast.net | Attorney for Plaintiff |
| Counsel for Joseph J. Freebery | |

### Duces Tecum

Any and all documents of any kind, in any format, which in any way relate to the allegations in Plaintiff's Complaint; and/or which in any way refer to Joseph J. Freebery's performance as GM of the NCCo Department of Special Services; Mr. Freebery's termination from that position; the change in law which removed the NCCo General Managers from the County Merit System

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JOSEPH J FREEBERY, :
:
:
**Plaintiff,** :
: CA. No. 05-748-KAJ
v. :
:
CHIRSTOPHER COONS, in his official capacity as :
County Executive of New Castle County and in his :
Individual capacity; and NEW CASTLE COUNTY, :
a municipal corporation; and JOHN DOES 1-25 :
:
:
**Defendants.** :

**CERTIFICATE OF SERVICE**

I, Barbara H. Stratton, hereby certify that on July 25, 2006, a copy of a **NOTICE OF DEPOSITION** was served via Electronic Filing and U.S. Mail upon the following counsel of record:

    Richard R. Wier, Jr.     Gregg E. Wilson, Esquire
    Daniel W. Scialpi     County Attorney
    Two Mill Road, Suite 200     New Castle County
    Wilmington, DE 19806     87 Reads Way
        New Castle, DE 19720

**OF COUNSEL:**
Joseph F. Lawless, Esq.
PA Id. No. 23691
6 Harvey Lane
Newtown Square, PA 19083
610.356.0875
Jlaw6@comcast.net
Counsel for Joseph J. Freebery

**KNEPPER & STRATTON**

*/s/ Barbara H. Stratton*
Barbara H. Stratton, Esq.

1228 North King Street
Wilmington, Delaware 19801
302.658.1717
Delaware Bar ID # 2785
bhs@knepperstratton.net
Attorney for Plaintiff