IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH J. FREEBERY, | : |
| | : |
|     Plaintiff, | : |
| | : |
| v. | :   Civil Action No. 05-748-KAJ |
| | : |
| CHRISTOPHER COONS, in his official capacity as County Executive of New Castle County and in his individual capacity; and NEW CASTLE COUNTY, a municipal corporation; and JOHN DOES 1-25, | : |
| | : |
|     Defendants. | : |

## ORDER

At Wilmington this **15th** day of **August, 2006**,

IT IS ORDERED that the mediation conference scheduled for Monday, August 28, 2006 at 10:00 a.m. has been rescheduled to **Monday, November 27, 2006 at 10:00 a.m.** Submissions of the parties shall now be due on or before **Friday, November 17, 2006.** All other provisions of the Court's March 20, 2006 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                    /s/ Mary Pat Thynge
                                    UNITED STATES MAGISTRATE JUDGE