IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH J. FREEBERY, | ) | C.A. No.: 05-748(KAJ) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER COONS, in his official capacity | ) | |
| as County Executive of New Castle County and | ) | |
| in his individual capacity; and NEW CASTLE | ) | |
| COUNTY, a municipal corporation, and JOHN | ) | |
| DOES 1-25, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DEPOSITION

TO:  Richard R. Wier, Jr., Esquire        Gregg E. Wilson, Esquire
     Daniel W. Scialpi, Esquire           County Attorney
     Two Mill Road, Suite 200             New Castle County
     Wilmington, DE 19806                 87 Reads Way
                                          New Castle, DE 19720

**PLEASE TAKE NOTICE** that the counsel for plaintiff will take the oral deposition of the following individuals on August 23, 2006 at the New Castle County Offices, 87 Reads Way, New Castle, DE, 19720.

10:00 a.m.    Tracey Surles

11:30 a.m.    Jon Husband

1:00 p.m.     Missey Grey Moore

2:00 p.m.     Patricia Lutz DiIenno

A *duces tecum* is attached hereto.

**PLEASE TAKE NOTICE** that on August 30, 2006, counsel for the plaintiff will take the deposition of Thomas Gordon at 9:30 a.m. at the offices of Knepper & Stratton, 1228 North King Street, Wilmington, DE 19801.

                                        **KNEPPER & STRATTON**

                                        /s/ Barbara H. Stratton

**OF COUNSEL:**  
Joseph F. Lawless, Esquire  
PA Id. No. 23691  
6 Harvey Lane  
Newtown Square, PA 19083  
610.356.0875  
Jlaw6@comcast.net  
Counsel for Joseph J. Freebery

                                        Barbara H. Stratton, Esquire  
                                        P.O. Box 1795  
                                        1228 North King Street  
                                        Wilmington, Delaware 19801  
                                        302.658.1717  
                                        Delaware Bar ID # 2785  
                                        bhs@knepperstratton.net  
                                        Attorney for Plaintiff

cc: Corbett & Wilcox

## Duces Tecum to Surles, Husband, Moore & DiIenno

Any and all documents of any kind, in any format, which in any way relate to the allegations in Plaintiff's Complaint; and/or which in any way refer to Joseph J. Freebery's performance as GM of the NCCo Department of Special Services; Mr. Freebery's termination from that position; the change in law which removed the NCCo General Managers from the County Merit System in your personal custody, possession or control.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH J. FREEBERY, | ) | C.A. No.: 05-748(KAJ) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER COONS, in his official capacity as County Executive of New Castle County and in his individual capacity; and NEW CASTLE COUNTY, a municipal corporation, and JOHN DOES 1-25, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I, Barbara H. Stratton, Esquire hereby certify that on August 16, 2006, a copy of a **NOTICE OF DEPOSITION** was served via Electronic Filing and U.S. Mail upon the following counsel of record:

Richard R. Wier, Jr., Esquire
Daniel W. Scialpi, Esquire
Two Mill Road, Suite 200
Wilmington, DE 19806

Gregg E. Wilson, Esquire
County Attorney
New Castle County
87 Reads Way
New Castle, DE 19720

**KNEPPER & STRATTON**

**OF COUNSEL:**
Joseph F. Lawless, Esq.
PA Id. No. 23691
6 Harvey Lane
Newtown Square, PA 19083
610.356.0875
Jlaw6@comcast.net
Counsel for Joseph J. Freebery

/s/ Barbara H. Stratton
Barbara H. Stratton, Esq.
P.O. Box 1795
1228 North King Street
Wilmington, Delaware 19801
302.658.1717
Delaware Bar ID # 2785
bhs@knepperstratton.net
Attorney for Plaintiff