IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH J. FREEBERY,<br><br>    Plaintiff,<br><br>v.<br><br>CHRISTOPHER COONS, in his official capacity as County Executive of New Castle County and in his individual capacity;: and NEW CASTLE COUNTY, a municipal corporation; and JOHN DOES 1-25<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:   C.A. No. 05-748 KAJ<br>:<br>:   JURY TRIAL DEMANDED<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## RE-NOTICE OF CONTINUATION OF DEPOSITION

To:   Joseph F. Lawless, Esq.
       6 Harvey Lane
       Newtown Square, PA 19083

PLEASE TAKE NOTICE that Defendants will continue the deposition of Plaintiff Joseph Freebery on August 30, 2006, beginning at 10 a.m., before a notary public or other person authorized to administer oaths. The deposition will take place at the Law Offices of Richard R. Wier, Jr., Two Mill Road, Suite 200, Wilmington, Delaware 19806 and will be recorded stenographically.

                                          **RICHARD R. WIER, JR., P.A.**

                                          /s/ Richard R. Wier, Jr.
                                          Richard R. Wier, Jr. (#716)
                                          Daniel W. Scialpi (#4146)
                                          Two Mill Road, Suite 200
                                          Wilmington, DE 19806
                                          (302)888-3222

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH J. FREEBERY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 05-748 GMS |
| | : | |
| CHRISTOPHER COONS, in his official | : | JURY TRIAL DEMANDED |
| capacity as County Executive of New | : | |
| Castle County and in his individual capacity; | : | |
| and NEW CASTLE COUNTY, a municipal | : | |
| corporation; and JOHN DOES 1-25 | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of August 2006 that I electronically filed the attached document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

    Barbara H. Stratton, Esq.
    KNEPPER & STRATTON
    1228 N. King Street
    Wilmington, DE 19801

and that I sent an extra copy by first class mail to:

    Joseph F. Lawless, Esq.
    6 Harvey Lane
    Newtown Square, PA 19083

                                      **RICHARD R. WIER, JR., P.A.**

                                      /s/ Daniel W. Scialpi
                                      Richard R. Wier, Jr. (#716)
                                      Daniel W. Scialpi (#4146)
                                      Two Mill Road, Suite 200
                                      Wilmington, DE 19806
                                      (302)888-3222