IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH J. FREEBERY, | : |
| | : |
| Plaintiff, | : |
| | : CA. No. 05-748-KAJ |
| v. | : |
| | : |
| CHRISTOPHER COONS, in his official | : |
| capacity as County Executive of New Castle | |
| County and in his Individual capacity; | : |
| and NEW CASTLE COUNTY, a municipal | : |
| corporation; and JOHN DOES 1-25 | : |
| | : |
| Defendants. | : |

### CERTIFICATE OF SERVICE

I, Barbara H. Stratton, hereby certify that on September 6, 2006 two copies of the foregoing Plaintiff's Second Set of Interrogatories to Defendant Christopher Coons were served by fax and by first class mail upon the following:

Richard R. Wier, Jr.          Gregg E. Wilson, Esquire
Daniel W. Scialpi             County Attorney
Two Mill Road, Suite 200      New Castle County
Wilmington, DE 19806          87 Reads Way
                              New Castle, DE 19720

**KNEPPER & STRATTON**

*Barbara H. Stratton*

OF COUNSEL:                   Barbara H. Stratton
Joseph F. Lawless             P.O. Box 1795
PA Id. No. 23691              1228 North King Street
6 Harvey Lane                 Wilmington, Delaware 19899
Newtown Square, PA 19083      302.658.1717
610.356.0875                  Delaware Bar ID # 2785
Jlaw6@comcast.net             bhs@knepperstratton.net
                              Attorney for Plaintiff