IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH J. FREEBERY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHRISTOPHER COONS, in his official capacity ) <br> As County Executive of New Castle County and ) <br> NEW CASTLE COUNTY, a municipal corporation; and ) <br> JANE AND JOHN DOES 1-25, ) <br> ) <br> Defendants. ) | C.A. No. 05-748 (KAJ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Megan E. Hills, Esquire to represent third-party deponent Charles Baker in this matter.

BIFFERATO, GENTILOTTI, BIDEN
& BALICK LLC

_____
Linda Richenderfer (#4138)
1308 Delaware Avenue
Wilmington, Delaware 19899
(302) 429-1900

Attorney for Third-Party Deponent Charles Baker

Dated: Wilmington, Delaware
       September 28, 2006