IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

JOSEPH J. FREEBERY, )
                         Plaintiff, )  C.A. No. 05-748 (KAJ)
v. )
CHRISTOPHER COONS, in his official capacity )
As County Executive of New Castle County and )
NEW CASTLE COUNTY, a municipal corporation; and )
JANE AND JOHN DOES 1-25, )
                        Defendants. )

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Commonwealth of Virginia and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

                                                 /s/ Megan E. Hills
                                                 Megan E. Hills, Esquire
                                                 Williams & Connolly LLP
                                                 725 Twelfth Street, N.W.
                                                 Washington, DC 20005-5901
                                                 Telephone: 202-434-5000
                                                 Fax: 202-434-5029

Dated: September 28, 2006