IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH J. FREEBERY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHRISTOPHER COONS, in his official capacity )<br>As County Executive of New Castle County and )<br>NEW CASTLE COUNTY, a municipal corporation; and )<br>JANE AND JOHN DOES 1-25, )<br>)<br>Defendants. ) | C.A. No. 05-748 (KAJ) |

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that the Motion for Admission Pro Hac Vice of Megan E. Hills, Esquire to represent third-party deponent Charles Baker is GRANTED.

Date:_____                _____
                                     United States District Judge