## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH J. FREEBERY, | ) |
| | ) |
| Plaintiff, | ) C.A. No. 05-748 (KAJ) |
| | ) |
| v. | ) |
| | ) |
| CHRISTOPHER COONS, in his official capacity | ) |
| As County Executive of New Castle County and | ) |
| NEW CASTLE COUNTY, a municipal corporation; and | ) |
| JANE AND JOHN DOES 1-25, | ) |
| | ) |
| Defendants. | ) |

## MOTION TO DESIGNATE
## DISCRETE PORTIONS OF THE DEPOSITION TESTIMONY BY
## CHARLES F. BAKER AS CONFIDENTIAL PURSUANT TO THE COURT'S
## MARCH 16, 2006 PROTECTIVE ORDER

### CONFIDENTIAL – FILED UNDER SEAL
### SUBJECT TO A PROTECTIVE ORDER

Linda Richenderfer (#4138)
BIFFERATO, GENTILOTTI, BIDEN
& BALICK LLC
1308 Delaware Avenue
Wilmington, Delaware 19899
(302) 429-1900

Attorneys for Third-Party Deponent Charles
Baker

Dated: Wilmington, Delaware
September 28, 2006