IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH J. FREEBERY, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-748 (KAJ) |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER COONS, in his official capacity | ) | |
| As County Executive of New Castle County and | ) | |
| NEW CASTLE COUNTY, a municipal corporation; and | ) | |
| JANE AND JOHN DOES 1-25, | ) | |
| | ) | |
| Defendants. | ) | |

**BRIEF IN SUPPORT OF
MOTION TO DESIGNATE DISCRETE PORTIONS OF THE DEPOSITION
TESTIMONY BY CHARLES F. BAKER
AS CONFIDENTIAL PURSUANT TO THE COURT'S MARCH 16, 2006
<u>PROTECTIVE ORDER</u>**

CONFIDENTIAL – FILED UNDER SEAL
SUBJECT TO A PROTECTIVE ORDER

Linda Richenderfer (#4138)
BIFFERATO, GENTILOTTI, BIDEN
& BALICK LLC
1308 Delaware Avenue
Wilmington, Delaware 19899
(302) 429-1900

Attorneys for Third-Party Deponent Charles Baker

Dated: Wilmington, Delaware
September 28, 2006