# KNEPPER & STRATTON
*ATTORNEYS AT LAW*
1228 NORTH KING STREET
WILMINGTON, DELAWARE 19801

E. MARTIN KNEPPER*
BARBARA H. STRATTON*

*Admitted IN DE & PA
Fed. I.D.# 51-0340523

TELEPHONE: (302) 658-1717
(302) 652-7717
DOVER: (302) 736-5500

FAX: (302) 658-0631

October 2, 2006

The Honorable Kent A. Jordan
United States District Court
 for the District of Delaware
844 King Street, Room 6325
Wilmington, DE 19801

      RE:    **JOSEPH FREEBERY V. CHRISTOPHER COONS, ET AL.**
              **C.A. No.: 05-748 KAJ**

Dear Judge Jordan:

      This letter is to advise the Court that plaintiff has no objection to the Motion for Admission Pro Hac Vice filed on September 28, 2006 in the above-captioned matter.

      Plaintiff has also received the Motion to Designate Discrete Portions of the Deposition Testimony by Charles F. Baker As Confidential and will file his response within the time required by Local Rule 7.1.2.

                                                  Respectfully,

                                                  Barbara H. Stratton
                                                  Joseph F. Lawless

BHS/dd
cc:    Gregg E. Wilson, Esquire
         Richard R. Wier, Jr., Esquire
         Linda Richendefer, Esquire
         Megan H. Hills, Esquire
         Joseph Freebery