IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH J. FREEBERY,<br><br>    Plaintiff,<br><br>v.<br><br>CHRISTOPHER COONS, in his official capacity<br>As County Executive of New Castle County and<br>NEW CASTLE COUNTY, a municipal corporation; and<br>JANE AND JOHN DOES 1-25,<br><br>    Defendants. | )<br>)<br>) C.A. No. 05-748 (KAJ)<br>)<br>)<br>)<br>) **REDACTED VERSION**<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION TO DESIGNATE
DISCRETE PORTIONS OF THE DEPOSITION TESTIMONY BY
CHARLES F. BAKER AS CONFIDENTIAL PURSUANT TO THE COURT'S
MARCH 16, 2006 PROTECTIVE ORDER**

Witness and Third-Party Deponent Charles F. Baker ("Mr. Baker"), by and through Linda Richenderfer, Esq. and Megan E. Hills, Esq., the latter being personal counsel representing Mr. Baker ▬▬▬▬▬▬▬▬▬▬▬▬ ("Personal Counsel"), hereby file this Motion to designate as "Confidential" discrete portions of the deposition testimony he gave in the context of the above-captioned civil employment dispute case. As grounds for this Motion, Mr. Baker states that the subject matter of the testimony requested to be designated as "Confidential" is an inquiry ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ that the testimony was given without the benefit of representation of ▬▬▬ counsel who would have better understood the implicated issues; and that the testimony is irrelevant to this civil litigation, failing to meet the basic requirement of being reasonably calculated to lead to the discovery of admissible evidence. Counsel for Mr. Baker requested plaintiff's counsel to consent to such designation, which consent was refused. Counsel for

defendants consents to the designation of the specified portions of the deposition as "Confidential."

Wherefore, for these and the reasons set forth in the accompanying Brief, Mr. Baker respectfully requests that the specified portions of his deposition testimony ████████████████████████████████████████ ████████████████████ be designated as "Confidential."

Respectfully submitted,

*/s/ Linda Richenderfer*
Linda Richenderfer (#4138)
BIFFERATO, GENTILOTTI, BIDEN & BALICK LLC
1308 Delaware Avenue
Wilmington, Delaware 19806
302-429-1900

and

Megan E. Hills, Esquire
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Fax: (202) 434-5029

October 5, 2006

Attorneys for Third-Party Deponent Charles Baker