IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH J. FREEBERY, | ) |
| | ) |
| Plaintiff, | ) C.A. No. 05-748 (KAJ) |
| | ) |
| v. | ) |
| | ) |
| CHRISTOPHER COONS, in his official capacity As County Executive of New Castle County and NEW CASTLE COUNTY, a municipal corporation; and JANE AND JOHN DOES 1-25, | ) ) ) ) |
| | ) |
| Defendants. | ) |

### ORDER

Upon consideration of the Motion to Designate Certain Portions of the Deposition Testimony by Charles F. Baker as Confidential Pursuant to the Court's March 16, 2006 Protective Order, and the Brief filed in support thereof, and any Opposition thereto, it is hereby **ORDERED**,

This ___ day of _____, 2006, that the Motion is **GRANTED** and the designated deposition testimony set forth in Exhibit D to the Brief is hereby designated as "Confidential".

_____
The Honorable Kent A. Jordan
District Court Judge
United States District Court
for the District of Delaware