# EXHIBIT B

# COMPLETELY REDACTED