# EXHIBIT D

*JOE FREEBERY V. CHRISTOPHER COONS, ET AL.,*
CIV. NO. 05-748 KAJ

WITNESS: CHARLES L. BAKER
DATE OF DEPOSITION: AUGUST 14, 2006

| Page | Line(s) | Change | Reason |
|---|---|---|---|
| 3 | 20-24 | Designate as "Confidential," pursuant to the Court's March 16, 2006 Protective Order | Motion to Designate as "Confidential" pending |
| 4 | 1-9 | Designate as "Confidential," pursuant to the Court's March 16, 2006 Protective Order | Motion to Designate as "Confidential" pending |
| 4 | 16-24 | Designate as "Confidential," pursuant to the Court's March 16, 2006 Protective Order | Motion to Designate as "Confidential" pending |
| 5 | 1-24 | Designate as "Confidential," pursuant to the Court's March 16, 2006 Protective Order | Motion to Designate as "Confidential" pending |
| 6 | 1-23 | Designate as "Confidential," pursuant to the Court's March 16, 2006 Protective Order | Motion to Designate as "Confidential" pending |
| 7 | 4-16 | Designate as "Confidential," pursuant to the Court's March 16, 2006 Protective Order | Motion to Designate as "Confidential" pending |
| 8 | 5-23 | Designate as "Confidential," pursuant to the Court's March 16, 2006 Protective Order | Motion to Designate as "Confidential" pending |
| 9 | 1-18 | Designate as "Confidential," pursuant to the Court's March 16, 2006 Protective Order | Motion to Designate as "Confidential" pending |
| 10 | 7-21 | Designate as "Confidential," pursuant to the Court's March 16, 2006 Protective Order | Motion to Designate as "Confidential" pending |
| 12 | 16 | Replace "was" with "as" | Transcription Error |
| 15 | 19 | Insert "what" between than and I | Transcription Error |
| 26 | 20 | Replace "wasn't" with was | Transcription Error |
| 48 | 13-24 | Designate as "Confidential," pursuant to the Court's March 16, 2006 Protective Order | Motion to Designate as "Confidential" pending |
| 49 | 1-24 | Designate as "Confidential," pursuant to the Court's March 16, 2006 Protective Order | Motion to Designate as "Confidential" pending |
| 50 | 1-24 | Designate as "Confidential," pursuant to the Court's March 16, | Motion to Designate as "Confidential" pending |

| Page | Line(s) | Change | Reason |
|------|---------|--------|--------|
| 51 | 1-9 | Designate as "Confidential," pursuant to the Court's March 16, 2006 Protective Order | Motion to Designate as "Confidential" pending |
| 51 | 22-24 | Designate as "Confidential," pursuant to the Court's March 16, 2006 Protective Order | Motion to Designate as "Confidential" pending |
| 52 | 1-22 | Designate as "Confidential," pursuant to the Court's March 16, 2006 Protective Order | Motion to Designate as "Confidential" pending |

I have read the foregoing transcript of my deposition and, except for any corrections or changes noted above, I hereby subscribe to the transcript as an accurate record of the statements made by me.

Date: _____   Signature: _____

Sworn to and subscribed before me this \_\_\_\_ day of _____ 2006.

Notary: _____