**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of September, 2006, a copy of the redacted version of BRIEF IN SUPPORT OF MOTION TO DESIGNATE DISCRETE PORTIONS OF THE DEPOSITION TESTIMONY BY CHARLES F. BAKER AS CONFIDENTIAL PURSUANT TO THE COURT'S MARCH 16, 2006 PROTECTIVE ORDER was caused to be served by first class mail, unless otherwise noted, upon the following:

Barbara H. Stratton, Esquire
Knepper & Stratton
1228 North King Street
Wilmington, DE 19801

Joseph F. Lawless, Esquire
6 Harvey Lane
Newtown, Square, PA 19083

Gregg E. Wilson, Esquire
County Attorney
New Castle County
87 Reads Way
New Castle, DE 19720

Richard R. Wier, Jr., Esquire
Two Mill Road, Suite 200
Wilmington, DE 19806

By: _____
Linda Richenderfer (#4138)
Bifferato Gentilotti Biden & Balick LLC
1308 Delaware Avenue
Wilmington, Delaware 19899
(302) 429-1900