IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH J. FREEBERY, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 05-748 GMS |
| CHRISTOPHER COONS, in his official capacity as County Executive of New Castle County and in his individual capacity; and NEW CASTLE COUNTY, a municipal corporation; and JOHN DOES 1-25 | : | JURY TRIAL DEMANDED |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of October 2006 that I served the Defendant Coons' Response to Plaintiff's First Set of Interrogatories and First Request for the Production of Documents by HAND DELIVERY on:

Barbara Stratton, Esq.
Knepper & Stratton
1228 North King Street
Wilmington, DE 19899

and by FACSIMILE on:

Joseph F. Lawless, Esq.
6 Harvey Lane
Newtown Square, PA 19083

**RICHARD R. WIER, JR., P.A.**

/s/ Richard R. Wier, Jr.
Richard R. Wier, Jr. (#716)
Two Mill Road, Suite 200
Wilmington, DE 19806
(302)888-3222