IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH J. FREEBERY, | : |
| Plaintiff, | : |
| v. | : C.A. No. 05-748 KAJ |
| CHRISTOPHER COONS, in his official capacity as County Executive of New Castle County and in his individual capacity;: and NEW CASTLE COUNTY, a municipal corporation; and JOHN DOES 1-25 | : JURY TRIAL DEMANDED |
| Defendants. | : |

## NOTICE OF DEPOSITION

To:   Joseph F. Lawless, Esq.
      6 Harvey Lane
      Newtown Square, PA 19083

PLEASE TAKE NOTICE that Defendants will take the deposition of Plaintiff Joseph Freebery on October 19, 2006, beginning at 10:30 a.m., before a notary public or other person authorized to administer oaths. The deposition will take place at the Law Offices of Richard R. Wier, Jr., Two Mill Road, Suite 200, Wilmington, Delaware 19806 and will be recorded stenographically.

**RICHARD R. WIER, JR., P.A.**

  /s/ Richard R. Wier, Jr.
Richard R. Wier, Jr. (#716)
Two Mill Road, Suite 200
Wilmington, DE 19806
(302)888-3222

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH J. FREEBERY, : | |
| Plaintiff, : | |
| v. : | C.A. No. 05-748 GMS |
| CHRISTOPHER COONS, in his official : | JURY TRIAL DEMANDED |
| capacity as County Executive of New : | |
| Castle County and in his individual capacity; : | |
| and NEW CASTLE COUNTY, a municipal : | |
| corporation; and JOHN DOES 1-25 : | |
| Defendants. : | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of October 2006 that I electronically filed the attached document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Barbara H. Stratton, Esq.
KNEPPER & STRATTON
1228 N. King Street
Wilmington, DE 19801

and that I sent an extra copy by first class mail to:

Joseph F. Lawless, Esq.
6 Harvey Lane
Newtown Square, PA 19083

**RICHARD R. WIER, JR., P.A.**

/s/ Richard R. Wier, Jr.
Richard R. Wier, Jr. (#716)
Two Mill Road, Suite 200
Wilmington, DE 19806
(302)888-3222