IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH J. FREEBERY : | |
| Plaintiff : | |
| : | |
| v. : | C.A. No. 05-748-GMS |
| : | |
| CHRISTOPER COONS, in his official capacity as : | |
| County Executive of New Castle County and in his : | |
| individual capacity; and NEW CASTLE COUNTY, : | |
| a municipal corporation; and JOHN DOES 1-25 : | |
| Defendants. : | |

CONFIDENTIAL MATERIAL
SUBJECT TO A PROTECTIVE ORDER

───────────────────────────────

PLAINTIFF'S ANSWERING BRIEF IN OPPOSITOIN TO
MOTON TO DESIGNATE DISCRETE PORTIONS OF THE DEPOSITION
TESTIMONY BY CHARLES F. BAKER AS CONFIDENTIAL PURSUANT TO
THE COURT'S MARCH 16, 2006 PROTECTIVE ORDER

───────────────────────────────

**KNEPPER & STRATTON**

**OF COUNSEL:**
Joseph F. Lawless, Esq.
PA Id. No. 23691
6 Harvey Lane
Newtown Square, PA 19083
610.356.0875

Barbara H. Stratton, Esq.
P.O. Box 1795
1228 North King Street
Wilmington, Delaware 19801
302.658.1717
Delaware Bar ID # 2785
Counsel for Joseph J. Freebery