### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH J FREEBERY, | : |
| | : |
| **Plaintiff,** | : |
| | : CA. No. 05-748-KAJ |
| v. | : |
| | : |
| CHIRSTOPHER COONS, in his official capacity as County Executive of New Castl County and in his Individual capacity; and NEW CASTLE COUNTY, a municipal corporation; and JOHN DOES 1-25 Defendants. | : : : : : : : |

### CERTIFICATE OF SERVICE

I, Barbara H. Stratton, hereby certify that on October 12, 2006, two copies of the Plaintiff's Answering Brief in Response To Motion to Designate Discrete Portions of the Deposition Testimony by Charles F. Baker as Confidential Pursuant to The Court's March 16, 2006 Protective Order were served electronically and by regular mail upon the following:

| | | |
|---|---|---|
| Megan E. Hills, Esquire | Linda Richenderfer, Esquire | Richard R. Wier, Jr. |
| Williams & Connolly LLP | 1308 Delaware Avenue | Two Mill Road, Suite 200 |
| 725 Twelfth Street, N.W | Wilmington, DE 19806 | Wilmington, DE 19806 |
| Washington, D.C. 2005 | | |

|  |  |
|---|---|
|  | KNEPPER & STRATTON |
|  | s/Barbara H. Stratton |
| **OF COUNSEL:** | Barbara H. Stratton |
| Joseph F. Lawless | P.O. Box 1795 |
| PA Id. No. 23691 | 1228 North King Street |
| 6 Harvey Lane | Wilmington, Delaware 19801 |
| Newtown Square, PA 19083 | 302.658.1717 |
| 610.356.0875 | Delaware Bar ID # 2785 |
| Jlaw6@comcast.net | bhs@knepperstratton.net |
| Counsel for Joseph J. Freebery | Attorney for Plaintiff |