IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH J. FREEBERY, | ) | C.A. No.: 05-748(KAJ) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER COONS, in his official capacity as County Executive of New Castle County and in his individual capacity; and NEW CASTLE COUNTY, a municipal corporation, and JOHN DOES 1-25, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DEPOSITION

TO:   Richard R. Wier, Jr.              Gregg E. Wilson, Esquire
      Richard R. Wier, Jr., PA.         County Attorney
      Two Mill Road, Suite 200          New Castle County
      Wilmington, DE 19806              87 Reads Way
                                        New Castle, DE 19720

**PLEASE TAKE NOTICE** that the counsel for plaintiff will take the oral deposition of the following individuals on October 18, 2006 at the New Castle County Offices, 87 Reads Way, New Castle, DE, 19720.

9:15 a.m.   – Lynn Howard

10:15 a.m.  – Nicole Majewski

A *duces tecum* is attached hereto.

**KNEPPER & STRATTON**

*Barbara H. Stratton* (signature)
Barbara H. Stratton, Esq.

| | |
|---|---|
| **OF COUNSEL:** | Barbara H. Stratton, Esq. |
| Joseph F. Lawless, Esq. | P.O. Box 1795 |
| PA Id. No. 23691 | 1228 North King Street |
| 6 Harvey Lane | Wilmington, Delaware 19899 |
| Newtown Square, PA 19083 | 302.658.1717 |
| 610.356.0875 | Delaware Bar ID # 2785 |
| Jlaw6@comcast.net | bhs@knepperstratton.net |
| Counsel for Joseph J. Freebery | Attorney for Plaintiff |

### Duces Tecum to Howard and Majewski

Any and all documents of any kind, in any format, which in any way relate to the allegations in Plaintiff's Complaint; and/or which in any way refer to Joseph J. Freebery's performance as GM of the NCCo Department of Special Services; Mr. Freebery's termination from that position; the change in law which removed the NCCo General Managers from the County Merit System in your personal custody, possession or control.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH J. FREEBERY, | ) | C.A. No.: 05-748(KAJ) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER COONS, in his official capacity as County Executive of New Castle County and in his individual capacity; and NEW CASTLE COUNTY, a municipal corporation, and JOHN DOES 1-25, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I, Barbara H. Stratton, hereby certify that on October 16, 2006, a copy of a **NOTICE OF DEPOSITION** was served via Electronic Filing and U.S. Mail upon the following counsel of record:

  Richard R. Wier, Jr.      Gregg E. Wilson, Esquire
  Richard R. Wier, Jr., P.A.    County Attorney
  Two Mill Road, Suite 200    New Castle County
  Wilmington, DE 19806     87 Reads Way
                  New Castle, DE 19720

                  **KNEPPER & STRATTON**

                  /s/ Barbara H. Stratton
**OF COUNSEL:**         Barbara H. Stratton, Esq.
Joseph F. Lawless, Esq.     P.O. Box 1795
PA Id. No. 23691       1228 North King Street
6 Harvey Lane        Wilmington, Delaware 19899
Newtown Square, PA 19083   302.658.1717
610.356.0875        Delaware Bar ID # 2785
Jlaw6@comcast.net      bhs@knepperstratton.net
Counsel for Joseph J. Freebery  Attorney for Plaintiff