IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH J. FREEBERY, | ) | C.A. No.: 05-748(KAJ) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER COONS, in his official capacity as County Executive of New Castle County and in his individual capacity; and NEW CASTLE COUNTY, a municipal corporation, and JOHN DOES 1-25, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## RE-NOTICE OF DEPOSITION

TO:   Richard R. Wier, Jr.                     Gregg E. Wilson, Esquire
      Richard R. Wier, Jr., PA.                County Attorney
      Two Mill Road, Suite 200                 New Castle County
      Wilmington, DE 19806                     87 Reads Way
                                               New Castle, DE 19720

**PLEASE TAKE NOTICE** that the counsel for plaintiff will take the oral deposition of the following individuals on October 19, 2006 at the New Castle County Offices, 87 Reads Way, New Castle, DE, 19720.

    10:30 a.m.    – Nicole Majewski

    11:30 a.m.    – Lynn Howard

A *duces tecum* is attached hereto.

**KNEPPER & STRATTON**

| | |
|---|---|
| | /s/ Barbara H. Stratton |
| **OF COUNSEL:** | Barbara H. Stratton, Esq. |
| Joseph F. Lawless, Esq. | P.O. Box 1795 |
| PA Id. No. 23691 | 1228 North King Street |
| 6 Harvey Lane | Wilmington, Delaware 19899 |
| Newtown Square, PA 19083 | 302.658.1717 |
| 610.356.0875 | Delaware Bar ID # 2785 |
| Jlaw6@comcast.net | bhs@knepperstratton.net |
| Counsel for Joseph J. Freebery | Attorney for Plaintiff |

### Duces Tecum to Howard and Majewski

Any and all documents of any kind, in any format, which in any way relate to the allegations in Plaintiff's Complaint; and/or which in any way refer to Joseph J. Freebery's performance as GM of the NCCo Department of Special Services; Mr. Freebery's termination from that position; the change in law which removed the NCCo General Managers from the County Merit System in your personal custody, possession or control.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH J. FREEBERY, | ) | C.A. No.: 05-748(KAJ) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER COONS, in his official capacity as County Executive of New Castle County and in his individual capacity; and NEW CASTLE COUNTY, a municipal corporation, and JOHN DOES 1-25, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I, Barbara H. Stratton, hereby certify that on October 18, 2006, a copy of a **NOTICE OF DEPOSITION** was served via Electronic Filing, Facsimile, and U.S. Mail upon the following counsel of record:

Richard R. Wier, Jr.
Richard R. Wier, Jr., P.A.
Two Mill Road, Suite 200
Wilmington, DE 19806

Gregg E. Wilson, Esquire
County Attorney
New Castle County
87 Reads Way
New Castle, DE 19720

**KNEPPER & STRATTON**

**OF COUNSEL:**
Joseph F. Lawless, Esq.
PA Id. No. 23691
6 Harvey Lane
Newtown Square, PA 19083
610.356.0875
Jlaw6@comcast.net
Counsel for Joseph J. Freebery

/s/ Barbara H. Stratton
Barbara H. Stratton, Esq.
P.O. Box 1795
1228 North King Street
Wilmington, Delaware 19899
302.658.1717
Delaware Bar ID # 2785
bhs@knepperstratton.net
Attorney for Plaintiff