IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH J. FREEBERY, | ) | C.A. No.: 05-748(KAJ) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER COONS, in his official capacity as County Executive of New Castle County and in his individual capacity; and NEW CASTLE COUNTY, a municipal corporation, and JOHN DOES 1-25, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## RE-NOTICE OF DEPOSITION

TO:     Richard R. Wier, Jr., Esquire            Gregg E. Wilson, Esquire
        Richard R. Wier, Jr., PA.                County Attorney
        Two Mill Road, Suite 200                 New Castle County
        Wilmington, DE 19806                     87 Reads Way
                                                 New Castle, DE 19720

**PLEASE TAKE NOTICE** that the counsel for plaintiff will take the oral deposition of the following individual on November 8, 2006 at the Offices New Castle County, 87 Reads Way, Wilmington DE, 19720.

9:45 a.m.  - Christopher Coons

**KNEPPER & STRATTON**

/s/ Barbara H. Stratton
**OF COUNSEL:**                        Barbara H. Stratton, Esq.
Joseph F. Lawless, Esq.                P.O. Box 1795
PA Id. No. 23691                       1228 North King Street
6 Harvey Lane                          Wilmington, Delaware 19899
Newtown Square, PA 19083               302.658.1717
610.356.0875                           Delaware Bar ID # 2785
Jlaw6@comcast.net                      bhs@knepperstratton.net
Counsel for Joseph J. Freebery         Attorney for Plaintiff

## Duces Tecum

Any and all documents of any kind, in any format, which in any way relate to the allegations of Plaintiff's complaint; and/or which in any way refer to Joseph J. Freebery's performance as GM of the NCCo Department of Special Services, Mr. Freebery's termination from that position; the change in the law which removed the NCCo General Managers from the County Merit System in your custody or control which have not already been produced in discovery in this case.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH J. FREEBERY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHRISTOPHER COONS, in his official capacity ) <br> as County Executive of New Castle County and ) <br> in his individual capacity; and NEW CASTLE ) <br> COUNTY, a municipal corporation, and JOHN ) <br> DOES 1-25, ) <br> ) <br> Defendants. ) | C.A. No.: 05-748(KAJ) |

### CERTIFICATE OF SERVICE

I, Barbara H. Stratton, hereby certify that on October 26, 2006, a copy of a **RE-NOTICE OF DEPOSITION** was served via Electronic Filing, and U.S. Mail upon the following counsel of record:

Richard R. Wier, Jr., Esquire
Richard R. Wier, Jr., P.A.
Two Mill Road, Suite 200
Wilmington, DE 19806

Gregg E. Wilson, Esquire
Deputy County Attorney
New Castle County
87 Reads Way
New Castle, DE 19720

**KNEPPER & STRATTON**

**OF COUNSEL:**
Joseph F. Lawless, Esq.
PA Id. No. 23691
6 Harvey Lane
Newtown Square, PA 19083
610.356.0875
Jlaw6@comcast.net
Counsel for Joseph J. Freebery

/s/ Barbara H. Stratton
Barbara H. Stratton, Esq.
P.O. Box 1795
1228 North King Street
Wilmington, Delaware 19899
302.658.1717
Delaware Bar ID # 2785
bhs@knepperstratton.net
Attorney for Plaintiff