IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH J. FREEBERY, | ) | C.A. No.: 05-748(KAJ) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER COONS, in his official capacity | ) | |
| as County Executive of New Castle County and | ) | |
| in his individual capacity; and NEW CASTLE | ) | |
| COUNTY, a municipal corporation, and JOHN | ) | |
| DOES 1-25, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF DEPOSITION

TO:   Richard R. Wier, Jr., Esquire        Gregg E. Wilson, Esquire
      Richard R. Wier, Jr., PA.            Deputy County Attorney
      Two Mill Road, Suite 200             New Castle County
      Wilmington, DE 19806                 87 Reads Way
                                           New Castle, DE 19720

**PLEASE TAKE NOTICE** that, pursuant to Fed.R.Civ.P. 30(b)(6) the counsel for plaintiff will take the oral deposition of the following entity on November 14, 2006 at the Offices of Knepper & Stratton, 1228 North King Street, Wilmington DE, 19899.

9:30 a.m. - Nachman Hays Brownstein

Pursuant to the Federal Rules of Civil Procedure, Nachman Hays Brownstein shall designate one or more officers, directors or managing agents to testify with respect to the areas of inquiry set forth below and further noticed in the subpoena accompanying this Notice. The areas of inquiry are:

a) The engagement of NHB by New Castle County to prepare and submit the Preliminary Report to the Office of the County Executive dated January 21, 2005, referenced in a Nachman Hays Brownstein Memo dated April 12, 2006 from Howard Brod Brownstein and Edward T. Gavin to

David W. Singleton and Lynne Howard, including all costs, charges and bills submitted and paid.

b) the manner in which the Preliminary Report to the Office of the County Executive dated January 21, 2005 and the Nachman Hays Brownstein Memo dated April 12, 2006 from Howard Brod Brownstein and Edward T. Gavin to David W. Singleton and Lynne Howard referenced above were drafted; and

c) the manner in which all statements and representations made in such reports and memos were confirmed, corroborated and supported and all handwritten and/or electronically recorded notes of any interviews conducted in the preparation of the Preliminary Report to the Office of the County Executive dated January 21, 2005, and the Nachman Hays Brownstein Memo dated April 12, 2006 from Howard Brod Brownstein and Edward T. Gavin to David W. Singleton and Lynne Howard..

                                                      **KNEPPER & STRATTON**

| | |
|---|---|
| | /s/ Barbara H. Stratton |
| **OF COUNSEL:** | Barbara H. Stratton, Esq. |
| Joseph F. Lawless, Esq. | P.O. Box 1795 |
| PA Id. No. 23691 | 1228 North King Street |
| 6 Harvey Lane | Wilmington, Delaware 19899 |
| Newtown Square, PA 19083 | 302.658.1717 |
| 610.356.0875 | Delaware Bar ID # 2785 |
| Jlaw6@comcast.net | bhs@knepperstratton.net |
| Counsel for Joseph J. Freebery | Attorney for Plaintiff |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH J. FREEBERY, | ) | C.A. No.: 05-748(KAJ) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER COONS, in his official capacity | ) | |
| as County Executive of New Castle County and | ) | |
| in his individual capacity; and NEW CASTLE | ) | |
| COUNTY, a municipal corporation, and JOHN | ) | |
| DOES 1-25, | ) | |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I, Barbara H. Stratton, hereby certify that on October 26, 2006, a copy of a **NOTICE OF DEPOSITION** was served via Electronic Filing, and U.S. Mail upon the following counsel of record:

Richard R. Wier, Jr., Esquire
Richard R. Wier, Jr., P.A.
Two Mill Road, Suite 200
Wilmington, DE 19806

Gregg E. Wilson, Esquire
Deputy County Attorney
New Castle County
87 Reads Way
New Castle, DE 19720

**KNEPPER & STRATTON**

**OF COUNSEL:**
Joseph F. Lawless, Esq.
PA Id. No. 23691
6 Harvey Lane
Newtown Square, PA 19083
610.356.0875
Jlaw6@comcast.net
Counsel for Joseph J. Freebery

/s/ Barbara H. Stratton
Barbara H. Stratton, Esq.
P.O. Box 1795
1228 North King Street
Wilmington, Delaware 19899
302.658.1717
Delaware Bar ID # 2785
bhs@knepperstratton.net
Attorney for Plaintiff