IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH J. FREEBERY,         )<br>                             )<br>      Plaintiff,            )<br>                             )<br>v.                           )<br>                             )<br>CHRISTOPHER COONS, in his official capacity  )<br>as County Executive of New Castle County and )<br>in his individual capacity; and NEW CASTLE   )<br>COUNTY, a municipal corporation, and JOHN    )<br>DOES 1-25,                   )<br>                             )<br>      Defendants.            ) | C.A. No.: 05-748(KAJ) |

## NOTICE OF DEPOSITION

TO:   Richard R. Wier, Jr.            Gregg E. Wilson, Esquire
      Richard R. Wier, Jr., PA.       County Attorney
      Two Mill Road, Suite 200        New Castle County
      Wilmington, DE 19806            87 Reads Way
                                      New Castle, DE 19720

**PLEASE TAKE NOTICE** that the counsel for plaintiff will take the oral deposition of the following individuals on November 14, 2006 at the Offices of Knepper & Stratton, 1228 North King Street, Wilmington DE, 19899.

        12:00 p.m.   -   Karen Petersen

        1:00 p.m.    -   Patricia Blevens

        2:00 p.m.    -   Bill Tansey

        3:30 p.m.    -   Robert Woods

        4:15 p.m.    -   Thomas Francella

**KNEPPER & STRATTON**

/s/ Barbara H. Stratton
Barbara H. Stratton, Esq.
P.O. Box 1795
1228 North King Street
Wilmington, Delaware 19899
302.658.1717
Delaware Bar ID # 2785
bhs@knepperstratton.net
Attorney for Plaintiff

**OF COUNSEL:**
Joseph F. Lawless, Esq.
PA Id. No. 23691
6 Harvey Lane
Newtown Square, PA 19083
610.356.0875
Jlaw6@comcast.net
Counsel for Joseph J. Freebery

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH J. FREEBERY, | ) | C.A. No.: 05-748(KAJ) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER COONS, in his official capacity as County Executive of New Castle County and in his individual capacity; and NEW CASTLE COUNTY, a municipal corporation, and JOHN DOES 1-25, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I, Barbara H. Stratton, hereby certify that on October 26, 2006, a copy of a **NOTICE OF DEPOSITION** was served via Electronic Filing, and U.S. Mail upon the following counsel of record:

Richard R. Wier, Jr., Esquire
Richard R. Wier, Jr., P.A.
Two Mill Road, Suite 200
Wilmington, DE 19806

Gregg E. Wilson, Esquire
Deputy County Attorney
New Castle County
87 Reads Way
New Castle, DE 19720

**KNEPPER & STRATTON**

**OF COUNSEL:**
Joseph F. Lawless, Esq.
PA Id. No. 23691
6 Harvey Lane
Newtown Square, PA 19083
610.356.0875
Jlaw6@comcast.net
Counsel for Joseph J. Freebery

/s/ Barbara H. Stratton
Barbara H. Stratton, Esq.
P.O. Box 1795
1228 North King Street
Wilmington, Delaware 19899
302.658.1717
Delaware Bar ID # 2785
bhs@knepperstratton.net
Attorney for Plaintiff