**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JOSEPH J. FREEBERY,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER COONS, in his official capacity as County Executive of New Castle County and in his Individual capacity; and NEW CASTLE COUNTY, a municipal corporation; and JOHN DOES 1-25,<br><br>Defendants. | : | Civil Action No. 05-748-KAJ |

**UNITED STATES' MOTION TO INTERVENE, UNDER RULE 24 OF THE FEDERAL RULES OF CIVIL PROCEDURE, FOR <u>THE LIMITED PURPOSE OF SEEKING A STAY OF DISCOVERY</u>**

The United States, through the undersigned, moves the Court to permit it to intervene in the captioned case for the purpose of seeking a stay of discovery, and in support thereof avers as follows:

1. The Complaint in the captioned matter alleges, *inter alia*, wrongful discharge and defamation in connection with the termination of employment of Plaintiff Joseph Freebery by the Defendants New Castle County, New Castle County Executive and "John Does 1-25." Discovery is ongoing in the captioned case.

2. The complaint identifies Sherry Freebery as the sister of Plaintiff Joseph Freebery. Comp. at para. 14. As the Court is aware, there are pending criminal charges against Ms. Freebery and against the former New Castle County Executive, Thomas P. Gordon, arising from allegations of criminal conduct while they were in office. *United States v. Gordon,*

*Freebery and Smith*, Cr. A. No. 2:05-cr-00541-JF-ALL (E.D.Pa.). There are also pending civil lawsuits against Ms. Freebery and Mr. Gordon arising from related allegations. Counsel for the instant plaintiff, Joseph F. Lawless, also represents Plaintiff's sister Sherry Freebery in the civil cases against her.

3. Because of concerns about the effect of proceeding with discovery in the civil actions while the criminal indictment is pending, the Court has already stayed the two civil actions against defendants Gordon and Freebery until after the resolution of the criminal charges against them. *Maloney v. Gordon*, 328 F. Supp.2d 508 (D.Del. 2004); *Tobin v. Gordon*, 2004 WL 2915337 (D. Del.)

4. It has come to the attention of the United States that Plaintiff's counsel has taken deposition testimony in the instant case of several individuals who are likely to be called as a witnesses in the criminal matter. It appears that the questioning has strayed beyond appropriate areas of inquiry, into matters that are irrelevant to the instant civil case, but are of crucial significance in the criminal matter. This questioning regarding the criminal allegations has persisted, over objection.

5. Accordingly, the United States seeks a Court Order staying further discovery in this civil matter until the resolution of the criminal charges against Mr. Gordon and Ms. Freebery.

6. An Opening Brief in support of this motion is filed herewith.

WHEREFORE the United States moves the court for an Order permitting it to intervene in this matter and staying discovery.

COLM F. CONNOLLY
United States Attorney

By: /s/Patricia C. Hannigan
Patricia C. Hannigan
Assistant United States Attorney
Delaware Bar I.D. No. 2145
The Nemours Building
1007 Orange Street, Suite 700
P. O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277
Patricia.Hannigan@usdoj.gov

Dated: October 27, 2006

**CERTIFICATE OF SERVICE**

I, Patricia C. Hannigan, hereby certify that on **October 27, 2006**, I electronically filed the foregoing **UNITED STATES' MOTION TO INTERVENE, UNDER RULE 24 OF THE FEDERAL RULES OF CIVIL PROCEDURE, FOR THE LIMITED PURPOSE OF SEEKING A STAY OF DISCOVERY** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

**Barbara H. Stratton**
Knepper & Stratton
P.O. Box 1795
Wilmington, DE 19899
(302) 658-1717
bhs@knepperstratton.net

*ATTORNEY FOR Joseph Freebery*

**Richard R. Wier, Jr.**
Law Offices of Richard R. Wier, Jr., P.A.
Two Mill Road
Suite 200
Wilmington, DE 19806
(302) 888-3222
Fax: (302) 888-3225
rwier@wierlaw.com

**Gregg E. Wilson**
New Castle County Law Dept.
New Castle Corporate Commons
87 Reads Way
New Castle, DE 19720
(302) 395-5146
gewilson@co.new-castle.de.us

*ATTORNEYS FOR Christopher A. Coons, New Castle County & John & Jane Does*

COLM F. CONNOLLY
United States Attorney

By: /s/Patricia C. Hannigan
Patricia C. Hannigan
Assistant United States Attorney
Delaware Bar I.D. No. 2145
The Nemours Building
1007 Orange Street, Suite 700
P. O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277
Patricia.Hannigan@usdoj.gov