IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH J. FREEBERY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-748-KAJ |
| ) | |
| CHRISTOPHER COONS, in his official ) | |
| capacity as County Executive of New ) | |
| Castle County and in his individual ) | |
| capacity; and NEW CASTLE COUNTY, a ) | |
| municipal corporation; and JOHN DOES ) | |
| 1-25, ) | |
| ) | |
| Defendants. ) | |

## ORDER

At Wilmington this **2nd** day of **November, 2006**,

IT IS ORDERED that a teleconference relating to a discovery dispute has been scheduled for **November 6, 2006 at 11:30 a.m.** with the undersigned. **Counsel for Defendants shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

_____
UNITED STATES DISTRICT JUDGE