# Joseph F. Lawless

**From:** Hills, Megan [MHills@wc.com]
**Sent:** Monday, September 25, 2006 3:52 PM
**To:** jlaw6@comcast.net
**Subject:** Placing certain portions of the deposition transcript under seal

**Importance:** High

  

Baker Errata   Freebery v Coons -
Sheet.doc (54 KB)...   Baker Depo ...

<<Baker Errata Sheet.doc>>
<<Freebery v Coons - Baker Depo Transcript.pdf>> Dear Mr. Lawless:

   Again, I apologize for imposing our short time frame on you, but we do need to return the errata sheet to the Court Reporter by Thursday, and logistics require that your position vis-à-vis sealing by Wednesday. As I explained in my voicemails, the US Attorney's Office is quite sensitive about discussions regarding its investigations, particularly when they are under oath. I have gone through Mr. Baker's testimony and had I known about the deposition, I would have instructed him not to answer. Several witnesses have been ████████████████████████████ just for having had discussions about investigation so I am hoping that I am correct from the transcript that you would not be "waving" it around, that you will not be adverse to agreeing to place certain sections regarding the grand jury proceedings under seal. As a litigator myself, I truly do not think it will impact your litigation regarding Joe Freebery, but if a situation arises where you would want to use a portion that we have agreed to put under seal, you would only need to call me and we can figure out a way to make that possible.

   I am attaching both the draft errata sheet and the transcript so that you may fully assess what I am asking. I would like to represent to all the parties and the court reporter that you and I have agreed to put these portions under seal. If you could let me know as soon as you are able. That would be great. Thank you. Megan

Megan E. Hills, Esq.
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C. 20005
202-434-5393
fax: 202-434-5029

---

NOTICE:

This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply or by telephone (call us collect at (202) 434-5000) and immediately delete this message and all its attachments.

========================================================================