# KNEPPER & STRATTON
ATTORNEYS AT LAW
1228 NORTH KING STREET
WILMINGTON, DELAWARE 19801

E. MARTIN KNEPPER*
BARBARA H. STRATTON*

TELEPHONE: (302) 658-1717
(302) 652-7717
DOVER: (302) 736-5500

*Admitted IN DE & PA
Fed. I.D.# 51-0340523

FAX: (302) 658-0631

November 10, 2006

The Honorable Kent A. Jordan
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Room 6325
Lockbox 10
Wilmington, DE 19801

    RE:    JOSEPH FREEBERY V. CHRISTOPHER COONS, ET AL.
             C.A. No.: 05-748 KAJ

Dear Judge Jordan:

    This is to advise the Court that the outstanding discovery items referenced in defense counsel's letter to Your Honor dated November 2, 2006, specifically tape recordings of a primary election debate; a radio appearance by Allison Taylor Levine and Plaintiff's Expert Report have now all been served on the defendants.

                                            Respectfully,

                                            Barbara H. Stratton
                                            Joseph F. Lawless

BHS/cmd
  cc:    Gregg E. Wilson, Esquire (via E-filing)
          Richard R. Wier, Jr., Esquire (via E-filing)
          Joseph Freebery (U.S. Mail)
          Patricia Hannigan, Esquire (via E-filing)