

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

The Nemours Building                (302) 573-6277 x 156
1007 Orange Street, Suite 700       FAX (302) 573-6220
P.O. Box 2046                       TTY (302) 573-6274
Wilmington, Delaware 19899-2046     Toll Free (888) 293-8162
                                    Patricia.Hannigan@usdoj.gov

November 30, 2006

**VIA CM/ECF**

Honorable Kent A. Jordan
District Judge
J. Caleb Boggs Federal Building
844 N. King Street, Room 6325
Lockbox 10
Wilmington, DE 19801

      RE:    **JOSEPH J. FREEBERY v. CHRISTOPHER COONS, et al**
              <u>**Civil Action No. 05-748-KAJ**</u>

Dear Judge Jordan:

      I write as a follow-up to the Government's Motion to Intervene and to Stay Discovery (D.I. 91) ("the Motion"). The genesis of the Motion was the Government's discovery that depositions in this civil case had strayed into matters relevant to a related criminal case. In the Motion, we argued that use of the civil discovery process in this case to circumvent the criminal discovery procedures applicable to the criminal case was improper.

      Now, in preparing for the criminal trial, prosecutors in the Office of United States Attorney have reviewed pertinent portions of the transcripts of several individuals deposed in this case. However, the Government has not been able to obtain a copy of the deposition transcript of Charles Baker, a redacted version of which was earlier filed with the Court as an attachment to a brief in support of a motion to designate certain portions of the transcript as confidential, pursuant to the Court's March 16, 2006 protective order. (D.I. 24) ("the Baker Motion"). I understand that the Baker Motion remains pending before the Court.

      It is the Government's position that, (1) because it bears no responsibility for the fact that these depositions were taken, these questions were asked, and transcripts were prepared, and (2) because it is expected that Sherry Freebery, the criminal defendant, will have access to the transcripts through her civil attorney, who actually questioned the witnesses in this case, that in fundamental fairness, the Government should have the opportunity to review all the transcripts before the criminal trial.

I have spoken with Megan E. Hills, lead counsel for Mr. Baker, who filed the Baker Motion. I understand from Ms. Hills that, although she does not object to providing a copy of the transcript, it is her belief that the filing of the Baker Motion itself has rendered the transcript subject to the protective order, and therefore that she is unable to provide a copy to the government.

I have also spoken to Joseph F. Lawless, representing plaintiff Joseph J. Freebery, and Gregg E. Wilson, New Castle County Attorney. Although neither objects in principle, each of them has declined to turn over the transcript, absent a court order authorizing that action for the same reason as expressed by Ms. Hills. Similarly, a request directly to the Court Reporter that transcribed Mr. Baker's testimony was unsuccessful, the Reporter advising that one of the parties objected to our request (presumably, although it is not known, on the same grounds). The Court Reporter also advised, of course, that the reporting firm would promptly comply with a Court Order authorizing it to release the transcript.

Accordingly, we ask that Your Honor enter an order substantially in the form attached hereto, authorizing the Court Reporter to produce to the Government Mr. Baker's unredacted deposition transcript.

I am, of course, available if Your Honor has questions or comments. We appreciate the Court's consideration.

                                          Respectfully,

                                          COLM F. CONNOLLY
                                          United States Attorney

                                        By: /s/Patricia C. Hannigan
                                              Patricia C. Hannigan
                                              Assistant United States Attorney
                                              Delaware Bar I.D. No. 2145
                                              The Nemours Building
                                              1007 Orange Street, Suite 700
                                              P. O. Box 2046
                                              Wilmington, DE 19899-2046
                                              (302) 573-6277
                                              Patricia.Hannigan@usdoj.gov

PCH:md
Enclosure

cc:    Barbara H. Stratton, Esquire w/Enclosure/Via CM/ECF
        Richard R. Wier, Jr., Esquire w/Enclosure/Via CM/ECF
        Gregg E. Wilson, Esquire w/Enclosure/Via CM/ECF
        Linda Richenderfer, Esquire w/Enclosure/Via First Class Mail
        Megan E. Hills, Esquire w/Enclosure/Via First Class Mail
        Joseph F. Lawless, Esquire w/Enclosure/Via First Class Mail
        Robert Wilcox w/Enclosure/Via First Class Mail