IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH J. FREEBERY, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-748-KAJ |
| CHRISTOPHER COONS, in his official capacity as County Executive of New Castle County and in his Individual capacity; and NEW CASTLE COUNTY, a municipal corporation; and JOHN DOES 1-25, | : |
| Defendants. | : |

## ORDER

And now, this ___ day of _____, 2006, it is hereby ordered that Corbett & Wilcox, Registered Professional Reporters, located at 230 North Market Street, Wilmington, Delaware shall forthwith produce to the Office of the United States Attorney a complete and unredacted copy of the transcript of the deposition of Charles L. Baker, taken in this matter on Monday, August 14, 2006.

HONORABLE KENT A. JORDAN
District Judge