# KNEPPER & STRATTON
ATTORNEYS AT LAW
1228 NORTH KING STREET
WILMINGTON, DELAWARE 19801

E. MARTIN KNEPPER*
BARBARA H. STRATTON*

TELEPHONE: (302) 658-1717
(302) 652-7717
DOVER: (302) 736-5500

*Admitted IN DE & PA
Fed. I.D.# 51-0340523

FAX: (302) 658-0631

December 1, 2006

The Honorable Kent A. Jordan
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street, Room 6325
Lock Box 10
Wilmington, DE 19801

RE: **Joseph Freebery v. Christopher Coons, *et al.*
C.A. No. 05-748 KAJ**

Dear Judge Jordan:

We are in receipt of Ms. Hannigan's letter to the Court and it appears there may have been a slight, good faith misunderstanding which plaintiff needs to clarify.

Mr. Lawless stated to Ms. Hannigan that he did not believe that there was any legal basis for Mr. Baker's request to designate any portion of Mr. Baker's deposition confidential under the Protective Order, however, he believed plaintiff was bound by the provisions of that Order which rendered information confidential upon designation by a party until the Court ruled on that party's formal request to place the material under the Order. Mr. Lawless said he had no problem providing her with a copy of the deposition, provided that the deposition became part of the public record in the civil case and suggested the easiest way to accomplish this was to request the Court to rule on the outstanding motion.

Plaintiff did not agree and does not agree that the deposition be shared with anyone under the circumstances suggested in Ms. Hannigan's letter. If the deposition is to be shared with anyone beyond the parties, either Mr. Baker can withdraw his motion or we can await a ruling by the Court.

Respectfully,

*Barbara H. Stratton*
Barbara H. Stratton
Joseph F. Lawless

BHS/cmd
cc: Patricia C. Hannigan, Esquire (via electronic filing)
    Richard R. Wier, Jr., Esquire (via electronic filing)

**KNEPPER & STRATTON**
December 1, 2006
Page 2

      Megan E. Hills, Esquire (via electronic filing)
      Gregg Wilson, Esquire (via electronic filing)