IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH J. FREEBERY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-748-KAJ |
| ) | |
| CHRISTOPHER COONS, in his official ) | |
| capacity as County Executive of New ) | |
| Castle County and in his individual ) | |
| capacity; and NEW CASTLE COUNTY, a ) | |
| municipal corporation; and JOHN DOES ) | |
| 1-25, ) | |
| ) | |
| Defendants. ) | |

## ORDER

At Wilmington, this 5th day of December, 2006,

For the reasons set forth by the Court during the teleconference today,

IT IS HEREBY ORDERED that the United States' motion to intervene and for a stay (D.I. 91) is GRANTED.

The parties shall provide a status report to the Court on or before June 5, 2007.

_____
UNITED STATES DISTRICT JUDGE