

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

| | |
|---|---|
| *The Nemours Building* | *(302) 573-6277 x 156* |
| *1007 Orange Street, Suite 700* | *FAX (302) 573-6220* |
| *P.O. Box 2046* | *TTY (302) 573- 6274* |
| *Wilmington, Delaware 19899-2046* | *Toll Free (888) 293-8162* |
| | *Patricia.Hannigan@usdoj.gov* |

January 18, 2007

**VIA CM/ECF**

Honorable Mary Pat Thynge
Magistrate Judge
J. Caleb Boggs Federal Building
844 N. King Street, Room 6100
Lockbox 8
Wilmington, DE 19801

    RE:    **JOSEPH J. FREEBERY v. CHRISTOPHER COONS, et al**
              **Civil Action No. 05-748-\*\*\***

Dear Magistrate Judge Thynge:

       I understand that Judge Jordan's cases have been reassigned to you, at least temporarily. As you may be aware, there was a dispute brought to Judge Jordan's attention in this matter, regarding an allegation that certain deposition testimony taken in this case had strayed beyond the bounds of discoverable evidence in this civil matter, into issues primarily relevant to related criminal corruption charges against the plaintiff's sister and a former New Castle County Executive.

       As a result, the United States moved to intervene in this matter and to stay this civil case pending resolution of the criminal charges. There was no objection by any party in this case, and following a teleconference on December 5, 2006, Judge Jordan entered an Order granting the intervention and staying this matter.

       At the teleconference, Judge Jordan also considered the United States' request that the Court authorize the release to the Government of the transcript of the deposition of Charles Baker, taken in this case. That transcript had been redacted at the request of counsel for Mr. Baker, pursuant to a Court Order earlier entered at the request of the parties. None of the parties to this case objected, nor did counsel for Mr. Baker, to production of the complete transcript to the Government. However, Judge Jordan was understandably reluctant to enter any order in the civil case which might impact the criminal matter, pending in a different court before a different judge. He also expressed sensitivity to the fact that counsel in the criminal matter were not participants in the teleconference, and thus he did not know their positions with respect to producing the Baker transcript to the Government. Judge Jordan did, however, express his

view that he had no objection to the release of the unredacted transcript to all parties in the criminal matter. He suggested that counsel in the criminal case might petition that judge to release the transcript.

Subsequently, Joseph Lawless, lead counsel for Plaintiff in this matter, canvassed all defense counsel in the criminal case, and has now confirmed that there is no objection to release of the unredacted transcript to all counsel involved in the criminal matter, including the Government. In light of that, Judge Jordan's suggestion that counsel in the criminal case might ask the criminal judge to authorize the release of the deposition in this case seems unnecessary. Accordingly, I write now to ask that Your Honor authorize Mr. Lawless to provide a complete copy of the Baker deposition transcript to the Government and to criminal defense counsel.

If Your Honor is inclined to grant this request, because the criminal case is scheduled to begin in just over two weeks, it would be much appreciated if Your Honor could enter the requested order as soon as possible. I have enclosed a form of order for your convenience.

We very much appreciate your consideration. Counsel are, of course, available if Your Honor has questions or comments.

Respectfully,

COLM F. CONNOLLY
United States Attorney

By: /s/Patricia C. Hannigan
    Patricia C. Hannigan
    Assistant United States Attorney
    Delaware Bar I.D. No. 2145
    The Nemours Building
    1007 Orange Street, Suite 700
    P. O. Box 2046
    Wilmington, DE 19899-2046
    (302) 573-6277
    Patricia.Hannigan@usdoj.gov

PCH:md
Enclosure

cc:    Barbara H. Stratton, Esquire w/Enclosure/Via CM/ECF
       Richard R. Wier, Jr., Esquire w/Enclosure/Via CM/ECF
       Gregg E. Wilson, Esquire w/Enclosure/Via CM/ECF
       Linda Richenderfer, Esquire w/Enclosure/Via First Class Mail
       Megan E. Hills, Esquire w/Enclosure/Via First Class Mail
       Joseph F. Lawless, Esquire w/Enclosure/Via First Class Mail
       Elizabeth Taylor, Esquire w/Enclosure/Via First Class Mail
       Leonard Stark, AUSA w/Enclosure/Via Hand-Delivery