IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH J. FREEBERY, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 05-748-*** |
| : | |
| CHRISTOPHER COONS, in his official : | |
| capacity as County Executive of New Castle : | |
| County and in his Individual capacity; and : | |
| NEW CASTLE COUNTY, a municipal : | |
| corporation; and JOHN DOES 1-25, : | |
| : | |
| Defendants. : | |

## ORDER

And now, this _____ day of _____, 2007, having heard and considered the request of the United States to authorize the production of the unredacted deposition transcript of Charles Baker, taken in this matter on August 14, 2006, to be produced to counsel for the United States by counsel for Plaintiff, within seven (7) days of the date of this Order, it is hereby

SO ORDERED

_____
Honorable Mary Pat Thynge
Magistrate Judge
United States District Court