# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH J. FREEBERY, | : |
|       Plaintiff, | : |
| v. | :   Civil Action No. 05-748-KAJ |
| CHRISTOPHER COONS, in his official capacity as County Executive of New Castle County and in his individual capacity; and NEW CASTLE COUNTY, a municipal corporation; and JOHN DOES 1-25, | : |
|       Defendants. | : |

## **ORDER**

At Wilmington this **25th** day of **January, 2007**,

IT IS ORDERED that counsel shall advise the Court Reporter, Brian Gaffigan, in writing **on or before February 6, 2007** of the redactions to the transcript of the teleconference of December 5, 2006.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE