

# U.S. Department of Justice

*United States Attorney's Office*
*District of Delaware*

*The Nemours Building*              (302) 573-6277 x 156
*1007 Orange Street, Suite 700*          *FAX (302) 573-6220*
*P.O. Box 2046*                  *TTY (302) 573- 6274*
*Wilmington, Delaware 19899-2046*    *Toll Free (888) 293-8162*
                    *Patricia.Hannigan@usdoj.gov*

January 29, 2007

**VIA CM/ECF**

**Brian Gaffigan**
Court Reporter
4116 J. Caleb Boggs Federal Bldg.
844 King Street
Wilmington, DE 19801

    RE:    **JOSEPH J. FREEBERY v. CHRISTOPHER COONS, et al**
            **Civil Action No. 05-748-***

Dear Brian:

    I write in response to the Court's Order of January 22, 2007, requiring counsel to advise you of appropriate redactions to the transcript of the teleconference with Judge Jordan on December 5, 2006, in this matter.

    I regret that I was unsuccessful in my efforts to obtain agreement among counsel. However, I am now in receipt of the redactions proposed by Ms. Hills by letter of January 26 2007, and write to advise that the United States has no objection to the redactions she seeks.

    Thank you for your patience.

                              Very truly yours,

                              COLM F. CONNOLLY
                              United States Attorney

                             By: /s/Patricia C. Hannigan
                                Patricia C. Hannigan
                                Assistant United States Attorney

PCH:md

cc: Clerk/USDC
Barbara H. Stratton, Esquire w/Enclosure/Via CM/ECF
Richard R. Wier, Jr., Esquire w/Enclosure/Via CM/ECF
Gregg E. Wilson, Esquire w/Enclosure/Via CM/ECF
Linda Richenderfer, Esquire w/Enclosure/Via First Class Mail
Megan E. Hills, Esquire w/Enclosure/Via First Class Mail
Joseph F. Lawless, Esquire w/Enclosure/Via First Class Mail