

# U.S. Department of Justice

*United States Attorney's Office*
*District of Delaware*

---

| | |
|---|---|
| The Nemours Building | (302) 573-6277 x 156 |
| 1007 Orange Street, Suite 700 | FAX (302) 573-6220 |
| P.O. Box 2046 | TTY (302) 573-6274 |
| Wilmington, Delaware 19899-2046 | Toll Free (888) 293-8162 |
| | Patricia.Hannigan@usdoj.gov |

January 29, 2007

**VIA CM/ECF**

Honorable Mary Pat Thynge
Magistrate Judge
J. Caleb Boggs Federal Building
844 N. King Street, Room 6100
Lockbox 8
Wilmington, DE 19801

      RE:    **JOSEPH J. FREEBERY v. CHRISTOPHER COONS, et al**
              **Civil Action No. 05-748-\*\*\***

Dear Magistrate Judge Thynge:

      We are in receipt of Your Honor's Order of January 22, 2007, authorizing counsel for Plaintiff in this matter to release to the Government an unredacted copy of the transcript of the August 14, 2006 deposition of Charles Baker. We appreciate the Court's very prompt attention to this matter.

      I write now at the request of Joseph Lawless, lead counsel for Plaintiff, to seek clarification that he is also authorized simultaneously to release the transcript to defense counsel in the related criminal case. I agree that is what the parties contemplated, and it is my understanding, as I advised the Court earlier, that no party has any objection to production of the transcript to criminal defense counsel.

      With apologies for troubling the Court further, we would appreciate it if Your Honor would clarify this issue. For the convenience of the Court, I have enclosed a proposed form of Order.

  Again, we appreciate Your Honor's attention to this matter. Counsel are, of course, available if the Court has questions or comments.

                Respectfully,

                COLM F. CONNOLLY
                United States Attorney

              By: /s/Patricia C. Hannigan
                Patricia C. Hannigan
                Assistant United States Attorney
                Delaware Bar I.D. No. 2145
                The Nemours Building
                1007 Orange Street, Suite 700
                P. O. Box 2046
                Wilmington, DE 19899-2046
                (302) 573-6277
                Patricia.Hannigan@usdoj.gov

PCH:md
Enclosure

cc: Barbara H. Stratton, Esquire w/Enclosure/Via CM/ECF
   Richard R. Wier, Jr., Esquire w/Enclosure/Via CM/ECF
   Gregg E. Wilson, Esquire w/Enclosure/Via CM/ECF
   Linda Richenderfer, Esquire w/Enclosure/Via First Class Mail
   Megan E. Hills, Esquire w/Enclosure/Via First Class Mail
   Joseph F. Lawless, Esquire w/Enclosure/Via First Class Mail