IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JOSEPH J. FREEBERY, :
:
       Plaintiff, :
:
v. : Civil Action No. 05-748-***
:
CHRISTOPHER COONS, in his official :
capacity as County Executive of New Castle :
County and in his Individual capacity; and :
NEW CASTLE COUNTY, a municipal :
corporation; and JOHN DOES 1-25, :
:
       Defendants. :

**ORDER**

And now, this ___ day of _____, 2007, the Court's Order of January 22, 2007, is hereby modified to clarify that counsel for Plaintiff in this matter is authorized to produce the transcript of the August 14, 2006, deposition of Charles Baker, taken in this case, simultaneously to both prosecution and defense counsel in the criminal case of *United States v. Freebery*, Criminal Action No. 2:05-cr-00541-JF-1 (Eastern District of Pennsylvania).

_____
District Judge