IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JOSEPH J. FREEBERY,

    Plaintiff,

v.

CHRISTOPHER COONS, in his official
capacity as County Executive of New Castle
County and in his Individual capacity; and
NEW CASTLE COUNTY, a municipal
corporation; and JOHN DOES 1-25,

    Defendants.

Civil Action No. 05-748-***

## ORDER

And now, this ___ day of _January_____, 2007, the Court's Order of January 22, 2007, is hereby modified to clarify that counsel for Plaintiff in this matter is authorized to produce the transcript of the August 14, 2006, deposition of Charles Baker, taken in this case, simultaneously to both prosecution and defense counsel in the criminal case of *United States v. Freebery*, Criminal Action No. 2:05-cr-00541-JF-1 (Eastern District of Pennsylvania).

                                                                                                                District Judge
                                                                                                       Marshall