# RICHARD R. WIER, JR., P.A.

**RICHARD R. WIER, JR.*** 

ATTORNEY AT LAW

TWO MILL ROAD, SUITE 200
WILMINGTON, DELAWARE 19806

www.Wierlaw.com

(302) 888-3222
FAX (302) 888-3225

*ALSO ADMITTED IN PA

RWier@Wierlaw.com

January 31, 2007

Mr. Brian Gaffigan
Registered Merit Reporter

Re:   Freebery v. Coons et al.

Dear Mr. Gaffigan:

    Pursuant to the Court's January 25, 2007 Order in the above captioned case, it is the position of New Castle County that the requested redactions submitted by Mr. Baker's private attorney be considered as the position of New Castle County on this matter.

Very truly yours,

*[signature]*
Richard R. Wier, Jr.

RRWJr:jt

cc:    Gregg Wilson, Esq.
       Joseph Lawless, Esq.
       Patricia Hannigan, Esq.
       Linda Richenderfer, Esq.
       Barbara Stratton, Esq.