STEVEN M. UMIN
JOHN W. VARDAMAN
PAUL MARTIN WOLFF
J. ALAN GALBRAITH
JOHN G. KESTER
WILLIAM E. McDANIELS
BRENDAN V. SULLIVAN, JR.
RICHARD M. COOPER
GERALD A. FEFFER
JERRY L. SHULMAN
ROBERT B. BARNETT
DAVID E. KENDALL
GREGORY B. CRAIG
JOHN J. BUCKLEY, JR.
TERRENCE O'DONNELL
DOUGLAS R. MARVIN
JOHN K. VILLA
BARRY S. SIMON
KEVIN T. BAINE
STEPHEN L. URBANCZYK
PHILIP J. WARD
F. WHITTEN PETERS
JAMES A. BRUTON, III
PETER J. KAHN

LON S. BABBY
MICHAEL S. SUNDERMEYER
JAMES T. FULLER, III
BRUCE R. GENDERSON
CAROLYN H. WILLIAMS
F. LANE HEARD III
STEVEN R. KUNEY
GERSON A. ZWEIFACH
PAUL MOGIN
HOWARD W. GUTMAN
STEVEN A. STEINBACH
MARK S. LEVINSTEIN
MARY G. CLARK
VICTORIA RADD ROLLINS
DANIEL F. KATZ
WILLIAM R. MURRAY, JR.
EVA PETKO ESBER
STEPHEN D. RABER
DAVID C. KIERNAN
LON E. MUSSLEWHITE
ROBIN E. JACOBSOHN
HEIDI K. HUBBARD
GLENN J. PFADENHAUER
GEORGE A. BORDEN

LAW OFFICES

# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

www.wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

ROBERT J. SHAUGHNESSY
DAVID S. BLATT
ARI S. ZYMELMAN
DANE H. BUTSWINKAS
LAURIE S. FULTON
DENNIS M. BLACK
PHILIP A. SECHLER
LYNDA SCHULER
PAUL K. DUEFFERT
R. HACKNEY WIEGMANN
ROBERT M. CARY
KEVIN M. HODGES
DAVID M. ZINN
JOSEPH G. PETROSINELLI
STEVEN M. FARINA
KEVIN M. DOWNEY
THOMAS G. HENTOFF
PAUL B. GAFFNEY
EMMET T. FLOOD
ROBERT A. VAN KIRK
MARCIE R. ZIEGLER
KENNETH C. SMURZYNSKI
JOHN E. SCHMIDTLEIN
CRAIG D. SINGER

JAMES L. TANNER, JR.
J. ANDREW KEYES
GILBERT O. GREENMAN
M. ELAINE HORN
ENU MAINIGI
MICHAEL F. O'CONNOR
PAUL T. HOURIHAN
WILLIAM J. BACHMAN
MARGARET A. KEELEY
MEGAN E. HILLS
EDWARD J. BENNETT
TOBIN J. ROMERO
BETH A. LEVENE
THOMAS G. WARD
WILLIAM T. BURKE
LISA M. DUGGAN
JOHN E. JOINER
NICHOLAS J. BOYLE
ADAM L. PERLMAN
ANDREW W. RUDGE
DENEEN C. HOWELL

OF COUNSEL
VINCENT J. FULLER
RAYMOND W. BERGAN
JEREMIAH C. COLLINS
DAVID POVICH
ROBERT P. WATKINS
ROBERT M. KRASNE
JACQUELINE E. MAITLAND DAVIES

January 26, 2007

Mr. Brian Gaffigan
Registered Merit Reporter

    Re:    Joseph Freebery v. Christopher Coons, et al.: **Requested Redaction of December 5, 2005 Transcript**

Dear Mr. Gaffigan:

    Pursuant to the Court's January 25, 2007 Order in the above-captioned case, I am enclosing the portions of the December 5, 2006 Hearing Transcript, which I wish to remain under seal.

    Enclosed in this letter is a physically redacted transcript, which encompasses the following lines on the respective pages, starting at the section of the transcript, which was initially marked in its entirety to be placed under seal:

| | |
|---|---|
| P. 4: | half of line 18, starting after the word, "it," through line 21. |
| P. 4: | line 23, starting after the period following the word, "requesting," through line 25. |
| P. 5: | line 1. |
| P. 6: | line 8, starting after the word, "likely," through line 10. |
| P. 6: | line 13, starting after the word, "oppression," through line 17. |

Mr. Brian Gaffigan
January 26, 2007
Page 2

| | |
|---|---|
| P. 7: | line 6, starting after the period following the word, "board," through line 7, ending the seal, after the word, "say." |
| P. 7: | line 19, starting after the period following the word, "know," through line 25. |
| P. 8: | line 1 through line 6. |
| P. 8: | line 8, starting after the question mark, following the word, "record," through line 11. |
| P. 8: | line 19, starting after the word "subpoenaed," through line 21. |
| P. 8: | line 23, from the beginning of the line, ending the seal with the word, "relating." |
| P. 9: | line 3 through line 17. |
| P. 9: | line 24, starting after the word, "here," through line 25. |
| P. 10: | line 1, ending the seal with the word, "don't." |
| P. 10: | line 4 through line 5. |
| P. 10: | line 13, starting after the period following the word, "Lawless," through line 16, ending the seal with the word, "it." |
| P. 11: | line 2, starting after the period following the word, "questions," through line 6, ending the seal with the word, "Nobody." |
| P. 11: | line 7, starting after the word, "somehow," through line 8, ending the seal with the word, "And." |
| P. 11: | line 11, starting after the word, "so," through line 12. |
| P. 11: | line 13, starting after the word, "specific," through line 16, ending the seal at the word, "But." |
| P. 11: | line 17, starting after the word, "that," through the end of line 17. |
| P. 11: | line 23, starting after the word, "discovery," through line 24, ending the seal with the word, "that." |

Mr. Brian Gaffigan
January 26, 2007
Page 3

| | |
|---|---|
| P. 12: | line 4, starting after the word, "way," through line 5, ending the seal with the word, "it." |
| P. 12: | line 24, starting after the word, "described," through line 25. |
| P. 13: | line 1 through line 5. |
| P. 13: | line 11 through line 12. |
| P. 15: | line 6 through line 8, ending the seal at the word, "just." |
| P. 15: | line 11 through line 12. |
| P. 15: | line 19 through line 23, ending the seal with the word, "None." |
| P. 16: | line 5, starting after the word, "imagine," through line 6. |
| P. 20: | line 15, starting after the word, "someone," through line 16, ending the seal with the word, "If." |

Thank you very much for your attention to this matter. Please do not hesitate to contact me with any questions. My direct dial number is 202-434-5393.

Very truly yours,

Megan E. Hills
Counsel for Mr. Charles Baker

Enclosure: As stated

cc:   Mr. Charles Baker (without enclosure)
      Joseph Lawless Esq. (without enclosure)
      Patricia Hannigan, Esq. (without enclosure)
      Linda Richenderfer, Esq. (with enclosure)
      Barbara Stratton, Esq. (without enclosure)
      Dick Wier, Esq. (without enclosure)
      Gregg Wilson, Esq. (without enclosure)