# KNEPPER & STRATTON
*ATTORNEYS AT LAW*
1228 NORTH KING STREET
WILMINGTON, DELAWARE 19801

E. MARTIN KNEPPER*
BARBARA H. STRATTON*

*Admitted IN DE & PA
Fed. I.D.# 51-0340523

TELEPHONE: (302) 658-1717
(302) 652-7717
DOVER: (302) 736-5500

FAX: (302) 658-0631

February 1, 2007

<u>Via E-filing</u>
Brian Gaffigan

RE:   JOSEPH FREEBERY V. CHRISTOPHER COONS, ET AL.
      C.A. No.:   05-748 KAJ

Dear Mr. Gaffigan:

This is to advise you that Plaintiff has no position regarding the redaction of the transcript of the January 25, 2007 teleconference and will abide by whatever the Court deems appropriate.

Sincerely,

Barbara H. Stratton

BHS/mmi
cc:   Joseph Freebery
      Patricia C. Hannigan, Esq. via e-filing
      Megan E. Hills, Esq via e-filing.
      Richard R. Wier, Esq. via e-filing