

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046

(302) 573-6277 x 156
FAX (302) 573-6220
TTY (302) 573- 6274
Toll Free (888) 293-8162
Patricia.Hannigan@usdoj.gov

June 5, 2007

**VIA CM/ECF**

Honorable Mary Pat Thynge
Magistrate Judge
J. Caleb Boggs Federal Building
844 N. King Street, Room 6100
Lockbox 8
Wilmington, DE 19801

      RE: **JOSEPH J. FREEBERY v. CHRISTOPHER COONS, et al**
             **Civil Action No. 05-748-\*\*\***

Dear Magistrate Judge Thynge:

    On December 5, 2006, then District Court Judge Jordan entered an Order in the referenced case, granting the United States' motion to intervene and for stay of discovery. D.I.-103. At the same time, he ordered "the parties shall provide a status report to the Court on or before June 5, 2007." *Id.*

    I write to advise that, in the view of the United States, the status of this matter remains today what it was the day Judge Jordan's order was entered, *i.e.* the related criminal case is still pending trial. Thus, it appears that the stay in this court should remain in force.

    I am, of course, available if Your Honor has questions or comments.

                                        Respectfully,

                                        COLM F. CONNOLLY
                                        United States Attorney

                                  By: /s/Patricia C. Hannigan
                                      Patricia C. Hannigan
                                      Assistant United States Attorney

PCH:md

cc:     Barbara H. Stratton, Esquire w/Enclosure/Via CM/ECF
        Richard R. Wier, Jr., Esquire w/Enclosure/Via CM/ECF
        Gregg E. Wilson, Esquire w/Enclosure/Via CM/ECF
        Joseph F. Lawless, Esquire w/Enclosure/Via First Class Mail