# RICHARD R. WIER, JR., P.A.

ATTORNEY AT LAW

**RICHARD R. WIER, JR.\***

TWO MILL ROAD, SUITE 200
WILMINGTON, DELAWARE 19806

www.Wierlaw.com

(302) 888-3222
FAX (302) 888-3225

\*ALSO ADMITTED IN PA

RWier@Wierlaw.com

June 6, 2007

**Via Electronic Filing**
The Honorable Mary Pat Thynge
U.S. District Court
844 North King Street
Wilmington, DE 19801

    Re:    **Freebery v. Coons**

Dear Magistrate Judge Thynge:

    Please be advised that I represent the defendants in the above captioned case and Joseph F. Lawless represents the plaintiff. I have spoken with Mr. Lawless and I have reviewed, with the County its position in connection with the status report that needs to be provided to the Court.

    We are in agreement with the United States Attorney's position that the stay in this Court should remain in force at the present time. Once the criminal trial of Sherry Freebery is concluded the County and the plaintiff will revisit that issue.

                                    Respectfully Submitted,

                                    Richard R. Wier, Jr. (#716)

RRWJr:jt

cc:    Barbara Stratton, Esq.
        Pat Hannigan, Esq.
        Gregg Wilson, Esq.
        Joseph Lawess, Esq.