# KNEPPER & STRATTON
ATTORNEYS AT LAW
1228 NORTH KING STREET
WILMINGTON, DELAWARE 19801

E. MARTIN KNEPPER*
BARBARA H. STRATTON*

TELEPHONE: (302) 658-1717
(302) 652-7717
DOVER: (302) 736-5500

*Admitted IN DE & PA
Fed. I.D.# 51-0340523

FAX: (302) 658-0631

October 8, 2007

<u>HAND-DELIVERY & E-FILING</u>
The Honorable Mary Pat Thynge
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Room 6100
Lockbox 8
Wilmington, DE 19801

RE: Freebery v. Coons, et al.
<u>C.A. No. 05-748-KAJ</u>

Dear Judge Thynge:

As we are sure the Court is aware, the criminal cases against Mr. Gordon and Ms. Freebery have now terminated, which cases were the reason for the stay of Mr. Freebery's claims against New Castle County and the individual defendants named in the above-captioned matter. Plaintiff would, therefore, ask that the stay be vacated and the parties be permitted to complete discovery and move ahead to trial.

There are a number of issues relating to this case which ought to be addressed and we believe that would best be considered by a conference call with the Court. We would be happy to set up such a call at the Court's convenience. Mr. Lawless will contact Your Honor's Chambers later this week to determine the Court's wishes.

Respectfully submitted,

Barbara H. Stratton
Joseph Lawless

JFL:lr
cc:  Joseph J. Freebery
     Richard Wier, Esquire
     Patricia Hannigan, Esquire