# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH J. FREEBERY, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 05-748-*** |
| | : |
| CHRISTOPHER COONS, in his official capacity as County Executive of New Castle County and in his individual capacity; and NEW CASTLE COUNTY, a municipal corporation; and JOHN DOES 1-25, | : |
| | : |
| Defendants. | : |

## ORDER

At Wilmington this **9th** day of **October, 2007**,

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, October 24, 2007 at 4:00 p.m.** with Judge Thynge to discuss the status of the case. **Joseph Lawless, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE