

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

*The Nemours Building*      *(302) 573-6277 x 156*
*1007 Orange Street, Suite 700*      *FAX (302) 573-6220*
*P.O. Box 2046*      *TTY (302) 573- 6274*
*Wilmington, Delaware 19899-2046*      *Toll Free (888) 293-8162*
*Patricia.Hannigan@usdoi.gov*

October 12, 2007

**VIA CM/ECF**

Honorable Mary Pat Thynge
Magistrate Judge
J. Caleb Boggs Federal Building
844 N. King Street, Room 6100
Lockbox 8
Wilmington, DE 19801

     **RE:   JOSEPH J. FREEBERY v. CHRISTOPHER COONS, et al**
          **Civil Action No. 05-748-\*\*\***

Dear Magistrate Judge Thynge:

     I am in receipt of the court's Order setting a teleconference in the referenced case for Wednesday, October 24, 2007 at 4:00 p.m.  I write now to request permission to withdraw my appearance in this matter.

     The United States' interest in this civil case was exclusively to stay the proceedings until such time as a related criminal matter was resolved.  The criminal case has now been resolved, thus the Government has no further interest in this matter.

     I have solicited responses to this request from other counsel involved in this case, and no one has raised any objection to the withdrawal of the United States.

I am, of course available if Your Honor has questions or comments, and I appreciate the Court's consideration of this request.

Respectfully,

COLM F. CONNOLLY
United States Attorney

By: /s/Patricia C. Hannigan
Patricia C. Hannigan
Assistant United States Attorney

PCH:md


cc:     Barbara H. Stratton, Esquire/Via CM/ECF
Richard R. Wier, Jr., Esquire/Via CM/ECF
Gregg E. Wilson, Esquire/Via CM/ECF
Joseph F. Lawless, Esquire/Via First Class Mail
Linda Richenderfer, Esquire w/Enclosure/Via First Class Mail
Megan E. Hills, Esquire w/Enclosure/Via First Class Mail
Elizabeth Taylor, Esquire w/Enclosure/Via First Class Mail