IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH J. FREEBERY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-748-*** |
| ) | |
| CHRISTOPHER COONS, in his official ) | |
| capacity as County Executive of New ) | |
| Castle County and in his individual ) | |
| capacity; and NEW CASTLE COUNTY, a ) | |
| municipal corporation; and JOHN DOES ) | |
| 1-25, ) | |
| ) | |
| Defendants. ) | |

## ORDER

At Wilmington, this 15th day of October, 2007,

WHEREAS, the United States filed a letter request (D.I. 120) to withdraw from this case;

WHEREAS, there is no objection to the request; therefore,

IT IS HEREBY ORDERED that the United States' request to withdrawal is GRANTED.

_____
UNITED STATES MAGISTRATE JUDGE