## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH J. FREEBERY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-748-*** |
| | : | |
| CHRISTOPHER COONS, in his official | : | |
| capacity as County Executive of New | : | |
| Castle County and in his individual | : | |
| capacity; and NEW CASTLE COUNTY, | : | |
| a municipal corporation; and JOHN | : | |
| DOES 1-25, | : | |
| | : | |
| Defendants. | : | |

## ORDER

At Wilmington this **25ᵗʰ** day of **October, 2007**,

IT IS ORDERED that a status and scheduling teleconference has been scheduled for **Friday, November 9, 2007 at 8:00 a.m.** with Judge Thynge. **Richard Weir, Esquire shall initiate the teleconference call.** Prior to the teleconference, counsel are to confer with their clients and among themselves regarding the matters discussed during the teleconference of October 24, 2007. The parties shall file a proposed scheduling order for the teleconference on or before **November 6, 2007.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE