# RICHARD R. WIER, JR., P.A.

ATTORNEY AT LAW

**RICHARD R. WIER, JR.***

**MICHELE D. ALLEN***

*ALSO ADMITTED IN PA

TWO MILL ROAD, SUITE 200
WILMINGTON, DELAWARE 19806

www.Wierlaw.com

(302) 888-3222
FAX (302) 888-3225

RWier@Wierlaw.com
MAllen@Wierlaw.com

---

**Hand delivered and Electronically filed**
Hon. Mary Pat Thynge
U.S. District Court for the District of DE
844 North King Street, Lock Box 8
Wilmington, DE 19801

    RE: *Freebery v. Coons*
       *Proposed Scheduling Order*

Dear Judge Thynge:

  Attached is a copy of the parties proposed scheduling order for the teleconference scheduled for November 9, 2007. The parties were unable to agree on a discovery cut-off date but expect that this issue can be resolved in the teleconference.

              Respectfully submitted,

              /s/ Michele D. Allen
              Michele D. Allen (I.D. No. 4359)
              Richard R. Wier, Jr. (I.D. No. 716)
              Two Mill Road, Suite 200
              Wilmington, DE 19806
              (302)888-3222