**RICHARD R. WIER, JR., P.A.**
ATTORNEY AT LAW
TWO MILL ROAD, SUITE 200
WILMINGTON, DELAWARE 19806
www.Wierlaw.com

RICHARD R. WIER, JR.*

MICHELE D. ALLEN*

*ALSO ADMITTED IN PA

(302) 888-3222
FAX (302) 888-3225

RWier@Wierlaw.com
MAllen@Wierlaw.com

December 21, 2007

**Via CM/ECF**

The Honorable Mary Pat Thynge
United States District Court
District of Delaware
844 King Street
Wilmington, Delaware 19801

    Re:    **Joseph Freebery v. Christopher Coons, et al.
C.A. No. 05-748 ***
Interim Status Report**

Dear Judge Thynge:

    This letter is to provide you with an interim report on the nature of the matters in issue and the progress of discovery to date as ordered in the November 7, 2007 Scheduling Order.

    The discovery deadline in this case is March 4, 2008. Numerous depositions have already been taken in this case and counsel are working together to schedule the remaining depositions. Request for production of documents and answers to interrogatories have been completed to the extent all parties believe necessary at this time.

    There are no issues that require the Court's attention at this time. The parties will continue to work together in to resolve any issues without action from the Court. The parties agree there would be nothing to add at the status conference scheduled for January 4, 2008 and therefore request it be taken off the Court's calendar.

                                                Respectfully submitted,

KNEPPER & STRATTON
/s/ Barbara H. Stratton, Esq.
Delaware Bar No. 2785
1228 North King Street
Wilmington, DE 19801
302-658-1717
Counsel for Plaintiff

RICHARD R. WIER, JR.
/s/Michele D. Allen
Delaware Bar. No. 4359
Two Mill Road, Suite 200
Wilmington, DE 19806
302-888-3222
Counsel for Defendants

OF COUNSEL
/s/ Joseph F. Lawless, Esq
845 Mt. Moro Road
Villanova, PA 29085
484-380-3760

cc:    Gregg E. Wilson
        Clerk of the Court