# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH J. FREEBERY, ) | C.A. No.: 05-748(KAJ) |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CHRISTOPHER COONS, in his official capacity ) | |
| as County Executive of New Castle County and ) | |
| in his individual capacity; and NEW CASTLE ) | |
| COUNTY, a municipal corporation, and JOHN ) | |
| DOES 1-25, ) | |
| ) | |
| Defendants. ) | |

## RE-NOTICE OF DEPOSITION

TO:    Richard R. Wier, Jr.                     Gregg E. Wilson, Esquire
       Richard R. Wier, Jr., PA.                County Attorney
       Two Mill Road, Suite 200                 New Castle County
       Wilmington, DE 19806                     87 Reads Way
                                                New Castle, DE 19720

**PLEASE TAKE NOTICE** that the counsel for plaintiff will take the oral deposition of the following individuals on February 25, 2008 at the offices of New Castle County, 87 Reads Way, New Castle, DE 19720.

9:45 a.m. - Christopher Coons

**KNEPPER & STRATTON**

/s/ Barbara H. Stratton
Barbara H. Stratton, Esq.

**OF COUNSEL:**
Joseph F. Lawless, Esq.
PA Id. No. 23691
843 Mt. Moro Road
Villanova, PA 19065
484.380.3760
Jlaw6@comcast.net
Counsel for Joseph J. Freebery

1228 North King Street
Wilmington, Delaware 19899
302.658.1717
Delaware Bar ID # 2785
bhs@knepperstratton.net
Attorney for Plaintiff

**Duces Tecum**

      Any and all documents of any kind, in any format, which in any way relate to the allegations of Plaintiff's complaint; and/or which in any way refer to Joseph J. Freebery's performance as GM of the NCCo Department of Special Services, Mr. Freebery's termination from that position; the change in the law which removed the NCCo General Managers from the County Merit System in your custody or control which have not already been produced in discovery in this case.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH J. FREEBERY, ) | C.A. No.: 05-748(KAJ) |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CHRISTOPHER COONS, in his official capacity ) | |
| as County Executive of New Castle County and ) | |
| in his individual capacity; and NEW CASTLE ) | |
| COUNTY, a municipal corporation, and JOHN ) | |
| DOES 1-25, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I, Barbara H. Stratton, hereby certify that on January 14, 2008 , a copy of the foregoing **RE-NOTICE OF DEPOSITION** was served via Electronic Filing, and U.S. Mail upon the following counsel of record:

|   |   |
|---|---|
| Richard R. Wier, Jr. | Gregg E. Wilson, Esquire |
| Richard R. Wier, Jr., P.A. | County Attorney |
| Two Mill Road, Suite 200 | New Castle County |
| Wilmington, DE 19806 | 87 Reads Way |
|   | New Castle, DE 19720 |

**KNEPPER & STRATTON**

/s/ Barbara H. Stratton
Barbara H. Stratton, Esq.

**OF COUNSEL:**
Joseph F. Lawless, Esq.
PA Id. No. 23691
843 Mt. Moro Road
Villanova, PA 19085
484.380.3760
Jlaw6@comcast.net
Counsel for Joseph J. Freebery

1228 North King Street
Wilmington, Delaware 19801
302.658.1717
Delaware Bar ID # 2785
bhs@knepperstratton.net
Attorney for Plaintiff