IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH J. FREEBERY, | ) | C.A. No.: 05-748(KAJ) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER COONS, in his official capacity as County Executive of New Castle County and in his individual capacity; and NEW CASTLE COUNTY, a municipal corporation, and JOHN DOES 1-25, | ) ) ) ) ) ) | |
| Defendants. | ) | |

### RE-NOTICE OF DEPOSITION

TO:    Richard R. Wier, Jr.    Gregg E. Wilson, Esquire
        Richard R. Wier, Jr., PA.    County Attorney
        Two Mill Road, Suite 200    New Castle County
        Wilmington, DE 19806    87 Reads Way
                                  New Castle, DE 19720

**PLEASE TAKE NOTICE** that the counsel for plaintiff will take the oral deposition of the following individuals at the Offices of New Castle County, 87 Reads Way, New Castle, DE 19720

**January 21, 2008**

        10:00 a.m - Robert Woods

**January 31, 2008**

        12:00 p.m. - Karen Petersen

                                    **KNEPPER & STRATTON**

                                  /s/ Barbara H. Stratton

**OF COUNSEL:**                        Barbara H. Stratton, Esq.
Joseph F. Lawless, Esq.
PA Id. No. 23691                        1228 North King Street
843 Mt. Moro Road                    Wilmington, Delaware 19801
Villanova, PA 19085                   302.658.1717
484.380.3760                            Delaware Bar ID # 2785
Jlaw6@comcast.net                   bhs@knepperstratton.net
Counsel for Joseph J. Freebery       Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH J. FREEBERY, ) | C.A. No.: 05-748(KAJ) |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CHRISTOPHER COONS, in his official capacity ) | |
| as County Executive of New Castle County and ) | |
| in his individual capacity; and NEW CASTLE ) | |
| COUNTY, a municipal corporation, and JOHN ) | |
| DOES 1-25, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I, Barbara H. Stratton, hereby certify that on January 14, 2008, a copy of the foregoing **NOTICE OF DEPOSITION** was served via Electronic Filing, and U.S. Mail upon the following counsel:

Richard R. Wier, Jr.
Richard R. Wier, Jr., P.A.
Two Mill Road, Suite 200
Wilmington, DE 19806

Gregg E. Wilson, Esquire
County Attorney
New Castle County
87 Reads Way
New Castle, DE 19720

                                                        **KNEPPER & STRATTON**

                                                  /s/ Barbara H. Stratton

| | |
|---|---|
| **OF COUNSEL:** | Barbara H. Stratton, Esq. |
| Joseph F. Lawless, Esq. | |
| PA Id. No. 23691 | 1228 North King Street |
| 6 Harvey Lane | Wilmington, Delaware 19801 |
| Newtown Square, PA 19083 | 302.658.1717 |
| 610.356.0875 | Delaware Bar ID # 2785 |
| Jlaw6@comcast.net | bhs@knepperstratton.net |
| Counsel for Joseph J. Freebery | Attorney for Plaintiff |