# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH J. FREEBERY, | ) | C.A. No.: 05-748(KAJ) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER COONS, in his official capacity as County Executive of New Castle County and in his individual capacity; and NEW CASTLE COUNTY, a municipal corporation, and JOHN DOES 1-25, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## RE-NOTICE OF DEPOSITION

TO:     Richard R. Wier, Jr.           Gregg E. Wilson, Esquire
        Richard R. Wier, Jr., PA.      County Attorney
        Two Mill Road, Suite 200       New Castle County
        Wilmington, DE 19806           87 Reads Way
                                       New Castle, DE 19720

**PLEASE TAKE NOTICE** that the counsel for Plaintiff will take the oral deposition of the following individuals at the offices of Richard R. Wier, Jr., PA, Two Mill Road, Suite 200, Wilmington, DE 19086, on the dates and times indicated:

**January 21, 2008**

   11:30: - William Tansey

**February 14, 2008**

   10:00 - Karen Venezsky

                                                          **KNEPPER & STRATTON**

| | |
|---|---|
| | /s/ Barbara H. Stratton |
| **OF COUNSEL:** | Barbara H. Stratton, Esq. |
| Joseph F. Lawless, Esq. | KNEPPER & STRATTON |
| PA Id. No. 23691 | 1228 North King Street |
| 843 Mt. Moro Road | Wilmington, Delaware 19801 |
| Villanova, PA 19085 | 302.658.1717 |
| 484.380.3760 | Delaware Bar ID # 2785 |
| Jlaw6@comcast.net | bhs@knepperstratton.net |
| Counsel for Joseph J. Freebery | Attorney for Plaintiff |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH J. FREEBERY, | ) | C.A. No.: 05-748(KAJ) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER COONS, in his official capacity as County Executive of New Castle County and in his individual capacity; and NEW CASTLE COUNTY, a municipal corporation, and JOHN DOES 1-25, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I, Barbara H. Stratton, hereby certify that on January 17, 2008, a copy of the foregoing **NOTICE OF DEPOSITION** was served via Electronic Filing and U.S. Mail upon the following counsel of record:

| | |
|---|---|
| Richard R. Wier, Jr. | Gregg E. Wilson, Esquire |
| Richard R. Wier, Jr., P.A. | County Attorney |
| Two Mill Road, Suite 200 | New Castle County |
| Wilmington, DE 19806 | 87 Reads Way |
| | New Castle, DE 19720 |

**KNEPPER & STRATTON**

/s/ Barbara H. Stratton
Barbara H. Stratton, Esq.
KNEPPER & STRATTON
1228 North King Street
Wilmington, Delaware 19801
302.658.1717
Delaware Bar ID # 2785
bhs@knepperstratton.net
Attorney for Plaintiff

**OF COUNSEL:**
Joseph F. Lawless, Esq.
PA Id. No. 23691
6 Harvey Lane
Newtown Square, PA 19083
610.356.0875
Jlaw6@comcast.net
Counsel for Joseph J. Freebery