IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH J. FREEBERY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 05-748 KAJ |
| | : | |
| CHRISTOPHER COONS, in his official | : | JURY TRIAL DEMANDED |
| capacity as County Executive of New | : | |
| Castle County and in his individual capacity;| : | |
| and NEW CASTLE COUNTY, a municipal | : | |
| corporation; and JOHN DOES 1-25 | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF DEPOSITION

To:   Joseph F. Lawless, Esq.                     Barbara H. Stratton, Esquire
      6 Harvey Lane                               Knepper & Stratton
      Newtown Square, PA 19083                    1228 North King Street
                                                  Wilmington, DE 19801
                                                  302-658-1717
      Gregg E. Wilson
      New Castle County Law Department
      87 Reads Way
      Wilmington, DE 19720
      (302)395-5130

**PLEASE TAKE NOTICE** that Defendants will take the deposition of Sherry Freebery on February 20, 2008 beginning at 10:00 a.m. The deposition shall continue thereafter until terminated by Defendants. The deposition will take place at the office of Richard R. Wier, Jr., P.A., Two Mill Road, Suite 200, Wilmington, Delaware, 19806, and will be recorded stenographically and/or video graphically, and/or audio graphically, before a notary public or other person authorized to administer oaths.

**RICHARD R. WIER, JR., P.A.**

/s/ Richard R. Wier, Jr.
Richard R. Wier, Jr. (#716)
Michele D. Allen, (#4359)
Two Mill Road, Suite 200
Wilmington, DE 19806
(302)888-3222

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH J. FREEBERY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 05-748 MPT |
| | : | |
| CHRISTOPHER COONS, in his official | : | JURY TRIAL DEMANDED |
| capacity as County Executive of New | : | |
| Castle County and in his individual capacity; | : | |
| and NEW CASTLE COUNTY, a municipal | : | |
| corporation; and JOHN DOES 1-25 | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of February, 2008 that I served, by U.S. Mail and Facsimile, the Notice of Deposition for Sherry Freebery on:

Barbara Stratton, Esq.
Knepper & Stratton
1228 North King Street
Wilmington, DE 19899
302-658-1717

Joseph F. Lawless, Esquire
6 Harvey Lane
Newtown Square, PA 19083

Gregg E. Wilson, Esquire
New Castle County Law Department
87 Reads Way
Wilmington, DE 19720
(302)395-5130

**RICHARD R. WIER, JR., P.A.**

/s/ Richard R. Wier, Jr.
Richard R. Wier, Jr., (#716)
Michele D. Allen, (#4359)
Two Mill Road, Suite 200
Wilmington, DE 19806
(302)888-3222