IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JOSEPH J FREEBERY,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | CA. No. 05-748-KAJ |
| v. | : | |
| | : | |
| **CHIRSTOPHER COONS**, in his official capacity as | : | |
| County Executive of New Castle County and in his | : | |
| Individual capacity; and **NEW CASTLE COUNTY,** | : | |
| a municipal corporation; and **JOHN DOES 1-25** | : | |
| | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF DEPOSITION

TO:    Richard R. Wier, Jr.            Gregg E. Wilson, Esquire
       Richard R. Wier, Jr., PA.       County Attorney
       Two Mill Road, Suite 200        New Castle County
       Wilmington, DE 19806            87 Reads Way
                                       New Castle, DE 19720

**PLEASE TAKE NOTICE** that, pursuant to Fed.R.Civ.P. 30(b)(6) the counsel for plaintiff will take the oral deposition of the following entity on February 29, 2008 at the Offices of Knepper and Stratton,   1228 North King Street, Wilmington DE, 19899..

9:30 a.m. - Nachman Hays Brownstein

Pursuant to the Federal Rules of Civil Procedure, Nachman Hays Brownstein shall designate one or more officers, directors or managing agents to testify with respect to the areas of inquiry set forth below and further noticed in the subpoena accompanying this Notice.  The areas of inquiry are**:**

a) The engagement of NHB by New Castle County to prepare and submit the Preliminary Report to the Office of the County Executive dated January 21, 2005, referenced in a Nachman Hays Brownstein Memo dated April 12, 2006 from Howard Brod Brownstein and Edward T. Gavin to David W. Singleton and Lynne Howard, including all costs, charges and bills submitted and paid.

a) the manner in which the Preliminary Report to the Office of the County Executive dated January 21, 2005 and the Nachman Hays Brownstein Memo dated April 12, 2006 from Howard Brod Brownstein and Edward T. Gavin to David W. Singleton and Lynne Howard referenced above were drafted; and

c) the manner in which all statements and representations made in such reports and memos were confirmed, corroborated and supported and all handwritten and/or electronically recorded notes of any interviews conducted in the preparation of the Preliminary Report to the Office of the County Executive dated January 21, 2005, and the Nachman Hays Brownstein Memo dated April 12, 2006 from Howard Brod Brownstein and Edward T. Gavin to David W. Singleton and Lynne Howard.

**KNEPPER & STRATTON**

/s/Barbara H.Stratton
Barbara H. Stratton, Esq.
P.O. Box 1795
1228 North King Street
Wilmington, Delaware 19801
302.658.1717
Delaware Bar ID # 2785
bhs@knepperstratton.net
Attorney for Plaintiff

**OF COUNSEL:**
Joseph F. Lawless, Esq.
PA Id. No. 23691
6 Harvey Lane
Newtown Square, PA 19083
610.356.0875
Jlaw6@comcast.net
Counsel for Joseph J. Freebery

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JOSEPH J FREEBERY,** | : |
| | : |
| Plaintiff, | : |
| | : |
| | : CA. No. 05-748-KAJ |
| v. | : |
| | : |
| **CHIRSTOPHER COONS**, in his official capacity as | : |
| County Executive of New Castle County and in his | : |
| Individual capacity; and **NEW CASTLE COUNTY**, | : |
| a municipal corporation; and **JOHN DOES 1-25** | : |
| | : |
| | : |
| Defendants. | : |

### CERTIFICATE OF SERVICE

I, Barbara H. Stratton, hereby certify that on February 4, 2008, a copy of a **NOTICE OF DEPOSITION** was served via Electronic Filing and U.S. Mail upon the following counsel of record:

Richard R. Wier, Jr.  
Michelle D. Allen  
Two Mill Road, Suite 200  
Wilmington, DE 19806  

Gregg E. Wilson, Esquire  
County Attorney  
New Castle County  
87 Reads Way  
New Castle, DE 19720  

**KNEPPER & STRATTON**

/s/Barbara H. Stratton  
Barbara H. Stratton, Esq.  
P.O. Box 1795  
1228 North King Street  
Wilmington, Delaware 19801  
302.658.1717  
Delaware Bar ID # 2785  
bhs@knepperstratton.net  
Attorney for Plaintiff  

**OF COUNSEL:**  
Joseph F. Lawless, Esq.  
PA Id. No. 23691  
6 Harvey Lane  
Newtown Square, PA 19083  
610.356.0875  
Jlaw6@comcast.net  
Counsel for Joseph J. Freebery