IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JOSEPH J FREEBERY,** | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CA. No. 05-748-KAJ |
| | : |
| **CHIRSTOPHER COONS**, in his official capacity as | : |
| County Executive of New Castle County and in his | : |
| Individual capacity; and **NEW CASTLE COUNTY,** | : |
| a municipal corporation; and **JOHN DOES 1-25** | : |
| | : |
| | : |
| **Defendants.** | : |

### NOTICE OF DEPOSITION

TO:    Richard R. Wier, Jr.          Gregg E. Wilson, Esquire
       Michelle D. Allen             County Attorney
       Two Mill Road, Suite 200      New Castle County
       Wilmington, DE 19806          87 Reads Way
                                     New Castle, DE 19720

**PLEASE TAKE NOTICE** that the counsel for plaintiff will take the oral deposition of the following individuals on at the offices of Knepper & Stratton, 128 North King Street, Wilmington, DE, 19901 on February 25, 2008:

        9:30 a.m. – Christopher Coons

on February 26, 2008

        9:30 a.m. – David Singleton

        12:30 p.m. – Richard Pryzwara

        3:30 p.m. – Cecelia Cohen

February 29, 2008

        9:30 a.m. – William Rhodunda

        11:30 a.m.- Timothy Mullaney

        2:00 p.m. – Patty Powell

        3:30 p.m. – Patricia Blevns

## KNEPPER & STRATTON

| | |
|---|---|
| | /s/Barbara H.Stratton |
| **OF COUNSEL:** | Barbara H. Stratton, Esq. |
| Joseph F. Lawless, Esq. | P.O. Box 1795 |
| PA Id. No. 23691 | 1228 North King Street |
| 6 Harvey Lane | Wilmington, Delaware 19801 |
| Newtown Square, PA 19083 | 302.658.1717 |
| 610.356.0875 | Delaware Bar ID # 2785 |
| Jlaw6@comcast.net | bhs@knepperstratton.net |
| Counsel for Joseph J. Freebery | Attorney for Plaintiff |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JOSEPH J FREEBERY,** | : |
| | : |
| Plaintiff, | : |
| | : CA. No. 05-748-KAJ |
| v. | : |
| | : |
| **CHIRSTOPHER COONS,** in his official capacity as County Executive of New Castle County and in his Individual capacity; and **NEW CASTLE COUNTY,** a municipal corporation; and **JOHN DOES 1-25** | : : : : : |
| | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I, Barbara H. Stratton, hereby certify that on February 4, 2008, a copy of a **NOTICE OF DEPOSITION** was served via Electronic Filing and U.S. Mail upon the following counsel of record:

| | |
|---|---|
| Richard R. Wier, Jr. | Gregg E. Wilson, Esquire |
| Michelle D. Allen | County Attorney |
| Two Mill Road, Suite 200 | New Castle County |
| Wilmington, DE 19806 | 87 Reads Way |
| | New Castle, DE 19720 |

KNEPPER & STRATTON

/s/Barbara H. Stratton
Barbara H. Stratton, Esq.
P.O. Box 1795
1228 North King Street
Wilmington, Delaware 19801
302.658.1717
Delaware Bar ID # 2785
bhs@knepperstratton.net
Attorney for Plaintiff

**OF COUNSEL:**
Joseph F. Lawless, Esq.
PA Id. No. 23691
6 Harvey Lane
Newtown Square, PA 19083
610.356.0875
Jlaw6@comcast.net
Counsel for Joseph J. Freebery