IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JOSEPH J. FREEBERY, :
:
        Plaintiffs : CIVIL ACTION NO. 05-748-KAJ
v. :

CHRISTOPHER COONS, et al.
        Defendants.

### PLAINTIFF'S MOTION TO ENLARGE DISCOVERY CUT-OFF DATE

Plaintiff Joseph J. Freebery, by counsel, hereby moves this Court to enlarge the discovery cut-off date an additional three weeks and amend the current Scheduling Order to reflect a discovery cut-off date of March 28, 2008 and the date for the disclosure of expert testimony to March 15, 2008. The remaining dates on the current scheduling order need not be amended, in that those dates have been left open to the trial judge to be assigned to this case. In support thereof, plaintiff avers the following:

1. Since the last conference with the Court, plaintiff has scheduled and taken three depositions and has a fourth scheduled for February 21, 2008.

2. Plaintiff makes this request due to mutual scheduling conflicts which make it extremely difficult to complete the necessary discovery the current cut-off date of March 3, 2008.

3. Plaintiff's counsel is currently under a mid- February, 2008 filing deadline in a multi-defendant, federal criminal tax evasion and fraud case in the United States District Court for the Western District of Virginia and an upcoming trial listed for the end of February in the Court of Common Pleas of Montgomery County, Pennsylvania.

4. Plaintiff's counsel has been told that counsel for the defendants has two major trials, including a medical malpractice trial, scheduled for end of February. Plaintiff's counsel

consulted with defense in writing and orally prior to the filing of this motion requesting the defense agree to this enlargement and defense counsel has failed to respond.

5. Plaintiff's counsel has attempted to work with defense schedule on expeditiously scheduling the remaining depositions, including canceling three previously scheduled meetings on the date he was told was the "only" day defendant Coons was available for deposition.

6. Plaintiff has or will notice depositions for those dates between now and March 3, 2008, but past scheduling experience indicates that the enlargement requested will likely eliminate scheduling problems and permit the completion of discovery in this case without the need for any court intervention, protective orders, etc.

7. Plaintiff, defendants and the court will be not prejudiced by the relief sought herein and the granting of this motion is in the interest of justice.

WHEREFORE, plaintiff requests the current scheduling Order in this case be amended to change the current discovery cut-off date to March 28, 2008 and the date for additional expert reports to February 21, 2009.

|  |  |
|---|---|
| **OF COUNSEL:**<br>Joseph F. Lawless, Esq.<br>PA Id. No. 23691<br>843 Mt. Moro Road<br>Villanova, PA 19085<br>484.380.3760<br>jlaw6@comcast.net<br>**Counsel for Joseph J. Freebery** | s/ Barbara H. Stratton<br>Barbara H. Stratton, Esq.<br>P.O. Box 1795<br>1228 North King Street<br>Wilmington, Delaware 19801<br>302.658.1717<br>Delaware Bar ID # 2785<br>bhs@knepperstratton.net<br>**Counsel for Joseph J. Freebery** |

## CERTIFICATE OF SERVICE

I, Barbara H. Stratton, hereby certify that on February 4, 2008, two copies of the foregoing Stipulation were served electronically and first class mail upon the following:

    Gregg E. Wilson, Esquire
    County Attorney
    New Castle County
    87 Reads Way
    New Castle, DE 19720

    Richard R. Wier, Jr. (#716)
    Michelle D. Allen (#4359)
    Two Mill Road, Suite 200
    Wilmington, DE 19806

                            s/ Barbara H. Stratton
                            BARBARA H. STRATTON
                            Attorney for Joseph J. Freebery