**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JOSEPH J. FREEBERY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-748-*** |
| | : | |
| CHRISTOPHER COONS, in his official | : | |
| capacity as County Executive of New | : | |
| Castle County and in his individual | : | |
| capacity; and NEW CASTLE COUNTY, | : | |
| a municipal corporation; and JOHN | : | |
| DOES 1-25, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

At Wilmington this **4th** day of **February, 2008**,

IT IS ORDERED that a teleconference has been scheduled for **Friday, February 8, 2008 at 10:30 a.m.** with Judge Thynge.  **Barbara H. Stratton, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE