IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JOSEPH J. FREEBERY,                          :
                                             :
                          Plaintiffs         :       CIVIL ACTION NO.  05-748
                  v.                         :
                                             
CHRISTOPER COONS, et al.
                  Defendants.

**PLAINTIFF'S SUPPLEMENTAL MOTION TO ENLARGE DISCOVERY CUT-OFF
DATE**

As the result of a hearing held before the Honorable Jackson L. Kiser, Senior Judge of the

United States District Court for the Western District of Virginia, the cut-off date for the filing of

pretrial motions in the multi-defendant insurance fraud/tax evasion case of *United States v.*

*Witasick, et al.¸* U.S.D.Ct. No. 4:07-CR-30-001 has been changed, the new date being February

29, 2008.  Accordingly, the bulk of counsel's time between the date of this filing and the

February 29, 2009 criminal motions date will of necessity be spend preparing and filing those

motions.

WHEREFORE, plaintiff requests the current scheduling Order in this case be amended to

change the current discovery cut-off date to March 28, 2008 and the date for any additional

expert reports to February 21, 2009.


                                             s/ Barbara H. Stratton
**OF COUNSEL:**                              Barbara H. Stratton, Esq.
Joseph F. Lawless, Esq.                      P.O. Box 1795
PA Id. No. 23691                             1228 North King Street
843 Mt. Moro Road                            Wilmington, Delaware 19801
Villanova, PA 19085                          302.658.1717
484.380.3760                                 Delaware Bar ID # 2785
jlaw6@comcast.net                            bhs@knepperstratton.net
**Counsel for Joseph J. Freebery**          **Counsel for Joseph J. Freebery**

## CERTIFICATE OF SERVICE

I, Barbara H. Stratton, hereby certify that on February 7, 2008, two copies of the

foregoing Stipulation were served electronically and first class mail upon the following:

Gregg E. Wilson, Esquire
County Attorney
New Castle County
87 Reads Way
New Castle, DE 19720

Richard R. Wier, Jr. (#716)
Michelle D. Allen (#4359)
Two Mill Road, Suite 200
Wilmington, DE 19806

s/ Barbara H. Stratton
BARBARA H. STRATTON
Attorney for Joseph J. Freebery