# RICHARD R. WIER, JR., P.A.

ATTORNEY AT LAW

TWO MILL ROAD, SUITE 200
WILMINGTON, DELAWARE 19806

www.Wierlaw.com

RICHARD R. WIER, JR.*

MICHELE D. ALLEN*

*ALSO ADMITTED IN PA

(302) 888-3222
FAX (302) 888-3225

RWier@Wierlaw.com
MAllen@Wierlaw.com

February 7, 2008

**Via Electronic Filing**
The Honorable Mary Pat Thynge
U.S. District Court
844 North King Street
Wilmington, DE 19801

Re:   Freebery v. Coons

Dear Magistrate Judge Thynge:

We are in receipt of the Plainitiff's two Motions to amend the scheduling order. We did write to counsel for Plaintiff with our position on the motions to amend the scheduling order prior to the filing date. However, it does not appear that our response reached counsel prior to the filings.

In preparation for the teleconference with your Honor on February 8, 2008 at 10:30 a.m. Defendants request that the discovery be continued until June 1, 2008 as we have several trials scheduled during March and April. In March we have two medical malpractice cases in Superior Court beginning on March 3, 2008. In April we have a Civil Rights case in Federal Court beginning on April 7, 2008, a personal injury case in Superior Court on April 14, 2008 and an ERISA case in Federal Court on April 21, 2008. It will be extremely difficult for us to complete discovery in the time frame propose by Plaintiff. Therefore, we are requesting that discovery be extended until June 1, 2008 and all other dates be extended accordingly. The above case has not been scheduled for trial.

Counsel is available at the convenience of the Court for additional questions.

Respectfully submitted,

/s/ Michele D. Allen
Michele D. Allen (#4359)

cc:   Barbara Stratton, Esq.
      Gregg Wilson, Esq.
      Joseph Lawess, Esq.