# KNEPPER & STRATTON
ATTORNEYS AT LAW
1228 NORTH KING STREET
WILMINGTON, DELAWARE 19801

E. MARTIN KNEPPER*  TELEPHONE: (302) 658-1717
BARBARA H. STRATTON*  (302) 652-7717
DOVER: (302) 736-5500

*Admitted IN DE & PA
Fed. I.D.# 51-0340523  FAX: (302) 658-0631

February 7, 2008

<u>Via E-filing</u>
Mary Pat Thynge
United States District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

   RE: JOSEPH FREEBERY V. CHRISTOPHER COONS, ET AL.
     C.A. No.:5-748 KAJ

Dear Judge Thynge:

  We have reviewed Ms. Allen's letter dated February 7, 2008 and were somewhat surprised by its contents. While we discussed a brief enlargement of time to give us both some "breathing room" caused by our mutual schedules, Ms. Allen not only never responded to our inquiry, she never once mentioned anything like June 1, 2008 as a discovery enlargement. Obviously, such a delay is completely unacceptable to plaintiff. We want to complete discovery and bring this case to trial as soon as possible.

  During our teleconference with the Court on November 9, 2007, plaintiff and defendants agreed to the current March 3, 2008 cut-off date with full knowledge of our current schedules. It was not our intention to delay this case, but rather to give counsel a little wiggle room to complete discovery. It now appears that defendants are attempting to use our motion in order to delay this case from proceeding toward trial.

  Accordingly, plaintiff hereby withdraws his Motion for Enlargement of Time to Complete Discovery and Supplemental Motion for Enlargement of Time to Complete Discovery. Plaintiff and defendants have noticed those depositions which they intended to take to complete discovery by that date.

  Unless we hear from the Court to the contrary, we have set up the conference call for tomorrow at 10:30 a.m. as ordered and can, perhaps, use that call to discuss other housekeeping issues regarding the depositions. As far as plaintiff is concerned, however, we will abide by and ask the Court to keep the current March 3, 2008 discovery cut-off date.

**KNEPPER & STRATTON**
February 7, 2008
Page 2

            Respectfully,

            /s/ Barbara H. Stratton

            /s/ Joe Lawless

BHS/mmi

cc: Joseph Freebery
  Richard Wier via e-filing