# KNEPPER & STRATTON
*ATTORNEYS AT LAW*
1228 NORTH KING STREET
WILMINGTON, DELAWARE 19801

E. MARTIN KNEPPER*
BARBARA H. STRATTON*

TELEPHONE: (302) 658-1717
(302) 652-7717
DOVER: (302) 736-5500

*Admitted IN DE & PA
Fed. I.D.# 51-0340523

FAX: (302) 658-0631

February 15, 2008

The Honorable Mary Pat Thygne
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Room 6100, Lockbox 8
Wilmington, DE 19801

      RE:   JOSEPH FREEBERY V. CHRISTOPHER COONS, ET AL.
               C.A. No.: 05-748 KAJ

Dear Judge Thygne:

    This letter accompanies the revised Proposed Scheduling Order in the above case for your review and signature. Item 3(f), the specific deposition dates for Messrs. Freebery and Coons, has been removed as per the agreement of the parties. The Order otherwise complies with the parties' mutual understanding, as approved by the Court in our last conference call. The Order is ready for execution.

               Respectfully,

               Barbara H. Stratton
               Joseph F. Lawless

BHS/cmd
Enclosure
cc:   Joseph Freebery
      Gregg E. Wilson, Esquire via e-filing
      Richard R. Wier, Jr., Esquire via e-filing