IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JOSEPH J. FREEBERY,

           Plaintiffs    :    CIVIL ACTION NO. 05-748-MPT

v.

CHRISTOPER COONS, et al.
        Defendants.

**PLAINTIFF'S MOTION FOR APPOINTMENT OF A JUDGE
FROM OUTSIDE THE DISTRICT OF DELWARE**

Plaintiff Joseph J. Freebery, by counsel, hereby moves this Court to request the appointment of a District Court Judge from a District outside the District of Delaware. In support of this motion, plaintiff incorporates the accompanying Memorandum of Law.

| | |
|---|---|
| **OF COUNSEL:**<br>Joseph F. Lawless, Esq.<br>PA Id. No. 23691<br>843 Mt. Moro Road<br>Villanova, PA 19085<br>484.380.3760<br>jlaw6@comcast.net<br>**Counsel for Joseph J. Freebery** | s/ Barbara H. Stratton<br>Barbara H. Stratton, Esq.<br>P.O. Box 1795<br>1228 North King Street<br>Wilmington, Delaware 19801<br>302.658.1717<br>Delaware Bar ID # 2785<br>bhs@knepperstratton.net<br>**Counsel for Joseph J. Freebery** |

## CERTIFICATE OF SERVICE

I, Barbara H. Stratton, hereby certify that on February 25, 2008, a copy of the foregoing pleading was served electronically and by first class mail upon the following:

>Gregg E. Wilson, Esquire
>County Attorney
>New Castle County
>87 Reads Way
>New Castle, DE 19720

>Richard R. Wier, Jr. (#716)
>Michelle D. Allen (#4359)
>Two Mill Road, Suite 200
>Wilmington, DE 19806

>KNEPPER & STRATTON

>s/Barbara H. Stratton
>Barbara H. Stratton
>1228 N. King Street
>Wilmington, DE 19899
>(302) 658-1717
>Delaware Bar ID # 2785
>bhs@knepperstrattonlaw.us
>Attorney for Plaintiff Joseph J. Freebery

**Of Counsel:**
Joseph F. Lawless
PA Bar Id. 23691
Law Offices of Joseph F. Lawless
843 Mt. Moro Road
Villanova, Pennsylvania 19085
484.380.3760