IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JOSEPH J. FREEBERY, :
:
          Plaintiffs : CIVIL ACTION NO. 05-748-MPT
v. :
:
CHRISTOPER COONS, et al.
      Defendants.

## PROPOSED ORDER

AND NOW, this _____ day of _____, 2008, upon consideration of Plaintiff's Motion for Appointment of a District Court Judge from a District outside the District of Delaware, it is hereby ORDERED that said motion be, and hereby it, GRANTED.

_____
UNITED STATES MAGISTRATE JUDGE