# EXHIBIT "D"

Case 1:05-cv-00748-PD    Document 148-5    Filed 02/25/2008    Page 1 of 2

## DECLARATION OF JOSEPH J. FREEBERY

I, Joseph J. Freebery, make the following declaration under penalty of perjury. I am the brother of Sherry Freebery and the plaintiff in this case. During the course of the investigation of the Gordon Administration, I was subpoenaed to testify before a federal grand jury. On advice of my lawyer, I refused to testify. Following my refusal, the prosecutor obtained an immunity order and I was compelled to testify.

I testified on three occasions before the grand jury and was questioned, at various times, by Colm Connolly, Leonard Stark and Ferris Wharton. During questioning from each prosecutor, they frequently attempted to put words into my mouth, presumably to get me to testify in a manner which supported their theory of the prosecution. I resisted their efforts and when I did, the questioning became more heated and testy. They were very aggressive in trying to get me to make statements which were inaccurate and which would have mischaracterized what I knew to be true. All in all, my relationship with these gentlemen in the grand jury room and during the investigation was quite hostile.

Joseph J. Freebery