IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JOSEPH J. FREEBERY

v.

CHRISTOPHER A. COONS, et al.

Civil Action No. 05-cv-0748

**DESIGNATION OF DISTRICT JUDGE
FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT**

Pursuant to the provisions of 28 U.S.C. § 292(b), and after satisfying myself that it is in the public interest to do so, I do hereby designate and assign the Honorable Paul S. Diamond of the Eastern District of Pennsylvania for such a period as is necessary for the disposition of the above-entitled matter.

/s/ Anthony J. Scirica
Anthony J. Scirica, Chief Judge
United States Court of Appeals
for the Third Circuit