OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 7, 2008

Clerk, U.S. District Court
United States Courthouse
601 Market Street
Philadelphia, PA 19106
**Attention: John Stasny**

    RE:    Freebery v. Coons et al.
              D. DEL. Case No. 05-748 (Honorable Paul S. Diamond)

Dear Clerk:

Pursuant to an order reassigning the above captioned case to Judge Diamond, enclosed please find the following items:

(X) Certified copy of the docket sheet; file stamped copy of 3/7/08 letter
(X) Sealed docket items 69, 70 and 80
(X) Transcripts of teleconferences (8)

Please note that the electronic case filings can be accessed through PACER by selecting the CM/ECF link on our web site at www.ded.uscourts.gov.

Please acknowledge receipt of the above items on the attached copy of this letter.

Sincerely,

Peter T. Dalleo, Clerk of Court

By: _____
Deputy Clerk

Enc.