IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH J. FREEBERY | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | 05-748 |
| CHRISTOPHER A. COONS, et al | : | |

## ORDER

AND NOW, this 10th day of March, 2008, a status conference is ORDERED in the above-listed case. The conference shall take place on Thursday, March 20, 2008 at 9:30 a.m. in Judge Diamond's chambers at 601 Market Street, Philadelphia, Pennsylvania. Lead trial counsel must attend.

AND IT IS SO ORDERED.

*/s/ Paul S. Diamond*

**Paul S. Diamond, J.**