## KNEPPER & STRATTON
ATTORNEYS AT LAW
1228 NORTH KING STREET
WILMINGTON, DELAWARE 19801

E. MARTIN KNEPPER*
BARBARA H. STRATTON*

TELEPHONE: (302) 658-1717
(302) 652-7717
DOVER: (302) 736-5500

*Admitted IN DE & PA
Fed. I.D.# 51-0340523

FAX: (302) 658-0631

March 11, 2008

BY FAX 267-299-5069 &
<u>FIRST CLASS MAIL</u>
The Honorable Paul S. Diamond
United States District Court
for the Eastern District of Pennsylvania
U.S. Courthouse
601 Market Street, Room 6613
Philadelphia, PA 19106-1712

    RE:    JOSEPH FREEBERY V. CHRISTOPHER COONS, ET AL.
             C.A. No.: 05-748

Dear Judge Diamond:

     Please be advised that Lead Counsel for Plaintiff in this matter is Attorney Joseph Lawless, 843 Mount Moro Road, Villanova, Pennsylvania 19085. His telephone number is 484-380-3760. He will be attending the Conference on March 20, 2008 at 9:30 a.m. in your Chambers. I am Local Counsel in Delaware. I will be in Florida on the date of the Conference and will not be able to attend.

                                    Respectfully submitted,

                                      Barbara H. Stratton

BHS/kmm
Enclosure
cc:    Joseph Lawless, Esq.
        Richard Weir, Esq.
        Delaware District Court Clerk (via hand delivery & e-filing)