# RICHARD R. WIER, JR., P.A.

ATTORNEY AT LAW

| | | |
|---|---|---|
| RICHARD R. WIER, JR.* | TWO MILL ROAD, SUITE 200<br>WILMINGTON, DELAWARE 19806 | (302) 888-3222<br>FAX (302) 888-3225 |
| | www.Wierlaw.com | |
| MICHELE D. ALLEN* | | RWier@Wierlaw.com<br>MAllen@Wierlaw.com |

*ALSO ADMITTED IN PA

March 11, 2008

The Honorable Paul S. Diamond
United States District Court for the
Eastern District of Pennsylvania
U.S. Courthouse
601 Market Street, Room 6613
Philadelphia, PA 19106-1712

RE:     Joseph Freebery v. Christopher Coons, et al.
         C.A. No.: 05-748

Dear Judge Diamond:

     As my office advised your office I am co-lead counsel in the above case on behalf of the defendants. Michele Allen in my office is co-defending the case with me. As I advised your office, I will be in a wrongful death trial in the Superior Court of Delaware beginning March 19th and continuing March 20th and March 24th through March 28th. Because of that trial I will not be able to attend the Office Conference in Your Chambers at 9:30 a.m. but Michele Allen will. If the Court has any questions, please advise.

                                                      Respectfully submitted,

                                                      Richard R. Wier, Jr.

RRWJr.:sf
cc:     Barbara Stratton, Esquire
          Joseph Lawless, Esquire
          Delaware District Court Clerk