**Christopher A. Coons**
County Executive



**Gregg E. Wilson**
County Attorney

## OFFICE OF LAW

March 12, 2008

The Honorable Paul S. Diamond
United States District Court for the
Eastern District of Pennsylvania
U.S. Courthouse
601 Market Street, Room 6613
Philadelphia, PA 19106-1712

RE: Joseph Freebery v. Christopher Coons, et al.
C.A. No. 05-748

Dear Judge Diamond:

Mr. Weir's office has advised the Court that he and Michele Allen are co-lead counsel for the defendants in the above case. I am the County Attorney for New Castle County and am included on the service list. However, I will not be able to attend the conference since my wife will be undergoing medical tests and I must accompany her that morning. Michele Allen will be attending the office conference on March 20, 2008 on behalf of all defendants.

Respectfully yours,

Gregg E. Wilson
County Attorney

GEW/jkj
cc: Michele D. Allen, Esq.
Richard R. Wier, Jr., Esq.
Barbara Stratton, Esq.
Joseph Lawless, Esq.
Delaware District Court Clerk

87 READ'S WAY, NEW CASTLE, DE 19720       PHONE: 302-395-5130       FAX: 302-395-5150