IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH FREEBERRY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Christopher Coons, in his official capacity )<br>as County Executive of New Castle County )<br>and in his Individual capacity; and NEW )<br>CASTLE COUNTY, a municipal corporation; )<br>and JOHN DOES 1-25, )<br>)<br>Defendant(s). ) | C.A. No.: 05-748 KAJ |

## NOTICE OF DEPOSITION

TO:   Richard R. Wier, Jr., Esq.            Gregg E. Wilson, Esq.
       Michelle D. Allen, Esq.              New Castle County
       Two Mill Road, Suite 200          New Castle County Government Center
       Wilmington, DE 19806             87 Reads Way
                                                                           New Castle, DE 19720

**PLEASE TAKE NOTICE** that the counsel for plaintiff will take the oral deposition of the following individuals at the Offices of New Castle County, 87 Reads Way, New Castle, Delaware 19720 on April 2, 2008:

       9:30 a.m. - Patricia Lutz DiEnno

       11:30 a.m. - Patricia Blevins

April 4, 2008

       11:30 a.m. - Karen Venetsky

       1:00 p.m. - Gary Rose

       2:00 p.m. - Terry Spence

       3:00 p.m. - Patty Powell

April 9, 2008

    9:30 a.m. - David Singleton

    12:30 p.m. - Richard Pryzwara

    2:30 p.m. - Cecelia Cohen

April 10, 2008

    9:30 a.m. - Christopher Coons


                                                  KNEPPER & STRATTON

                            By:    /s/ Barbara H. Stratton
                                   Barbara H. Stratton

**OF COUNSEL:**                    1228 North King Street
Joseph F. Lawless, Esq.         Wilmington, DE 19801
PA ID # 23691                     (302) 658-1717
843 Mount Moro Road           DE Bar I.D. No.: 2785
Villanova, PA 19083            ATTORNEY FOR PLAINTIFF
484-380-3760
jlaw6@comcast.net
Counsel for Joseph F. Freebery


Dated: March 24, 2008