IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JOSEPH FREEBERRY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.: 05-748 KAJ |
| | ) | |
| Christopher Coons, in his official capacity | ) | |
| as County Executive of New Castle County | ) | |
| and in his Individual capacity; and NEW | ) | |
| CASTLE COUNTY, a municipal corporation; | ) | |
| and JOHN DOES 1-25, | ) | |
| | ) | |
| Defendant(s). | ) | |

### CERTIFICATE OF SERVICE

I, Barbara H. Stratton, hereby certify that a copy of the <u>Notice of Deposition</u> was served via Electronic Filing and U.S. Mail upon the following counsel of records:

| | |
|---|---|
| Richard R. Wier, Jr., Esq. | Gregg E. Wilson, Esq. |
| Michelle D. Allen, Esq. | New Castle County |
| Two Mill Road, Suite 200 | New Castle County Government Center |
| Wilmington, DE 19806 | 87 Reads Way |
| | New Castle, DE 19720 |

KNEPPER & STRATTON

**OF COUNSEL:**         By:     /s/ Barbara H. Stratton
Joseph F. Lawless, Esq.                    Barbara H. Stratton
PA ID # 23691                                    1228 North King Street
843 Mount Moro Road                      Wilmington, DE 19801
Villanova, PA 19083                          (302) 658-1717
484-380-3760                                     DE Bar I.D. No.: 2785
jlaw6@comcast.net                           ATTORNEY FOR PLAINTIFF
Counsel for Joseph F. Freebery