IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH FREEBERRY,<br><br>        Plaintiff,<br><br>v.<br><br>Christopher Coons, in his official capacity as County Executive of New Castle County and in his Individual capacity; and NEW CASTLE COUNTY, a municipal corporation; and JOHN DOES 1-25,<br><br>        Defendant(s). | )<br>)<br>)<br>)<br>)<br>)  C.A. No.: 05-748 KAJ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF DEPOSITION

TO:    Richard R. Wier, Jr., Esq.         Gregg E. Wilson, Esq.
         Michelle D. Allen, Esq.          New Castle County
         Two Mill Road, Suite 200        New Castle County Government Center
         Wilmington, DE 19806           87 Reads Way
                                                                      New Castle, DE 19720

        **PLEASE TAKE NOTICE** that pursuant to Fed.R.Civ.P. 30(b)(6) the counsel for plaintiff will take the oral deposition of the following entity on April 4, 2008 at the Offices of New Castle County, 87 Reads Way, New Castle, Delaware 19720:

        9:30 a.m. - Nachman Hays Brownstein

        Pursuant to the Federal Rules of Civil Procedure, Nachman Hays Brownstein shall designate one or more officers, directors or managing agents to testify with respect to the areas of inquiry set forth below and further noticed in the subpoena accompanying this Notice. The areas of inquiry are:

        a)        The engagement of NHB by New Castle County to prepare and submit the Preliminary Report to the Office of the County Executive dated January 21, 2005, referenced in

a Nachman Hays Brownstein Memo dated April 12, 2006 from Howard Brod Brownstein and Edward T. Gavin to Davis W. Singleton and Lynne Howard, including all costs, charges and bills submitted and paid;

      b)     the manner in which the Preliminary Report to the Office of the County Executive dated January 21, 2005 and the Nachman Hays Brownstein Memo dated April 12, 2006 from Howard Brod Brownstein and Edward T. Gavin to David W. Singleton and Lynne Howard referenced above were drafted; and

      c)     the manner in which all statements and representations made in such reports and memos were confirmed, corroborated and supported and all handwritten and/or electronically recorded notes of any interviews conducted in the preparation of the Preliminary Report to the Office of the County Executive dated January 21, 2005, and the Nachman Hays Brownstein Memo dated April 12, 2006 from Howard Brod Brownstein and Edward T. Gavin to David W. Singleton and Lynne Howard.

                                            KNEPPER & STRATTON

By:    /s/ Barbara H. Stratton
          Barbara H. Stratton

**OF COUNSEL:**                          1228 North King Street
Joseph F. Lawless, Esq.                Wilmington, DE 19801
PA ID # 23691                            (302) 658-1717
843 Mount Moro Road                 DE Bar I.D. No.: 2785
Villanova, PA 19083                  ATTORNEY FOR PLAINTIFF
484-380-3760
jlaw6@comcast.net
Counsel for Joseph F. Freebery

Dated: March 24, 2008