## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

JOSEPH J. FREEBERY,                          :
                                             :
            Plaintiff,                       :
                                             :
      v.                                     :        C.A. No. 05-748 KAJ
                                             :
CHRISTOPHER COONS, in his official           :        JURY TRIAL DEMANDED
capacity as County Executive of New          :
Castle County and in his individual capacity;:
and NEW CASTLE COUNTY, a municipal           :
corporation; and JOHN DOES 1-25              :
                                             :
            Defendants.                      :

### NOTICE OF DEPOSITION

To:     Joseph F. Lawless, Esq.
        843 Mount Moro Road               Barbara H. Stratton, Esq.
        Villanova, PA 19083               Knepper & Stratton
                                          1228 North King Street
                                          Wilmington, DE 19801
        Gregg E. Wilson, Esq.
        New Castle County Law Department
        87 Reads Way
        Wilmington, DE 19720

**PLEASE TAKE NOTICE** that Defendants will take the deposition of Thomas Gordon on

April 3, 2008 beginning at 1 p.m.  The deposition shall continue thereafter until terminated by

Defendants.  The deposition will take place at the law office of Richard R. Wier, Jr. P.A. located at

Two Mill Road Suite 200 Wilmington DE 19806 and will be recorded stenographically and/or video

graphically, and/or audio graphically, before a notary public or other person authorized to administer

oaths.

### RICHARD R. WIER, JR., P.A.

        /s/ Richard R. Wier, Jr.
        Richard R. Wier, Jr. (#716)
        Michele D. Allen, (#4359)
        Two Mill Road, Suite 200
        Wilmington, DE 19806