IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH J. FREEBERY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 05-748 KAJ |
| | : | |
| CHRISTOPHER COONS, in his official | : | JURY TRIAL DEMANDED |
| capacity as County Executive of New | : | |
| Castle County and in his individual capacity;: | | |
| and NEW CASTLE COUNTY, a municipal | : | |
| corporation; and JOHN DOES 1-25 | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF DEPOSITION

To:  Joseph F. Lawless, Esq.                    Barbara H. Stratton, Esq.
     843 Mount Moro Road                         Knepper & Stratton
     Villanova, PA 19083                         1228 North King Street
                                                 Wilmington, DE 19801

     Gregg E. Wilson, Esq.
     New Castle County Law Department
     87 Reads Way
     Wilmington, DE 19720

**PLEASE TAKE NOTICE** that Defendants will take the deposition of Joseph Freebery on April 2, 2008 beginning at 3:00 p.m. The deposition shall continue thereafter until terminated by Defendants. The deposition will take place at the offices of New Castle County, 87 Reads Way, New Castle, DE 19720 and will be recorded stenographically and/or video graphically, and/or audio graphically, before a notary public or other person authorized to administer oaths.

**RICHARD R. WIER, JR., P.A.**

/s/ Richard R. Wier, Jr.
Richard R. Wier, Jr. (#716)
Michele D. Allen, (#4359)
Two Mill Road, Suite 200
Wilmington, DE 19806
(302)888-3222