IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH FREEBERRY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Christopher Coons, in his official capacity )<br>as County Executive of New Castle County )<br>and in his Individual capacity; and NEW )<br>CASTLE COUNTY, a municipal corporation; )<br>and JOHN DOES 1-25, )<br>)<br>Defendant(s). ) | C.A. No.: 05-748 KAJ |

### AMENDED NOTICE OF DEPOSITION

TO: Richard R. Wier, Jr., Esq.      Gregg E. Wilson, Esq.
       Michelle D. Allen, Esq.         New Castle County
       Two Mill Road, Suite 200        New Castle County Government Center
       Wilmington, DE 19806            87 Reads Way
                                       New Castle, DE 19720

**PLEASE TAKE NOTICE** that the counsel for plaintiff will take the oral deposition of the following individuals at the Offices of New Castle County, 87 Reads Way, New Castle, Delaware 19720 and will be recorded stenographically and/or videographically and/or audiographically, before a notary public or other person authorized to administer oaths.

April 2, 2008

       9:30 a.m. - Patricia Lutz DiEnno

       3:00 p.m. - Patricia Blevins

April 4, 2008

       11:30 a.m. - Karen Venetsky

       1:00 p.m. - Gary Rose

       2:00 p.m. - Terry Spence

      3:00 p.m. - Patty Powell

April 9, 2008

      9:30 a.m. - David Singleton

      12:30 p.m. - Richard Pryzwara

      2:30 p.m. - Cecelia Cohen

April 10, 2008

      9:30 a.m. - Christopher Coons (Duces Tecum attached)

      KNEPPER & STRATTON

By:   /s/ Barbara H. Stratton
      Barbara H. Stratton

**OF COUNSEL:**
Joseph F. Lawless, Esq.
PA ID # 23691
843 Mount Moro Road
Villanova, PA 19083
484-380-3760
jlaw6@comcast.net
Counsel for Joseph F. Freebery

1228 North King Street
Wilmington, DE 19801
(302) 658-1717
DE Bar I.D. No.: 2785
ATTORNEY FOR PLAINTIFF

Dated: March 26, 2008