## DUCES TECUM TO CHRISTOPHER COONS PURSUANT TO FED. R. CIV. P. 30(B)(5)

Pursuant to Federal Rule of Civil Procedure 30(b)(5), you are directed to bring with you any and all documents or writings of any kind in your possession custody and control, including but not limited to hard copy of emails (to be printed if not already in hard copy format) which have not been turned over in discovery thus far relating to plaintiff Joseph Freebery; Joseph Freebery's employment by New Castle County; the decision to terminate Joseph Freebery; any objections by any person relating to the termination of Joseph Freebery; Sherry Freebery; Tom Gordon; your participation in the investigation of Sherry Freebery to the extent any such documents were not produced in response to a grand jury subpoena.