IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JOSEPH FREEBERRY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **C.A. No.: 05-748 KAJ** |
| | ) | |
| **Christopher Coons, in his official capacity** | ) | |
| **as County Executive of New Castle County** | ) | |
| **and in his Individual capacity; and NEW** | ) | |
| **CASTLE COUNTY, a municipal corporation;** | ) | |
| **and JOHN DOES 1-25,** | ) | |
| | ) | |
| **Defendant(s).** | ) | |

## AMENDED NOTICE OF DEPOSITION

TO:  Richard R. Wier, Jr., Esq.           Gregg E. Wilson, Esq.
     Michelle D. Allen, Esq.              New Castle County
     Two Mill Road, Suite 200            New Castle County Government Center
     Wilmington, DE 19806                87 Reads Way
                                         New Castle, DE 19720

**PLEASE TAKE NOTICE** that pursuant to Fed.R.Civ.P. 30(b)(6) the counsel for

plaintiff will take the oral deposition of the following entity on April 4, 2008 at the Offices of

New Castle County, 87 Reads Way, New Castle, Delaware 19720 and will be recorded

stenographically and/or videographically and/or audiographically, before a notary public or other

person authorized to administer oaths.

9:30 a.m. - Nachman Hays Brownstein

Pursuant to the Federal Rules of Civil Procedure, Nachman Hays Brownstein shall

designate one or more officers, directors or managing agents to testify with respect to the areas

of inquiry set forth below and further noticed in the subpoena accompanying this Notice.  The

areas of inquiry are:

a)    The engagement of NHB by New Castle County to prepare and submit the Preliminary Report to the Office of the County Executive dated January 21, 2005, referenced in a Nachman Hays Brownstein Memo dated April 12, 2006 from Howard Brod Brownstein and Edward T. Gavin to Davis W. Singleton and Lynne Howard, including all costs, charges and bills submitted and paid;

b)    the manner in which the Preliminary Report to the Office of the County Executive dated January 21, 2005 and the Nachman Hays Brownstein Memo dated April 12, 2006 from Howard Brod Brownstein and Edward T. Gavin to David W. Singleton and Lynne Howard referenced above were drafted; and

c)    the manner in which all statements and representations made in such reports and memos were confirmed, corroborated and supported and all handwritten and/or electronically recorded notes of any interviews conducted in the preparation of the Preliminary Report to the Office of the County Executive dated January 21, 2005, and the Nachman Hays Brownstein Memo dated April 12, 2006 from Howard Brod Brownstein and Edward T. Gavin to David W. Singleton and Lynne Howard.

KNEPPER & STRATTON

**OF COUNSEL:**
Joseph F. Lawless, Esq.
PA ID # 23691
843 Mount Moro Road
Villanova, PA 19083
484-380-3760
jlaw6@comcast.net
Counsel for Joseph F. Freebery

By:    _/s/ Barbara H. Stratton_
Barbara H. Stratton
1228 North King Street
Wilmington, DE 19801
(302) 658-1717
DE Bar I.D. No.: 2785
ATTORNEY FOR PLAINTIFF

Dated: March 24, 2008

2