IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JOSEPH FREEBERRY,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No.: 05-748 KAJ |
| | ) |
| Christopher Coons, in his official capacity | ) |
| as County Executive of New Castle County | ) |
| and in his Individual capacity; and NEW | ) |
| CASTLE COUNTY, a municipal corporation; | ) |
| and JOHN DOES 1-25, | ) |
| | ) |
| Defendant(s). | ) |

## CERTIFICATE OF SERVICE

I, Barbara H. Stratton, hereby certify that a copy of the <u>Amended Notice of Deposition</u> was served via Electronic Filing and U.S. Mail upon the following counsel of records:

Richard R. Wier, Jr., Esq.  
Michelle D. Allen, Esq.  
Two Mill Road, Suite 200  
Wilmington, DE 19806  

Gregg E. Wilson, Esq.  
New Castle County  
New Castle County Government Center  
87 Reads Way  
New Castle, DE 19720  

KNEPPER & STRATTON

**OF COUNSEL:**  
Joseph F. Lawless, Esq.  
PA ID # 23691  
843 Mount Moro Road  
Villanova, PA 19083  
484-380-3760  
jlaw6@comcast.net  
Counsel for Joseph F. Freebery  

By:   /s/ Barbara H. Stratton  
Barbara H. Stratton  
1228 North King Street  
Wilmington, DE 19801  
(302) 658-1717  
DE Bar I.D. No.: 2785  
ATTORNEY FOR PLAINTIFF