IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH J. FREEBERY | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | 05-748 |
| CHRISTOPHER A. COONS, et al | : | |

## ORDER

AND NOW, this 27th day of March, 2008, it is **ORDERED** as follows:

1. A trial on liability shall be held on **July 7, 2008, at 9:30 a.m.**.

2. A final pretrial conference is scheduled for **July 2, 2008, at 2 p.m.**

3. The Court's March 20, 2008 Scheduling Order is otherwise unchanged and shall remain in full force and effect.

AND IT IS SO ORDERED.

/s Paul S. Diamond

**Paul S. Diamond, J.**