# RICHARD R. WIER, JR., P.A.

ATTORNEY AT LAW

RICHARD R. WIER, JR.*

MICHELE D. ALLEN*

*ALSO ADMITTED IN PA

TWO MILL ROAD, SUITE 200
WILMINGTON, DELAWARE 19806

www.Wierlaw.com

(302) 888-3222
FAX (302) 888-3225

RWier@Wierlaw.com
MAllen@Wierlaw.com

March 31, 2008

The Honorable Paul S. Diamond
United States District Court for the
Eastern District of Pennsylvania
U.S. Courthouse
601 Market Street, Room 6613
Philadelphia, PA 19106-1712

RE: Joseph Freebery v. Christopher Coons, et al., C.A. No.: 05-748

Dear Judge Diamond:

I am in receipt of the Court's Order of March 27, 2008 re-scheduling the trial in the above referenced matter until July 7, 2008 at 9:30 a.m. I understand that this was rescheduled to accommodate the schedule of the Plaintiff's attorney but our schedule was not taken into consideration. Unfortunately, my associate and co-counsel Michele Allen, is scheduled to be on a pre-planned vacation starting on July 7, 2008. Additionally, the County Attorney Greg Wilson has also planned on being on vacation that week. As my firm consists of just Michele and myself it would be extremely difficult to proceed with the trial on July 7, 2008. Moreover, although we represent New Castle County and County Executive Christopher Coons in this matter we are in constant communication with Mr. Wilson, and his availability is imperative during trial. Therefore, in light of these scheduling conflicts I would respectfully request that the trial be rescheduled and that dates be selected with a view to all parties' schedules.

I request the opportunity to discuss scheduling and other issues with the Court tomorrow April 1, 2008 at the settlement conference. I understand that we have been ordered to attend the mediation conference and will be accompanied by the County Attorney, Greg Wilson. I however, regret that the Chief Administrative Officer will be unable to attend the conference in person, but I request that he be permitted to participate by phone. Please, respectfully, advise if this is acceptable.

Respectfully submitted,

/s/ Richard R. Wier, Jr.

Richard R. Wier, Jr.

RRWJr.:sf
cc:  Barbara Stratton, Esquire
     Joseph Lawless, Esquire
     Delaware District Court Clerk