IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH J. FREEBERY, | : |
| Plaintiff, | : |
| v. | : C.A. No. 05-748 KAJ |
| CHRISTOPHER COONS, in his official capacity as County Executive of New Castle County and in his individual capacity;: and NEW CASTLE COUNTY, a municipal corporation; and JOHN DOES 1-25 | : JURY TRIAL DEMANDED |
| Defendants. | : |

### RE-NOTICE OF DEPOSITION

To: Joseph F. Lawless, Esq.
843 Mount Moro Road
Villanova, PA 19083

Barbara H. Stratton, Esq.
Knepper & Stratton
1228 North King Street
Wilmington, DE 19801

Gregg E. Wilson, Esq.
New Castle County Law Department
87 Reads Way
Wilmington, DE 19720

**PLEASE TAKE NOTICE** that Defendants will take the deposition of Sherry Freebery on April 7, 2008 beginning at 9:30 a.m. The deposition shall continue thereafter until terminated by Defendants. The deposition will take place at the law offices of Richard R. Wier, Jr. P.A. at Two Mill Road Wilmington, DE 19806 and will be recorded stenographically and/or video graphically, and/or audio graphically, before a notary public or other person authorized to administer oaths.

**RICHARD R. WIER, JR., P.A.**

/s/ Richard R. Wier, Jr.
Richard R. Wier, Jr. (#716)
Michele D. Allen, (#4359)
Two Mill Road, Suite 200
Wilmington, DE 19806
(302)888-3222

I:\NCC - FREEBERY\Re-Notice Deposition of Sherry Freebery.wpd