IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH J. FREEBERY | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | 05-748 |
| CHRISTOPHER A. COONS, et al | : | |

## ORDER

AND NOW, this 7th day of April, 2008, it is ORDERED that the settlement conference currently scheduled for April 11, 2008 is re-scheduled for Monday, April 14, 2008 at 10:30 a.m. The conference will take place in Judge Diamond's chambers. Lead trial counsel and a client or representative with full settlement authority shall attend the conference.

AND IT IS SO ORDERED.

*/s Paul S. Diamond*

**Paul S. Diamond, J.**