IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH J. FREEBERY, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C.A. No. 05-748 KAJ |
| : | |
| CHRISTOPHER COONS, in his official : | JURY TRIAL DEMANDED |
| capacity as County Executive of New : | |
| Castle County and in his individual capacity;: | |
| and NEW CASTLE COUNTY, a municipal : | |
| corporation; and JOHN DOES 1-25 : | |
| : | |
| Defendants. : | |

### RE-NOTICE OF DEPOSITION

To:  Joseph F. Lawless, Esq.  
843 Mount Moro Road  
Villanova, PA 19083  

Barbara H. Stratton, Esq.  
Knepper & Stratton  
1228 North King Street  
Wilmington, DE 19801  

Gregg E. Wilson, Esq.  
New Castle County Law Department  
87 Reads Way  
Wilmington, DE 19720  

**PLEASE TAKE NOTICE** that Defendants will take the deposition of Joseph Freebery on April 18, 2008 beginning at 3:00 p.m. The deposition shall continue thereafter until terminated by Defendants. The deposition will take place at the offices of Richard R. Wier, Jr., P.A., Two Mill Road, Suite 200, Wilmington, DE 19806 and will be recorded stenographically and/or video graphically, and/or audio graphically, before a notary public or other person authorized to administer oaths.

**RICHARD R. WIER, JR., P.A.**

/s/ Richard R. Wier, Jr.  
Richard R. Wier, Jr. (#716)  
Michele D. Allen, (#4359)  
Two Mill Road, Suite 200  
Wilmington, DE 19806  
(302)888-3222