IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH J. FREEBERY | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | 05-748 |
| CHRISTOPHER A. COONS, et al | : | |

## ORDER

AND NOW, this 28th day of April, 2008, as discussed during today's on the record conference, it is ORDERED that discovery in the above-listed case is extended until May 5, 2008, so that Plaintiff may re-depose Christopher Coons and former New Castle County Chief Administrative Officer David Singleton, and depose former acting County Attorney Dennis J. Siebold. Plaintiff may question these deponents on subjects reasonably related to the newly disclosed documents mentioned in Plaintiff's April 25, 2008 letter. The Parties shall apprise the Court in advance if any questions posed to Mr. Siebold threaten to invade the attorney-client privilege.

The deadlines for all summary judgment materials and pre-trial filings specified in the April 11, 2008 Case Management Order shall be extended for one week.

AND IT IS SO ORDERED.

/s Paul S. Diamond

Paul S. Diamond, J.