IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH J. FREEBERY, | : |
| Plaintiff, | : |
| v. | : C.A. No. 05-748 PSD |
| CHRISTOPHER COONS, in his official capacity as County Executive of New Castle County and NEW CASTLE COUNTY, a municipal corporation; and JANE AND JOHN DOES 1-25 | : JURY TRIAL DEMANDED |
| Defendants. | : |

**DEFENDANTS NEW CASTLE COUNTY AND CHRISTOPHER COONS'
MOTION FOR SUMMARY JUDGMENT**

Defendants New Castle County and Christopher Coons, respectfully move, through undersigned counsel, pursuant to Fed. R. Civ. P. 56, for summary judgment on Plaintiff's Complaint. The grounds for this Motion are set forth in the Opening Brief in Support of Defendants' Motion for Summary Judgment, which is filed separately.

Respectfully submitted,

/s/ Richard R. Wier, Jr.
Richard R. Wier, Jr. (#716)
Michele D. Allen (#4359)
Richard R. Wier, Jr., P.A.
Two Mill Road
Suite 200
Wilmington, DE 19806
(302) 888-3222
*Attorney for Defendants*

Dated: May 5, 2008