IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH J. FREEBERY | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | 05-748 |
| CHRISTOPHER A. COONS, et al | : | |

**AMENDED SCHEDULING ORDER**

AND NOW, this 9th day of May, 2008, it is **ORDERED** that the April 11, 2008 Scheduling Order is amended as follows:

1.   Plaintiff's Response to Defendant's Motion for Summary Judgment shall be filed by **May 26, 2008**.

2.   Plaintiff shall propose stipulated facts and submit those proposed stipulated facts to Defendant on or before **May 29, 2008.** Defendant shall state agreement or disagreement with each of Plaintiff's proposed stipulated facts and may counter-propose stipulated facts on or before **June 2, 2008.** Plaintiff is obligated to respond on or before **June 5, 2008.**

3.   In accordance with Fed. R. Civ. P. 26(a)(3), listed exhibits shall be numbered and pre-marked for use at trial; no exhibit shall be listed unless it is already in the possession of opposing counsel. Only specifically listed exhibits may be used in the party's case-in-chief except by leave of court.

Counsel for each party shall serve upon counsel for the other party on or before **June 5, 2008**:

(A) a copy of each exhibit they expect to offer at trial in furtherance of their respective contentions. Each exhibit shall be marked as it will be marked for trial;

(B) curriculum vitae for each expert witness expected to testify; and

(C) a specific identification of each discovery item expected to be offered into evidence.

Counsel shall also provide the Court with one copy of all of these items, on three-hole punched paper, on or before **June 5, 2008.**

As to documents listed in accordance with Fed. R. Evid. 803(6), as amended, notice in accordance with Fed. R. Evid. 902 (11) or (12) must be given on or before **June 5, 2008.**

All witnesses as to liability should be listed. Only listed witnesses may testify at trial except by leave of court. Any party who intends to use deposition testimony at trial must submit deposition designations by **May 29, 2008.** Counter-designations shall be submitted by **June 2, 2008.** Objections to the designations shall be submitted on or before **June 5, 2008.**

Any other pretrial or trial matter requiring attention of the judge prior to trial, shall be specifically addressed in the final pretrial conference.

4. All parties shall prepare and file with the Clerk of the Court their pretrial memoranda on **June 10, 2008.**

5. All Motions in Limine shall be filed on or before **June 13, 2008.** Responses thereto are due on or before **June 20, 2008.**

6. On or before **June 27, 2008**, after meeting and conferring, the parties shall jointly submit proposed jury voir dire questions, jury interrogatories, verdict sheets, and proposed jury instructions on three-hole punched paper. The Parties shall individually submit any proposed questions, interrogatories, sheets, or instructions upon which the parties after conferring cannot agree.

7. On or before **July 8, 2008,** the relevant party shall submit to the Court **one** additional copy of the following:

    (A) Answer;

    (B) Complaint;

    (C) Pretrial Memorandum;

    (D) Stipulated Facts;

    (E) Proposed Jury Voir Dire Questions;

    (F) Proposed Jury Interrogatories;

    (G) Proposed Jury Instructions; and

    (H) Proposed Verdict Sheet.

AND IT IS SO ORDERED.

**/s Paul S. Diamond**

**Paul S. Diamond, J.**