# RICHARD R. WIER, JR., P.A.

**ATTORNEY AT LAW**

RICHARD R. WIER, JR.*
———

MICHELE D. ALLEN*

*ALSO ADMITTED IN PA

TWO MILL ROAD, SUITE 200
WILMINGTON, DELAWARE 19806

www.Wierlaw.com

(302) 888-3222
FAX (302) 888-3225

RWier@Wierlaw.com
MAllen@Wierlaw.com

May 12, 2008

The Honorable Paul S. Diamond
United States District Court for the
Eastern District of Pennsylvania
U.S. Courthouse
601 Market Street, Room 6613
Philadelphia, PA 19106-1712

RE:   Joseph Freebery v. Christopher Coons, et al., C.A. No.: 05-748

Dear Judge Diamond:

I received Mr. Lawless' request for an extension to file his response to Defendants' Motion for Summary Judgment this morning. I was unaware that Mr. Lawless was trying to reach us. I communicated with Mr. Lawless this morning and he informed him that I did not receive his communication.

I am also in receipt of the Court's Amended Scheduling Order and Defendants request an additional five days to file their reply brief. Under District of Delaware Local Rule 7.1.2, a reply brief must be filed within five days of receipt of the answering brief. Therefore, Defendants respectfully request until June 9, 2008, to file their reply brief. I am aware that your Honor's website states that a reply brief may be filed and therefore in accordance with the District of Delaware Local Rules Defendants respectively request the opportunity to file a reply to Plaintiff's answering brief and request until June 9, 2008 to file said reply.

We are available at the Court's convenience to discuss if there are any questions or concerns.

Respectfully submitted,

/s/ Michele D. Allen

Michele D. Allen

RRWJr.:sf
cc:    Barbara Stratton, Esquire
       Joseph Lawless, Esquire
       Delaware District Court Clerk