### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JOSEPH J. FREEBERY** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | |
| | : | **05-748** |
| **CHRISTOPHER A. COONS, et al** | : | |

## ORDER

AND NOW, this 13th day of May, 2008, it is **ORDERED** that Defendants shall file a

Reply Brief in support of their Motion for Summary Judgment by **June 9, 2008.** All other dates

in the May 9, 2008 Amended Scheduling Order are unchanged.


AND IT IS SO ORDERED.

*/s Paul S. Diamond*

**Paul S. Diamond, J.**