IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH J. FREEBERY, | : | |
| | : | |
| Plaintiffs | : | CIVIL ACTION NO. 05-748-PSD |
| v. | : | |
| | : | |
| CHRISTOPER COONS, et al. | | |
| Defendants. | | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A BRIEF IN EXCESS PAGINATION**

Plaintiff Joseph J. Freebery, by counsel, hereby moves this Court for leave to file a brief in excess pagination. Local Rule 7.1.3(4) limits the answering brief to 40 pages. In this case, plaintiff's response to defendants summary judgment motion is fact intensive and requires those facts be presented to the Court in the body of the brief, requiring additional length.

Accordingly, plaintiff requests leave of court to file an Answering Brief in Opposition to Defendants' Summary Judgment Motion not to exceed 62 pages.

|  |  |
|---|---|
|  | s/ Barbara H. Stratton |
| **OF COUNSEL:** | Barbara H. Stratton, Esq. |
| Joseph F. Lawless, Esq. | P.O. Box 1795 |
| PA Id. No. 23691 | 1228 North King Street |
| 843 Mt. Moro Road | Wilmington, Delaware 19801 |
| Villanova, PA 19085 | 302.658.1717 |
| 484.380.3760 | Delaware Bar ID # 2785 |
| jlaw6@comcast.net | bhs@knepperstratton.net |
| **Counsel for Joseph J. Freebery** | **Counsel for Joseph J. Freebery** |

2

## CERTIFICATE OF SERVICE

I, Barbara H. Stratton, hereby certify that on May 27, 2008, two copies of the foregoing pleading were served electronically and first class mail upon the following:

>Gregg E. Wilson, Esquire
>County Attorney
>New Castle County
>87 Reads Way
>New Castle, DE 19720
>
>Richard R. Wier, Jr. (#716)
>Michelle D. Allen (#4359)
>Two Mill Road, Suite 200
>Wilmington, DE 19806

>s/ Barbara H. Stratton
>BARBARA H. STRATTON
>Attorney for Joseph J. Freebery