IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JOSEPH J. FREEBERY, :
:
          Plaintiffs : CIVIL ACTION NO. 05-748-PSD
v. :
:
CHRISTOPER COONS, et al.
    Defendants.

## ORDER

AND NOW, this _____ day of _____, 2008, upon consideration of Plaintiff's Motion for Leave to File A Brief in Excess Pagination, it is hereby

ORDERED AND DECREED that said motion is **GRANTED**.

 

_____
PAUL S. DIAMOND
United States District Court Judge