IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH J. FREEBERY, | : | |
| | : | |
| Plaintiffs | : | CIVIL ACTION NO. 05-748-PSD |
| v. | : | |
| | : | |
| CHRISTOPER COONS, et al. | | |
| Defendants. | | |

## NOTICE OF FILING PAPER DOCUMENTS

I, Barbara H. Stratton, being a member of the Bar of this Court do hereby certify that on May 27, 2008, thought co-counsel, I caused to be filed Plaintiff's Appendix in Opposition to Defendants' Motion for Summary Judgment with the Clerk of the District Court, by Federal Express,

A hard copy of this document is simultaneously being served on counsel for defendants set forth below by Federal Express. Defendants are being served with Plaintiff's Answering Brief in Opposition to Defendants Motion for Summary Judgment electronically and with hard copy via Federal Express.

    Gregg E. Wilson, Esquire
    County Attorney
    New Castle County
    87 Reads Way
    New Castle, DE 19720

    Richard R. Wier, Jr. (#716)
    Michelle D. Allen (#4359)
    Two Mill Road, Suite 200
    Wilmington, DE 19806

| | |
|---|---|
| **OF COUNSEL:**<br>Joseph F. Lawless, Esq.<br>PA Id. No. 23691<br>843 Mt. Moro Road<br>Villanova, PA 19085<br>484.380.3760<br>jlaw6@comcast.net<br>**Counsel for Joseph J. Freebery** | s/ Barbara H. Stratton<br>Barbara H. Stratton, Esq.<br>P.O. Box 1795<br>1228 North King Street<br>Wilmington, Delaware 19801<br>302.658.1717<br>Delaware Bar ID # 2785<br>bhs@knepperstratton.net<br>**Counsel for Joseph J. Freebery** |

**CERTIFICATE OF SERVICE**

      I, Barbara H. Stratton, hereby certify that on May 27, 2008, two copies of the foregoing notice were served electronically and first class mail upon the following:

>Gregg E. Wilson, Esquire
>County Attorney
>New Castle County
>87 Reads Way
>New Castle, DE 19720
>
>Richard R. Wier, Jr. (#716)
>Michelle D. Allen (#4359)
>Two Mill Road, Suite 200
>Wilmington, DE 19806

>s/ Barbara H. Stratton
>BARBARA H. STRATTON
>Attorney for Joseph J. Freebery