IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH J FREEBERY, | : |
| | : |
| Plaintiff, | : |
| | : CA. No. 05-748-KAJ |
| v. | : |
| | : |
| CHIRSTOPHER COONS, in his official capacity as County Executive of New Castl County and in his Individual capacity; and NEW CASTLE COUNTY, a municipal corporation; and JOHN DOES 1-25 Defendants. | : : : : : : |

## CERTIFICATE OF SERVICE

I, Barbara H. Stratton, hereby certify that on May 29 2008, two copies of Plaintiff's Proposed Stipulations were served electronically and by regular mail upon counsel set forth below.

| | |
|---|---|
| Richard R. Wier, Jr., Esquire<br>Michelle Allen, Esquire<br>Two Mill Road, Suite 200<br>Wilmington, DE 19806 | Gregg E. Wilson, Esquire<br>87 Reads Way<br>New Castle, DE 19720 |
| | |
| **OF COUNSEL:**<br>Joseph F. Lawless<br>PA Id. No. 23691<br>6 Harvey Lane<br>Newtown Square, PA 19083<br>610.356.0875<br>Jlaw6@comcast.net<br>Counsel for Joseph J. Freebery | KNEPPER & STRATTON<br>s/Barbara H. Stratton<br>Barbara H. Stratton<br>P.O. Box 1795<br>1228 North King Street<br>Wilmington, Delaware 19801<br>302.658.1717<br>Delaware Bar ID # 2785<br>bhs@knepperstratton.net<br>Attorney for Plaintiff |