Law Offices<br>
**JOSEPH F. LAWLESS**<br>
843 MOUNT MORO ROAD<br>
VILLANOVA, PENNSYLVANIA 19085<br>
(484) 380-3760

May 28, 2008

The Honorable Paul S. Diamond
United States Courthouse
Room 6613
601 Market Street
Philadelphia, PA  19106

      Re:  Freebery v. Coons, et al.
           <u>No. 05-748- PSD</u>

Dear Judge Diamond:

    After consulting with opposing counsel, I am writing on behalf of the parties to ask that the Court consider making the following adjustments in the current Scheduling Order, due to mutual scheduling issues.  The requested changes should not have any effect on the current trial date.  We request the following changes in the current order

1) deposition designations due June 16, 2008; counter-designations June 20, 2008; objections due by June 24, 2008;

2) all other items under ¶ 3 due June 12, 2008

3) pretrial memoranda due June 25, 2008

4) motions in limine due June 25, 2008; responses due July 2, 2008;

4) all items under ¶ 6 due by June 30, 2000: and

5) all items under ¶ 7 due July 11, 2008

We appreciate the Court's consideration of this request.

                                    Respectfully,

                                    JOSEPH F. LAWLESS

JFL:lr
Cc:  Richard R. Wier, Jr., Esquire