# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH J. FREEBERY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 05-748 KAJ |
| | : | |
| CHRISTOPHER COONS, in his official | : | JURY TRIAL DEMANDED |
| capacity as County Executive of New | : | |
| Castle County and in his individual capacity; | : | |
| and NEW CASTLE COUNTY, a municipal | : | |
| corporation; and JOHN DOES 1-25 | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, Michele D. Allen, hereby certify that on June 2, 2008, a copy of Defendants' Proposed Stipulations were served by E-Mail and regular maul upon counsel set forth below:

| | |
|---|---|
| Joseph F. Lawless, Esq. | Barbara H. Stratton, Esq. |
| 843 Mount Moro Road | Knepper & Stratton |
| Villanova, PA 19083 | 1228 North King Street |
| | Wilmington, DE 19801 |

**RICHARD R. WIER, JR., P.A.**

 /s/ Richard R. Wier, Jr.
Richard R. Wier, Jr. (#716)
Michele D. Allen, (#4359)
Two Mill Road, Suite 200
Wilmington, DE 19806