**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **JOSEPH J. FREEBERY** | : | |
| | : | **CIVIL ACTION** |
| v. | : | |
| | : | 05-748 |
| **CHRISTOPHER A. COONS, et al** | : | |

## ORDER

AND NOW, this 3rd day of June, 2008, it is **ORDERED** that Plaintiff's Motion for Leave to File Excess Pages (Doc. No. 181) is **GRANTED**.

AND IT IS SO ORDERED.

*/s Paul S. Diamond*

**Paul S. Diamond, J.**