IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JOSEPH J. FREEBERY** | : | |
| | : | **CIVIL ACTION** |
| v. | : | |
| | : | **05-748** |
| **CHRISTOPHER A. COONS, et al** | : | |

**AMENDED SCHEDULING ORDER**

AND NOW, this 3rd day of June, 2008, it is **ORDERED** that the May 9, 2008 Scheduling Order is amended as follows:

1. Counsel for each party shall serve upon counsel for the other party, and provide to the Court, on or before **June 12, 2008**:

(A) a copy of each exhibit they expect to offer at trial in furtherance of their respective contentions. Each exhibit shall be marked as it will be marked for trial;

(B) curriculum vitae for each expert witness expected to testify; and

(C) a specific identification of each discovery item expected to be offered into evidence.

As to documents listed in accordance with Fed. R. Evid. 803(6), as amended, notice in accordance with Fed. R. Evid. 902 (11) or (12) must be given on or before **June 12, 2008.**

Deposition designations shall be submitted by **June 16, 2008.** Counter-designations shall be submitted by **June 20, 2008.** Objections to the designations shall be submitted by **June 24, 2008.**

2. Pretrial memoranda shall be filed by **June 25, 2008.**

3. All Motions in Limine shall be filed on or before **June 25, 2008.** Responses thereto are due on or before **July 2, 2008.**

4. The Parties shall submit proposed jury voir dire questions, jury interrogatories, verdict sheets, and proposed jury instructions on or before **June 30, 2008**.

5. On or before **July 11, 2008,** the relevant party shall submit to the Court **one** additional copy of the following:

   (A) Answer;

   (B) Complaint;

   (C) Pretrial Memorandum;

   (D) Stipulated Facts;

   (E) Proposed Jury Voir Dire Questions;

   (F) Proposed Jury Interrogatories;

   (G) Proposed Jury Instructions; and

   (H) Proposed Verdict Sheet.

AND IT IS SO ORDERED.

*/s Paul S. Diamond*

**Paul S. Diamond, J.**