IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH J. FREEBERY<br>Plaintiff<br><br>v.<br><br>CHRISTOPHER COONS, in his official capacity as<br>County Executive of New Castle County and in his<br>individual capacity; and NEW CASTLE COUNTY,<br>a municipal corporation; and JOHN DOES 1-25<br>Defendants. | :<br>:<br>:<br>:    C.A. No. 05-748-GMS<br>:<br>:<br>:<br>:<br>: |

**SUPPLEMENTAL APPENDIX IN SUPPORT OF
PLAINTIFF'S ANSWERING BRIEF IN OPPOSITION TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

**OF COUNSEL:**
Joseph F. Lawless, Esq.
PA Id. No. 23691
843 Mt. Moro Road
Villanova, Pennsylvania 19083
610.356.0875

**KNEPPER & STRATTON**

Barbara H. Stratton, Esq.
P.O. Box 1795
1228 North King Street
Wilmington, Delaware 19801
302.658.1717
Delaware Bar ID # 2785
Counsel for Joseph J. Freebery

# TAB 2

# DEPOSITON OF
# STATE SENATOR KAREN E. PETERSON

## pp. 33-34

1  But there is a mechanism for overseeing the general
2  managers and making sure that they are doing what your
3  administration wants them to do.  And he said, yeah, but
4  he didn't want to spend the money for those positions.
5      Q.   Now, who is Senator Patty Blevins?
6      A.   Senator Patty Blevins represents the Elsmere
7  area.  She used to sit -- at the time this was being
8  debated, she sat next to me on the floor of the Senate.
9  And she was a close friend of Chris Coons.
10     Q.   Okay.
11          MS. ALLEN:  Objection.
12 BY MR. LAWLESS:
13     Q.   During your questioning of Mr. Coons or
14 immediately after the questioning finished of Mr. Coons,
15 did Senator Blevins say anything to you regarding
16 Mr. Coons' testimony or this bill?
17     A.   Yes.
18     Q.   What did she say?
19     A.   She leaned over and she said, This is the Joe
20 Freebery bill.
21     Q.   What did you understand that to mean?
22     A.   That the bill was designed to get rid of Joe
23 Freebery.  I said, That may be the case, but it's still
24 not fair.  And from my years in the Department of Labor,

Senator Karen E. Peterson

Page 34

1  this is not a fair employment practice.
2      Q.   Okay.  Let me ask you this.  Talking about
3  fair employment practices, because you are a union labor
4  person -- which, by the way, I commend -- do you remember
5  when New Castle County started or instituted something
6  called a prevailing wage program?
7      A.   Yes, I do.
8      Q.   What is that?
9      A.   It is a law, first of all, that would require
10 that certain wages be paid to laborers and mechanics
11 working on public-funded construction projects.  The
12 federal version would be the Davis-Bacon law, and the
13 State has its own version of it for State-funded
14 construction, and New Castle County was interested in
15 having a County law for County-funded construction.  And
16 it simply mandates that certain wages be paid to certain
17 classes of mechanics and laborers.
18     Q.   Okay.  I'm sorry, one more time again, real
19 quick.  Restate that for me again.  I want to make sure I
20 understand it.
21     A.   It's a law that requires that laborers and
22 mechanics working on County -- in this case, County-
23 funded construction projects, be paid a specific rate of
24 pay.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH J FREEBERY, | : |
| | : |
| Plaintiff, | : |
| | : CA. No. 05-748-KAJ |
| v. | : |
| | : |
| CHIRSTOPHER COONS, in his official capacity as County Executive of New Castl County and in his Individual capacity; and NEW CASTLE COUNTY, a municipal corporation; and JOHN DOES 1-25 Defendants. | : |

## CERTIFICATE OF SERVICE

I, Barbara H. Stratton, hereby certify that on June 9, 2008, two copies of Plaintiff's Supplemental Appendix were served on counsel for the defendants by Federal Express and electronically.

Richard R. Wier, Jr., Esquire
Michelle Allen, Esquire
Two Mill Road, Suite 200
Wilmington, DE 19806

Gregg E. Wilson, Esquire
87 Reads Way
New Castle, DE 19720

**OF COUNSEL:**
Joseph F. Lawless
PA Id. No. 23691
843 Mt. Moro Road
Villanova, PA 19085
484.380.3760
Jlaw6@comcast.net
Counsel for Joseph J. Freebery

KNEPPER & STRATTON
s/Barbara H. Stratton
Barbara H. Stratton
P.O. Box 1795
1228 North King Street
Wilmington, Delaware 19801
302.658.1717
Delaware Bar ID # 2785
bhs@knepperstratton.net
Attorney for Plaintiff