IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JOSEPH J. FREEBERY, :
:
Plaintiff, :
:
v. : C.A. No. 05-748 PSD
:
CHRISTOPHER COONS, in his official : JURY TRIAL DEMANDED
capacity as County Executive of New :
Castle County and in his individual capacity;:
and NEW CASTLE COUNTY, a municipal :
corporation; and JOHN DOES 1-25 :
:
Defendants. :

## DEFENDANTS' MOTION FOR LEAVE TO FILE A BRIEF IN EXCESS PAGINATION

Defendants, Christopher Coons and New Castle County, by counsel, hereby moves this Court for leave to file a brief in excess pagination. Local Rule 7.1.3(4) limits the Reply Brief to 20 pages. In this case, Plaintiff's answering brief was in excess of 62 pages.

Accordingly, defendants request leave of court to file a Reply Brief in Support of Their Motion For Summary Judgment not to exceed 24 pages.

/s/ Richard R. Wier, Jr.
Richard R. Wier, Jr. (#716)
Michele D. Allen (#4359)
Richard R. Wier, Jr., P.A.
Two Mill Road
Suite 200
Wilmington, DE 19806
(302) 888-3222
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH J. FREEBERY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 05-748 PSD |
| | : | |
| CHRISTOPHER COONS, in his official | : | JURY TRIAL DEMANDED |
| capacity as County Executive of New | : | |
| Castle County and in his individual capacity;: | | |
| and NEW CASTLE COUNTY, a municipal | : | |
| corporation; and JOHN DOES 1-25 | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this _____ day of _____, 2008, upon consideration of Defendant's Motion for Leave to File A Brief in Excess Pagination, it is hereby ORDERED AND DECREED that said motion is **GRANTED.**

_____
The Honorable Paul S. Diamond