IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH J. FREEBERY | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | 05-748 |
| CHRISTOPHER A. COONS, et al | : | |

## ORDER

AND NOW, this 12th day of June, 2008, it is ORDERED that oral argument in the above-listed case shall be held no June 20, 2008 at 2 p.m.

AND IT IS SO ORDERED.

/s Paul S. Diamond

Paul S. Diamond, J.