IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH J. FREEBERY | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | 05-748 |
| CHRISTOPHER A. COONS, et al | : | |

## ORDER

AND NOW, this 12th day of June, 2008, it is ORDERED that the Amended Scheduling Order is amended as follows:

1. Exhibits, exhibit and liability witness lists, and Rule 803(6) designations shall be served upon counsel for the other party, and provided to the Court, by **June 17, 2008.**

2. Deposition designations shall be submitted by **June 20, 2008.** Counter-designations shall be submitted by **June 24, 2008.** Objections shall be submitted by **June 27, 2008.**

3. Pre-trial memorandum shall be filed by **June 27, 2008.**

4. Motions in limine shall be filed by **June 27, 2008**, and responses thereto by **June 2, 2008**.

It is FURTHER ORDERED that Plaintiff may file a response to Defendant's Reply Brief by **June 18, 2008.**

AND IT IS SO ORDERED.

*/s Paul S. Diamond*

Paul S. Diamond, J.