IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH J. FREEBERY | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | 05-748 |
| CHRISTOPHER A. COONS, et al | : | |

**<u>ORDER</u>**

AND NOW, this 26th day of June, 2008, it is ORDERED that the Scheduling Order of March 24, 2008 (as amended) is suspended pending further order of the Court.

AND IT IS SO ORDERED.

*/s Paul S. Diamond*

Paul S. Diamond, J