IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JOSEPH FREEBERRY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | C.A. No.: 05-748 PD |
| ) | |
| **CHRISTOPHER COONS, in his official capacity as** ) | |
| **County Executive of New Castle County and in his** ) | |
| **Individual capacity; and NEW CASTLE COUNTY,** ) | |
| **a municipal corporation; and JOHN DOES 1-25,** ) | |
| ) | |
| **Defendants.** ) | |

**NOTICE OF APPEAL**

Notice is hereby given that Joseph J. Freebery, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the Order (D.I. #199) and Memorandum (D.I. #198) of the District Court entered November 21, 2008.

KNEPPER & STRATTON

By:   /s/ Barbara H. Stratton
Barbara H. Stratton, Esquire
1228 North King Street
Wilmington, DE 19801
(302) 658-1717
DE Bar I.D. No.:  2785
districtcourt@barbstratton.com
Counsel for Joseph J. Freebery

**OF COUNSEL:**
Joseph F. Lawless, Esquire
PA ID # 23691
843 Mount Moro Road
Villanova, PA 19083
484-380-3760
jlaw6@comcast.net
Counsel for Joseph F. Freebery

Dated:  December 9, 2008

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JOSEPH FREEBERRY,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>Christopher Coons, in his official capacity as )<br>County Executive of New Castle County and in his )<br>Individual capacity; and NEW CASTLE COUNTY, )<br>a municipal corporation; and JOHN DOES 1-25, )<br>)<br>**Defendants.** ) | C.A. No.: 05-748 PD |

## CERTIFICATE OF SERVICE

I, Barbara H. Stratton, hereby certify that on December 9, 2008, a copy of the **Notice of Appeal** was served via Electronic Filing and U.S. Mail upon the following counsel of record:

Richard R. Wier, Jr., Esquire  
Michelle D. Allen, Esquire  
Two Mill Road, Suite 200  
Wilmington, DE 19806  

Gregg E. Wilson, Esquire  
New Castle County  
New Castle County Government Center  
87 Reads Way  
New Castle, DE 19720  

KNEPPER & STRATTON

**OF COUNSEL:**  
Joseph F. Lawless, Esquire  
PA ID # 23691  
843 Mount Moro Road  
Villanova, PA 19083  
484-380-3760  
jlaw6@comcast.net  
Counsel for Joseph F. Freebery  

By:   /s/ Barbara H. Stratton  
Barbara H. Stratton, Esquire  
1228 North King Street  
Wilmington, DE 19801  
(302) 658-1717  
DE Bar I.D. No.: 2785  
districtcourt@barbstratton.com  
Attorney for Joseph J. Freebery